**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION**

MATTHEW GOTTLIEB, individually and
on behalf of all others similarly situated,

                Plaintiff,                    Case No. 9:16-cv-81911-RLR

      v.

CITGO PETROLEUM CORPORATION,

                Defendant.

                                        /

### JOINT NOTICE REGARDING STATUS OF ACTION

Plaintiff Matthew Gottlieb and Defendant CITGO Petroleum Corporation submit the following update regarding the status of this action, including specifically the status of ongoing settlement negotiations, pursuant to the Court's May 18, 2017 Order and the joint notice filed on May 2, 2017.

While the parties have had productive settlement discussions since May 2, further settlement discussions will depend, in part, on the parties' ability to obtain data in the hands of third parties. The text messages at issue in this case were sent on CITGO's behalf by a third-party communications firm called Black Canyon. Black Canyon, in turn, contracted with another company, mGage, LLC, to enable transmission of the text messages. mGage maintains the data regarding the cellular phone numbers that were sent the various CITGO text messages and the content of the text messages that were sent to those numbers.

Plaintiff has subpoenaed mGage for the data, and the parties have worked collaboratively and expeditiously to focus mGage's efforts. Specifically, the parties have agreed on a

000001/00915282_1

methodology to identify all potential class members, which requires mGage to provide the data in two separate phases.

Finally, as stated in the previous joint notice, CITGO, based on newly discovered evidence, will soon be amending and/or supplementing certain written discovery responses and, to the extent required, supplementing or correcting prior deposition testimony. The parties are working cooperatively in an effort to resolve these issues. Further, CITGO is contemplating seeking leave to file a third-party complaint against Black Canyon and/or mGage. Plaintiff intends to oppose any such motion.

The parties will again update the Court regarding the status of the matter on June 2, 2017, or at any other time that the Court orders.

Dated this 19th day of May, 2017.

| | |
|---|---|
| **LASH & GOLDBERG LLP** | **KOPELOWITZ OSTROW** |
| Miami Tower, Suite 1200 | **FERGUSON WEISELBERG GILBERT** |
| 100 Southeast Second Street | One West Las Olas Boulevard, Suite 500 |
| Miami, Florida 33131-2158 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 347-4040 | Telephone: (954) 525-4100 |
| Facsimile: (305) 347-4050 | Facsimile: (954) 525-4300 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| | |
| By: /s/ *Martin B. Goldberg* | By: /s/ *Scott A. Edelsberg* |
| **MARTIN B. GOLDBERG** | **JEFF M. OSTROW** |
| Florida Bar No. 0827029 | Florida Bar No. 121452 |
| mgoldberg@lashgoldberg.com | ostrow@kolawyers.com |
| **GREG J. WEINTRAUB** | **SCOTT A. EDELSBERG** |
| Florida Bar No. 075741 | Florida Bar No. 100537 |
| gweintraub@lashgoldberg.com | edelsberg@kolawyers.com |
| Telephone: 305-347-4040 | Telephone: 954-449-4602 |

**SCOTT C. SOLBERG**
(*Pro hac vice*)
ssolberg@eimerstahl.com
**JAMES J. KYLSTRA**
(*Pro hac vice*)
jkylstra@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Eimer Stahl LLP
Chicago, Illinois 60604
Telephone: (312) 660-7666
Facsimile:  (312) 692-1718

**AVI R. KAUFMAN**
Florida Bar No. 84382
kaufman@kolawyers@.com
Kopelowitz Ostrow
Ferguson Weiselberg Gilbert
2800 Ponce de Leon Boulevard
Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7562

**ANDREW J. SHAMIS**
Florida Bar No. 101754
ashamis@sflinjuryattorneys.com
Shamis & Gentile, P.A.
14 NE 1st Ave., Suite 400
Telephone: (305) 479-2299
Facsimile:  (786) 623-0915

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott A. Edelsberg*