UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| MATTHEW GOTTLIEB, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>CITGO PETROLEUM CORPORATION,<br><br>        Defendant. | Case No. 9:16-cv-81911-RLR<br><br>**CLASS ACTION** |

**PLAINTIFF'S NOTICE OF FILING EXHIBITS
TO MOTION FOR CLASS CERTIFICATION**

Plaintiff Matthew Gottlieb gives notice of filing the following exhibits to Plaintiff's Motion for Class Certification:

1. Excerpts of the Deposition Transcript of CITGO's Corporate Representative Joseph D. Low, taken April 19, 2017.

2. Errata Sheet for the Deposition Transcript of Joseph Low.

3. Excerpts of the Deposition Transcript of Black Canyon's Corporate Representative Kevin Brandt.

4. Deposition Exhibits 2, 4, 6, 7, 10-17, 19, 20, 22, 27, 29, 30, 32, 35, 45, 46, 55, 57-59, 61, 68, & 72.

5. CITGO's Answers to Plaintiff's First Set of Interrogatories, dated March 6, 2017.

6. CITGO's Answers to Plaintiff's Request for Admissions, dated March 6, 2017.

7. CITGO-07108 (Email between Six Flags and CITGO cited in Motion at n.8).

8. mGage Message History Lookup for Plaintiff Matthew Gottlieb's cell phone number.

9. Declaration of Plaintiff Matthew Gottlieb.

10. Kopelowitz Ostrow Ferguson Weiselberg Gilbert firm resume.

11. Shamis & Gentile, P.A. firm resume.

Dated: June 2, 2017.

                Respectfully submitted,

                By: /s/ Avi R. Kaufman
                Avi R. Kaufman (Florida Bar No. 84382)
                KOPELOWITZ OSTROW
                FERGUSON WEISELBERG GILBERT
                2800 Ponce de Leon Boulevard, Suite 1100
                Coral Gables, Florida 33134
                Telephone: 305-384-7562
                Email:  kaufman@kolawyers.com

                Jeff M. Ostrow (Florida Bar No. 121452)
                Scott A. Edelsberg (Florida Bar No. 100537)
                KOPELOWITZ OSTROW
                FERGUSON WEISELBERG GILBERT
                One West Las Olas Boulevard, Suite 500
                Fort Lauderdale, Florida 33301
                Telephone: 954-525-4100
                Email:  ostrow@kolawyers.com
                Email:  edelsberg@kolawyers.com

                Andrew J. Shamis (Florida Bar # 101754)
                SHAMIS & GENTILE, P.A.
                14 NE 1st Ave., Suite 400
                Miami, Florida 33132
                Telephone: 305-479-2299
                Email:  ashamis@sflinjuryattorneys.com

*Attorneys for Plaintiff Matthew Gottlieb
and all others similarly situated*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Avi R. Kaufman