**Errata Sheet for the Deposition Transcript of Joseph Low**

Case Name:          Gottlieb v. CITGO Petroleum Corporation
Case Number:        9:16-cv-81911-RLR
Deposition Date(s): April 19, 2017
Witness:            Joseph Low
Location:           Houston, TX

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 9 | 19-21 | CITGO believes that Mr. Gottlieb had texted in to us and given us that consent via his double opt-in process. | At all relevant times, CITGO understood and believed that the double-opt-in process was followed for all text-to-win sweepstakes contests administered by Black Canyon in 2015.  Based on information recently obtained from Black Canyon, it now appears that Plaintiff may not have received the confirmatory "Reply 'Y'" text that was required under the double-opt-in protocol that CITGO had authorized and approved (and which CITGO understood to be in effect for all entrants), and that Plaintiff may not have confirmed his acceptance by sending a "Y" message.  Information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | Substantive revision based on recently obtained information |
| 26 | 2-5 | Basically, it's the double opt-in process that we've always had where they say, you know, type "yes" or "Y" in order to confirm your participation. | Basically, it's the double opt-in process that it is our policy to use, where they say, type "yes" or "Y" in order to confirm your participation.\n\nAt all relevant times, CITGO understood and believed that the double-opt-in process was followed for all text-to-win sweepstakes contests administered by Black Canyon in 2015.  Based on information recently obtained from Black Canyon, it now appears that Plaintiff and an unknown number of other contest entrants may not have received the confirmatory "Reply 'Y'" text that was required under the double-opt-in protocol that CITGO had authorized and approved | Substantive revision based on recently obtained information |

Errata Sheet for the Deposition Transcript of Joseph Low, April 19, 2017
*Gottlieb v. CITGO Petroleum Corporation*, No. 9:16-cv-81911-RLR (S.D. Fla.)

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| | | | (and which CITGO understood to be in effect for all entrants), and that Plaintiff may not have confirmed his acceptance by sending a "Y" message.  Information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | |
| 29 | 22-23 | Juan Salzar | Juan Salazar | Transcription error |
| 32 | 3 | So she's an in between Charlie and – | So she's in between Charlie and – | Transcription error |
| 33 | 20 | So, again, whether he we got, | So, again, whether we got, | Transcription error |
| 62 | 3-4 | we always did the double opt-in. | it was CITGO's policy to always follow the double-opt-in process.  At all relevant times, CITGO understood and believed that the double-opt-in process was followed for all text-to-win sweepstakes contests administered by Black Canyon in 2015.  Based on information recently obtained from Black Canyon, it now appears that Plaintiff and an unknown number of other contest entrants may not have received the confirmatory "Reply 'Y'" text that was required under the double-opt-in protocol that CITGO had authorized and approved (and which CITGO understood to be in effect for all entrants), and that Plaintiff may not have confirmed his acceptance by sending a "Y" message.  Information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | Substantive revision based on recently obtained information |
| 80 | 9 | an opt- out | an opt-out | Transcription error |
| 100 | 6 | Not that I'm aware of. | At all relevant times, it was CITGO's understanding that Black Canyon acted only within its authority, including by following the double-opt-in process for all text-to-win sweepstakes contests administered by Black Canyon in 2015. Based on information recently obtained | Substantive revision based on recently obtained information |

Errata Sheet for the Deposition Transcript of Joseph Low, April 19, 2017
*Gottlieb v. CITGO Petroleum Corporation*, No. 9:16-cv-81911-RLR (S.D. Fla.)

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| | | | from Black Canyon, it now appears that Plaintiff and an unknown number of other contest entrants may not have received the confirmatory "Reply 'Y'" text that was required under the double-opt-in protocol that CITGO had authorized and approved (and which CITGO understood to be in effect for all entrants), and that Plaintiff may not have confirmed his acceptance by sending a "Y" message. If this is true, then Black Canyon acted without CITGO's authorization. Information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | |
| 100 | 12-14 | Again, I mean, I don't have any instances of where they did not perform as we requested. | At all relevant times, it was CITGO's understanding that Black Canyon acted only within its authority, including by following the double-opt-in process for all text-to-win sweepstakes contests administered by Black Canyon in 2015. Based on information recently obtained from Black Canyon, it now appears that Plaintiff and an unknown number of other contest entrants may not have received the confirmatory "Reply 'Y'" text that was required under the double-opt-in protocol that CITGO had authorized and approved (and which CITGO understood to be in effect for all entrants), and that Plaintiff may not have confirmed his acceptance by sending a "Y" message. If this is true, then Black Canyon acted without CITGO's authorization. Information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | Substantive revision based on recently obtained information |
| 120 | 21 | free-gas- for-a-year text messages? | free-gas-for-a-year text messages? | Transcription error |

Errata Sheet for the Deposition Transcript of Joseph Low, April 19, 2017
*Gottlieb v. CITGO Petroleum Corporation*, No. 9:16-cv-81911-RLR (S.D. Fla.)

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 151 | 10-14 | We provided a double opt-in opportunity for him, | At all relevant times, CITGO understood and believed that the double-opt-in process was followed for all text-to-win sweepstakes contests administered by Black Canyon in 2015.  Based on information recently obtained from Black Canyon, it now appears that Plaintiff and an unknown number of other contest entrants may not have received the confirmatory "Reply 'Y'" text that was required under the double-opt-in protocol that CITGO had authorized and approved (and which CITGO understood to be in effect for all entrants).  Information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | Substantive revision based on recently obtained information |
| 157 | 1-2 | So I don't believe that mistakes were made. | Based on information obtained from Black Canyon, it now appears that mistakes may have been made by Black Canyon.  Further information necessary to confirm this is in the possession of Black Canyon's technology vendor, mGage, LLC. | Substantive revision based on recently obtained information |

Joseph Low

5/25/17

Date

## DECLARATION OF JOSEPH LOW

I, Joseph Low, do hereby certify under penalty of perjury that I have read the foregoing

transcript of my deposition taken on April 19, 2017; that I have made such corrections as appear

noted on this Errata Sheet for the Deposition Transcript of Joseph Low, attached hereto, signed

by me; that my testimony as contained herein, as corrected, is true and correct.

Dated this _25th_ day of _____MAY_____, 2017, at Houston, Texas.

JOSEPH LOW