**BROWN & JONES REPORTING, INC.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

PALM BEACH DIVISION

---------------------------------------------------------

MATTHEW GOTTLIEB, individually
and on behalf of all others
similarly situated,

        Plaintiff,

   -vs-                  Case No. 9:16-cv-81911-RLR

CITGO PETROLEUM CORPORATION,

        Defendant.

---------------------------------------------------------


        Examination of KEVIN BRANDT, taken at the

instance of Plaintiff, under and pursuant to the Federal

Rules of Civil Procedure, before KATHLEEN E. CARTER, a

Certified Realtime Reporter, Registered Merit Reporter

and Notary Public in and for the State of Wisconsin, at

Brown & Jones Reporting, Inc., 735 North Water Street,

Suite M185, Milwaukee, Wisconsin, on Monday,

April 17, 2017, commencing at 8:24 a.m. and concluding

at 2:24 p.m.

1              A P P E A R A N C E S

2    KOPELOWITZ, OSTROW, FERGUSON, WEISELBERG, GILBERT, by
     MR. AVI R. KAUFMAN and
3    MR. SCOTT A. EDELSBERG (telephonically),
     2800 Ponce de Leon Boulevard, Suite 1100,
4    Coral Gables, Florida 33134,
     appeared on behalf of the Plaintiff.

5

6    EIMER STAHL LLP, by
     MR. SCOTT C. SOLBERG,
7    224 South Michigan Avenue, Suite 1100,
     Chicago, Illinois 60604-2516,
     appeared on behalf of the Defendant.

8

9    CITGO PETROLEUM CORPORATION, by
     MR. DREW YODER,
10   Senior Corporate Counsel,
     1293 Eldridge Parkway, N5014,
11   Houston, Texas 77077,
     appeared on behalf of the Defendant.

12   KATTEN & TEMPLE, LLP, by
     MR. JOHN M. GEORGE, JR.,
13   542 South Dearborn, 14th Floor,
     Chicago, Illinois 60605,
14   appeared on behalf of the Deponent.

15                    * * * * *

16

17              I N D E X

18
     Examination:                              Page
19
     By Mr. Kaufman...................................   5
20

21
     Exhibits    Identified:                   Page
22

Exhibit 1 - Subpoena.............................   26
23   Exhibit 2 - Email From Mr. Brandt To Joseph Low At
                 Citgo................................   42
24   Exhibit 3 - Email Chain..........................   47
     Exhibit 4 - Overview Of The "Statement Of Work"....   49
25   Exhibit 5 - Email From Mr. Brandt To Nicole Pace   51
                 in February, 2015.....................

```
 1                  I N D E X   C O N T ' D

 2      Exhibit        Identified:                        Page

 3      Exhibit 6 -  Three Different Images.................  55
        Exhibit 7 -  Email Conversation Between Charlie
 4                   Kovacsik And Mr. Brandt...............  60
        Exhibit 8 -  March 19, 2015, Email From Mr. Brandt
 5                   To Nicole Pace........................  70
        Exhibit 9 -  March, 2015, Emails Between Mr. Brandt
 6                   And Joseph Low Relating To The
                     Text-Messaging Program................  75
 7      Exhibit 10 - List Of Rules For A Promotion.........  77
        Exhibit 11 - Email Chain Between Mr. Brandt And
 8                   Ms. Kovacsik..........................  85
        Exhibit 12 - Email From Mr. Brandt Regarding
 9                   "Campaign Setup"......................  95
        Exhibit 13 - Emails Relating To Live Nation
10                   Text-To-Win Promotions................  97
        Exhibit 14 - Report For May 15, 2015, To May 31,
11                   2015, For The "$100 A Day Sweepstakes".  99
        Exhibit 15 - Memo From Mr. Brandt To Ms. Kovacsik
12                   Regarding "Pri-Mart Loyalty Card RCM
                     Integration".......................... 102
13      Exhibit 16 - Point-Of-Purchase Advertisement
                     Relating To A Citgo Text-To-Win
14                   Promotion............................. 106
        Exhibit 17 - June 16, 2015, 2:28 P.M. Email From
15                   Mr. Brandt To Charlie Kovacsik........ 109
        Exhibit 18 - Photographs Of Signs.................. 110
16      Exhibit 19 - Email From Mr. Brandt To Joseph Low
                     Dated July 28, 2015................... 113
17      Exhibit 20 - Email Between Mr. Brandt and
                     Ms. Kovacsik Relating To A Text-To-Win
18                   Promotion............................. 115
        Exhibit 21 - Email From Mr. Brandt To Charlie
19                   Kovacsik That Lists The Current
                     Keywords.............................. 116
20      Exhibit 22 - Email From Mr. Brandt To Joseph Low
                     That Has Information Regarding Opt-Ins
21                   And Opt-Outs For The Series Of Live
                     Nation Venues......................... 123
22      Exhibit 23 - Text-to-Win Opt-In Report Through
                     November 3rd, 2015, For Live Nation.... 129
23      Exhibit 24 - Emails Between Mr. Brandt And
                     Ms. Kovacsik Relating To "Six Flags
24                   Text Campaigns"....................... 131

25
```

1                    I N D E X   C O N T ' D

2       Exhibit       Identified:                        Page

3

        Exhibit 25 - Emails Between Mr. Brandt And Charlie
4                    Kovacsik, Including One On August 11,
                     2016, 8:27 A.M., From Mr. Brandt To
5                    Ms. Kovacsik......................... 135

        Exhibit 26 - Emails Between Mr. Brandt And Charlie
6                    Kovacsik, Including One From
                     November 7, 2016, At 7:43 A.M. Talking
7                    About "The Gas For A Year Will Be
                     Going Out This Afternoon".............. 139
8       Exhibit 27 - November 8, 2016, Email From Mr.
                     Brandt To Charlie Kovacsik............. 141
9       Exhibit 28 - Series Of Emails On November 30, 2016,
                     Between Mr. Brandt And Ms. Kovacsik.... 142
10      Exhibit 29 - Emails Between Amber Olson Of mGage
                     And Mr. Brandt........................ 144
11      Exhibit 30 - Document Entitled, "SMS Copy".......... 146
        Exhibit 31 - Document Used To Check The Image
12                   Versus The Message.................... 148
        Exhibit 32 - Report Relating To Text Messages Sent
13                   Using The Technology.................. 149
        Exhibit 33 - Email From Ms. Kovacsik To Mr. Brandt.. 166
14      Exhibit 34 - Transaction Lookup..................... 167
        Exhibit 35 - Email Mr. Brandt Sent To Ms. Kovacsik
15                   At 7:30 On January 12, 2017........... 170

16

        Disposition Of Original Exhibit/s:
17      Attached To Original Transcript

18

19

20

21

22

23

24

25

KEVIN BRANDT, 04/17/2017                    5

```
 1              TRANSCRIPT OF PROCEEDINGS

 2                  KEVIN BRANDT, called as a witness

 3         herein, having been first duly sworn on oath, was

 4         examined and testified as follows:

 5                      EXAMINATION

 6   BY MR. KAUFMAN:

 7   Q   Good morning, Mr. Brandt.  I'm Avi Kaufman.  I'll

 8       be taking your deposition this morning.

 9   A   Good morning.

10   Q   As you know, I represent Matthew Gottlieb in this

11       case against Citgo.

12   A   Yes.

13   Q   Have you ever been deposed before, Mr. Brandt?

14   A   No.

15   Q   So we're going to go over a couple ground rules.

16       As you see, we have a court reporter here taking

17       everything down you say, so it's important that you

18       audibilize your answers.  Do you understand?

19   A   Yes.

20   Q   Separately we have a tendency to try to anticipate

21       what people are asking, sometimes when we get into

22       a conversation like this, and for the sake of the

23       record, it's important that we have complete

24       answers and complete questions.  So sometimes

25       you'll try to anticipate what I'm asking, but
```

| | | |
|---|---|---|
| 08:24 | 1 | instead I ask that you just wait until I finish so |
| 08:24 | 2 | that you can respond when the time comes.  Is that |
| 08:25 | 3 | okay? |
| 08:25 | 4 | A  Certainly. |
| 08:25 | 5 | Q  And I'll do the same.  Sometimes it's hard for me |
| 08:25 | 6 | to know when you're done speaking, sometimes it's a |
| 08:25 | 7 | comma and not a period, and I might cut you off, |
| 08:25 | 8 | but you just tell me you have more to say, and I'll |
| 08:25 | 9 | stop myself and let you keep going. |
| 08:25 | 10 | A  Okay. |
| 08:25 | 11 | Q  If at any time you need to take a break during the |
| 08:25 | 12 | deposition, I'm happy to stop as long as there's no |
| 08:25 | 13 | question pending. |
| 08:25 | 14 | A  Okay. |
| 08:25 | 15 | Q  And, last, I'll ask that if you don't understand |
| 08:25 | 16 | any question I ask you, you tell me, and I can |
| 08:25 | 17 | rephrase it for you in a way that you understand. |
| 08:25 | 18 | Is that okay? |
| 08:25 | 19 | A  Yes, it is. |
| 08:25 | 20 | Q  So can we agree that if you answer my question, |
| 08:25 | 21 | that means you understood it? |
| 08:25 | 22 | MR. GEORGE:  I'm going to object to that |
| 08:25 | 23 | generally because I always object to that |
| 08:25 | 24 | instruction.  Go ahead. |
| 08:25 | 25 | THE WITNESS:  Yes. |

KEVIN BRANDT, 04/17/2017                    7

| 08:25 | 1 | BY MR. KAUFMAN: |
| 08:25 | 2 | Q   So, as your attorney pointed out, he's going to |
| 08:25 | 3 |     from time to time object.  He'll tell you when you |
| 08:25 | 4 |     can't answer, but unless he instructs you not to |
| 08:25 | 5 |     answer, I'll ask that you do answer the question |
| 08:25 | 6 |     notwithstanding his objection.  Do you understand? |
| 08:25 | 7 | A   Yes, I do. |
| 08:25 | 8 | Q   Great.  Where do you work, Mr. Brandt? |
| 08:25 | 9 | A   I currently work for Black Canyon Advertising, |
| 08:26 | 10 |    which is owned by MTI Connect. |
| 08:26 | 11 | Q   What do you do for Black Canyon Advertising? |
| 08:26 | 12 | A   I'm a Creative Director. |
| 08:26 | 13 | Q   What does that mean? |
| 08:26 | 14 | A   It means that I oversee the creative work and |
| 08:26 | 15 |    creative output of the agency. |
| 08:26 | 16 | Q   How many people do you work with? |
| 08:26 | 17 | A   At MTI Connect, approximately 30. |
| 08:26 | 18 | Q   How many at Black Canyon? |
| 08:26 | 19 | A   Black Canyon -- I'm currently the only employee of |
| 08:26 | 20 |    Black Canyon.  Black Canyon is not a legal entity. |
| 08:26 | 21 |    So -- |
| 08:26 | 22 | Q   But under the Black Canyon umbrella, you're the |
| 08:26 | 23 |    only one working; is that correct? |
| 08:26 | 24 | A   Yeah, correct.  At this time, yes. |
| 08:26 | 25 | Q   And did Black Canyon do some work for Citgo over |

08:27  1          the last couple of years?

08:27  2     A    Yes.

08:27  3     Q    Can you tell me about that, please.

08:27  4                MR. GEORGE:  It's very broad.  I'm going

08:27  5          to object.  Could you -- are you looking to limit

08:27  6          it to things relating to texting right away, or the

08:27  7          big picture of everything they've done?

08:27  8     BY MR. KAUFMAN:

08:27  9     Q    We can start with the big picture, and then we can

08:27 10          get the specific.

08:27 11     A    We've worked with Citgo, helping with primarily the

08:27 12          text messaging program and -- however, First Edge

08:27 13          solutions, which previously owned Black Canyon,

08:27 14          which MTI Connect purchased the assets of that

08:27 15          company, would from time to time print materials on

08:27 16          behalf of Citgo.

08:27 17                Also on the First Edge side of things,

08:28 18          though, to what degree, I'm not completely sure,

08:28 19          provided some sales assistance -- our sales team

08:28 20          provided assistance to Citgo Regional Managers.

08:28 21                I've also -- the First Edge side also did

08:28 22          some background information gathering on a variety

08:28 23          of potential programs that were under consideration

08:28 24          in the Northeast Region, however, were not

08:28 25          executed.

KEVIN BRANDT, 04/17/2017                    9

08:28  1    Q    Well, what types of programs were those?

08:28  2              MR. GEORGE:   Okay.   You can ask it in

08:28  3         general.   I don't know if this is confidential

08:28  4         business information or not.

08:28  5              THE WITNESS:   Cross-promotional

08:29  6         activities with youth groups.

08:29  7              MR. KAUFMAN:   John, I'll note for the

08:29  8         record that we've entered into some semblance of a

08:29  9         confidentiality stipulation by email with Citgo, so

08:29 10         to the extent that it relates to confidential Citgo

08:29 11         information, we've agreed to keep it confidential

08:29 12         except as to witnesses that would otherwise have

08:29 13         the knowledge, like Mr. Brandt, obviously.

08:29 14              MR. GEORGE:   Fine.

08:29 15              THE WITNESS:   Cross -- as I mentioned,

08:29 16         cross-promotional opportunities with youth groups.

08:29 17         There were a couple of sports teams, I believe, if

08:29 18         I recall.   However, none of those programs, to the

08:29 19         best of my recollection, were executed.

08:29 20    BY MR. KAUFMAN:

08:29 21    Q    Before MTI Connect purchased the assets of First

08:29 22         Edge Solutions, were you employed by First Edge

08:30 23         Solutions?

08:30 24    A    Yes.

08:30 25    Q    Were you the initial contact between -- was Black

| | | |
|---|---|---|
| 08:30 | 1 | Canyon also operating under the First Edge |
| 08:30 | 2 | Solutions umbrella? |
| 08:30 | 3 | A | Yes. |
| 08:30 | 4 | Q | Were you -- was anyone else working with you at |
| 08:30 | 5 | Black Canyon at that time? |
| 08:30 | 6 | A | Yes. |
| 08:30 | 7 | Q | Who? |
| 08:30 | 8 | A | Cindi Karlowicz. |
| 08:30 | 9 | Q | Anyone else? |
| 08:30 | 10 | A | Who was an Art -- she was an Art Director.  Over -- |
| 08:30 | 11 | up until early in 2016 Christina Scherrer, who was |
| 08:30 | 12 | a Designer. |
| 08:30 | 13 | Q | Anyone else? |
| 08:30 | 14 | A | No. |
| 08:30 | 15 | Q | When did MTI Connect purchase the assets of First |
| 08:31 | 16 | Edge Solutions? |
| 08:31 | 17 | A | I don't recall the actual time frame or date other |
| 08:31 | 18 | than it would have been -- I want -- I want to say |
| 08:31 | 19 | it was later, perhaps somewhere in the late third |
| 08:31 | 20 | quarter or fourth quarter of 2015 period.  However, |
| 08:31 | 21 | I'm not on the executive team, so I could not |
| 08:31 | 22 | provide you with an accurate date or details. |
| 08:32 | 23 | Q | We can just operate off third quarter 2015 |
| 08:32 | 24 | generally for the moment. |
| 08:32 | 25 | Did anything change in the relationship |

KEVIN BRANDT, 04/17/2017                    11

08:32    1              with Citgo after First Edge Solutions's assets were

08:32    2              purchased by MTI Connect?

08:32    3      A       Nothing to the degree that I was directly involved

08:32    4              or have knowledge of.  My relationship in working

08:32    5              with them stayed the same.

08:32    6      Q       Is there anyone else that would have knowledge of

08:32    7              any changes in the relationship between Black

08:32    8              Canyon and MTI Connect and Citgo on the other hand?

08:32    9      A       The only things that I could possibly think of, if

08:32   10              you were to define working relationship, would

08:32   11              simply be, you know, where invoices may have been

08:32   12              paid.  I don't believe there were any other major

08:32   13              changes in the way -- in the relationship from that

08:33   14              standpoint.  Simply a notification of the -- the

08:33   15              change in business.

08:33   16      Q       When did the relationship between Black Canyon and

08:33   17              Citgo start?

08:33   18      A       That was started by First Edge Solutions, I want to

08:33   19              say, early 2015 and maybe 2000 -- late 2014.

08:33   20      Q       How did Black Canyon first get in contact with

08:33   21              Citgo about doing work for it?

08:33   22      A       We were introduced to Citgo --

08:33   23                      (Discussion off the record.)

08:34   24                      MR. KAUFMAN:  Sorry about that.

08:34   25              Technology.

KEVIN BRANDT, 04/17/2017                    12

08:34   1                    THE WITNESS:  We were introduced to Citgo

08:34   2          by a member of --

08:34   3                    (Discussion off the record.)

08:34   4                    THE WITNESS:  -- of the First Edge

08:34   5          Solutions sales department.  The original

08:34   6          interaction, to go back, with Citgo began in 2014.

08:34   7   BY MR. KAUFMAN:

08:34   8   Q    What caused you to remember that now?

08:35   9   A    Just a time frame.  I'm trying to figure out the

08:35  10          months of when things started.

08:35  11   Q    So who in First Edge Solutions' sales department

08:35  12          initially put Black Canyon in contact with Citgo?

08:35  13   A    John Smilanich.

08:35  14   Q    Can you spell the last name?

08:35  15   A    S --

08:35  16   Q    To the best of your ability.

08:35  17   A    S-M-I-L-A-N-I-C-H.

08:35  18   Q    Why did John Smilanich put Citgo in contact with

08:35  19          Black Canyon?

08:35  20   A    He knew -- he knew Regional Managers and thought

08:35  21          that our services might be of benefit to them.

08:35  22   Q    What Regional Managers did he know?

08:35  23   A    Nicole Pace is the only one that I would have any

08:36  24          knowledge of him knowing directly, as that's who he

08:36  25          put me in -- in touch with.  So he may have had

KEVIN BRANDT, 04/17/2017                    13

| | | |
|---|---|---|
| 08:36 | 1 | other relationships prior to that, but I would -- I |
| 08:36 | 2 | wouldn't know. |
| 08:36 | 3 | Q  So your first contact with Citgo was with Nicole |
| 08:36 | 4 | Pace; is that correct? |
| 08:36 | 5 | A  Yes. |
| 08:36 | 6 | Q  You said that John thought that Black Canyon's |
| 08:36 | 7 | services could be of benefit to Citgo; is that |
| 08:36 | 8 | right? |
| 08:36 | 9 | A  Yes, I did. |
| 08:36 | 10 | Q  And what services were those? |
| 08:36 | 11 | A  Creative services, strategic services, which we |
| 08:37 | 12 | also offer. |
| 08:37 | 13 | Q  What falls under creative services? |
| 08:37 | 14 | A  Assisting in design work, possibly copyrighting to |
| 08:37 | 15 | a degree, creative concepts development. |
| 08:37 | 16 | Q  When you say "design work," what are you -- design |
| 08:37 | 17 | of what? |
| 08:37 | 18 | A  Items that may be used to -- for print items or |
| 08:37 | 19 | promotional support items, wide variety of things. |
| 08:37 | 20 | Q  What is creative concepts development that you -- |
| 08:37 | 21 | A  Ideas. |
| 08:37 | 22 | Q  Can you give me an example? |
| 08:37 | 23 | A  We might be given a project, and they would say, |
| 08:38 | 24 | "What ideas might you have on how to execute this," |
| 08:38 | 25 | pictures, words. |

08:38  1    Q    What about the category of strategic services?

08:38  2         What falls under that umbrella?

08:38  3    A    Thinking of ways that might be best to reach the

08:38  4         consumer.

08:38  5    Q    Did John envision Black Canyon providing both

08:38  6         creative services and strategic services to Citgo?

08:38  7                   MR. GEORGE:  Object to form.

08:38  8                   THE WITNESS:  I --

08:38  9                   MR. GEORGE:  You can answer.

08:38  10                  THE WITNESS:  Yeah.  I couldn't speak for

08:38  11         John, to know what his vision was.

08:38  12   BY MR. KAUFMAN:

08:38  13   Q    What did you understand Black Canyon could provide

08:38  14        to Citgo at the time?

08:38  15   A    The knowledge of what we are able to provide in our

08:38  16        service offerings would be strategy, advertising,

08:39  17        and design work.

08:39  18   Q    Did you have a specific strategy in mind for Citgo

08:39  19        at the time?

08:39  20   A    No, we did not.  We generally wait for client

08:39  21        input, following their needs, their requirements.

08:39  22        We don't presume anything.

08:39  23   Q    So how -- what was the initial contact between you

08:39  24        and Nicole Pace?

08:39  25   A    I -- I don't recall an initial -- I don't recall

08:39    1          the details of an initial contact.  It -- probably
08:39    2          more exploratory in nature to understand what they
08:39    3          might be needing support for, and what we could
08:40    4          provide, and find out if our services aligned with
08:40    5          their needs.
08:40    6     Q    Other than Nicole, did you speak with anyone else
08:40    7          at Citgo before you were engaged about what
08:40    8          services they might need?
08:40    9               MR. GEORGE:  Object to form.
08:40   10               THE WITNESS:  No.  I don't recall.  I --
08:40   11          no.
08:40   12    BY MR. KAUFMAN:
08:40   13     Q    What services did Ms. Pace say they -- that Citgo
08:40   14          needed?
08:40   15     A    At that time, I do not remember, in the initial
08:40   16          meeting, anything specifically.  Basically, it
08:40   17          would have been a discussion about, you know, our
08:40   18          services in general.  In our initial -- in our
08:41   19          initial meetings, I don't recall anything in
08:41   20          particular other than a discussion of our
08:41   21          capabilities overall.
08:41   22     Q    Can you take me through the process from initially
08:41   23          being introduced to Nicole Pace by John Smilanich
08:41   24          and ultimately being engaged by Citgo to provide
08:41   25          marketing services?

| | | | |
|---|---|---|---|
| 08:41 | 1 | A | Generally we will have, you know, initial |
| 08:41 | 2 | | discussions regarding their needs, their interests |
| 08:41 | 3 | | regarding the services that we would provide, have |
| 08:41 | 4 | | a discussion regarding what they might be looking |
| 08:41 | 5 | | for in terms of support, at which point, you know, |
| 08:42 | 6 | | as I mentioned, we would see what aligns, what |
| 08:42 | 7 | | makes sense and then discuss ways that -- that we |
| 08:42 | 8 | | might be able to help in that sense. |
| 08:42 | 9 | Q | What did Citgo indicate to you that they were |
| 08:42 | 10 | | looking for at the time? |
| 08:42 | 11 | A | I don't recall in particular.  These tend to be |
| 08:42 | 12 | | very broad discussions.  Some of it involved |
| 08:42 | 13 | | service offerings that Black Canyon provided |
| 08:42 | 14 | | directly, others may have been discussions of |
| 08:42 | 15 | | service offerings First Edge Solutions provided. |
| 08:42 | 16 | Q | What services -- sorry. |
| 08:42 | 17 | A | I do know that there are, you know, printing |
| 08:42 | 18 | | services that we provide, some direct mail |
| 08:43 | 19 | | services, email services, on the First Edge |
| 08:43 | 20 | | Solutions side.  Mobile messaging certainly became |
| 08:43 | 21 | | a topic of discussion. |
| 08:43 | 22 | Q | What service offerings would have been potentially |
| 08:43 | 23 | | provided by Black Canyon? |
| 08:43 | 24 | A | Creative services, advertising, design, and some |
| 08:43 | 25 | | mobile messaging services and plans, support. |

08:43  1    Q    Did Citgo ultimately engage Black Canyon to provide

08:43  2         mobile messaging services?

08:43  3    A    Because Black Canyon is a d/b/a and not a legal

08:43  4         entity, the engagement would have been with First

08:43  5         Edge Solutions.

08:43  6    Q    Through that engagement, did Black Canyon

08:44  7         ultimately provide mobile messaging services to

08:44  8         Citgo?

08:44  9    A    Again, as a -- I'm an employee of First Edge

08:44 10         Solutions operating under a title of Black Canyon,

08:44 11         so it would have been provided by First Edge

08:44 12         Solutions.

08:44 13    Q    I don't want to get hypertechnical with you,

08:44 14         Mr. Brandt, but before you told me that you were

08:44 15         the only one working under the Black Canyon name.

08:44 16         Is that right?

08:44 17    A    As a d/b/a, correct.

08:44 18    Q    Okay.  So the services you provided to Citgo were

08:44 19         provided under the Black Canyon d/b/a; is that

08:44 20         right?

08:44 21    A    Yes.

08:44 22    Q    Okay.

08:44 23    A    You are correct.  That would be correct, yes.

08:44 24    Q    What -- so when I refer to "mobile" -- when I refer

08:44 25         to "Black Canyon," I'm talking about the Black

08:44  1          Canyon d/b/a.  I understand the corporate

08:44  2          formalities.

08:44  3     A    Okay.

08:44  4     Q    Can we agree?

08:44  5     A    Yes, we can.

08:44  6     Q    Okay.  So did Black Canyon provide mobile messaging

08:44  7          services to Citgo?

08:44  8     A    Yes.

08:44  9     Q    Before you used the term "text messaging program."

08:45  10         What did you mean by that?

08:45  11    A    I use that interchangeably with mobile messaging.

08:45  12    Q    What does that encompass?  What does "text

08:45  13         messaging program" encompass?

08:45  14    A    Communication with potential -- well, with

08:45  15         individuals -- communication with individuals via

08:45  16         SMS and MMS messaging.

08:45  17    Q    What's SMS?

08:45  18    A    Short messaging service.

08:45  19    Q    What's MMS?

08:45  20    A    Multimedia messaging service.

08:45  21    Q    How are they different?

08:45  22    A    MMS includes graphics, video, audio included.  SMS

08:45  23         is simply text messages.  Rich -- rich content

08:45  24         messaging is the way that we would refer to MMS.

08:45  25    Q    So you'll have to my excuse my ignorance.  Assume

| | | |
|---|---|---|
| 08:45 | 1 | | that I'm someone that still prints out my boarding |
| 08:46 | 2 | | passes before I leave my house. |
| 08:46 | 3 | A | Sure. |
| 08:46 | 4 | Q | So MMS is another type of text message, just with |
| 08:46 | 5 | | different content; is that right? |
| 08:46 | 6 | A | No.  MMS is the industry term for multimedia |
| 08:46 | 7 | | messaging.  Rich content messaging is how we refer |
| 08:46 | 8 | | to it.  It is exactly the same. |
| 08:46 | 9 | Q | Okay. |
| 08:46 | 10 | A | We refer to it as rich content messaging. |
| 08:46 | 11 | Q | Did Black Canyon provide rich content messaging to |
| 08:46 | 12 | | Citgo? |
| 08:46 | 13 | A | Yes. |
| 08:46 | 14 | Q | When did Black Canyon start providing rich content |
| 08:47 | 15 | | messaging to Citgo? |
| 08:47 | 16 | A | It would have been sometime in the first quarter. |
| 08:47 | 17 | | I -- I don't recall the actual date. |
| 08:47 | 18 | Q | I'll just jump in.  I'll tell you -- |
| 08:47 | 19 | A | It may have been the fourth quarter of 2014 where |
| 08:47 | 20 | | we assisted in messaging information for a |
| 08:48 | 21 | | Northeast regional meeting.  I'm not sure of that |
| 08:48 | 22 | | exact date, but that seems correct. |
| 08:48 | 23 | Q | When you say "messaging information," what do you |
| 08:48 | 24 | | mean? |
| 08:48 | 25 | A | In that particular instance, we sent a videographic |

| | | | |
|---|---|---|---|
| 09:02 | 1 | Q | What steps did you personally take to identify |
| 09:02 | 2 | | documents? |
| 09:02 | 3 | A | Went through emails, reading emails, files that |
| 09:02 | 4 | | were stored and kept with communications regarding |
| 09:02 | 5 | | the -- the messaging engagement. |
| 09:02 | 6 | Q | Aside from reviewing emails and reviewing files |
| 09:03 | 7 | | stored and kept with communications relating to the |
| 09:03 | 8 | | engagement, did you do anything else? |
| 09:03 | 9 | A | Yes. |
| 09:03 | 10 | Q | What else? |
| 09:03 | 11 | A | I did request from mGage initially because we did |
| 09:03 | 12 | | not have access to them, and I don't -- may have |
| 09:03 | 13 | | been -- somewhere in the area of Points 7, 8 and 9, |
| 09:03 | 14 | | requesting information for messages sent to a |
| 09:04 | 15 | | number. |
| 09:04 | 16 | Q | What -- who is mGage? |
| 09:04 | 17 | A | MGage is the company that provides the technology. |
| 09:04 | 18 | Q | What technology? |
| 09:04 | 19 | A | That transmits the messages. |
| 09:04 | 20 | Q | What's that technology called? |
| 09:04 | 21 | A | I don't know exactly the -- what the technology is |
| 09:04 | 22 | | called. |
| 09:04 | 23 | Q | How do you access it? |
| 09:04 | 24 | A | Through a dashboard on -- on a website. |
| 09:04 | 25 | Q | What's the website? |

| | | | |
|---|---|---|---|
| 09:04 | 1 | A | Connect.mogreet.com. |
| 09:04 | 2 | Q | Has that always been the website during Black |
| 09:04 | 3 | | Canyon's engagement by Citgo in connection with the |
| 09:04 | 4 | | text messaging program? |
| 09:04 | 5 | A | I believe that it has, yes, but I don't recall |
| 09:05 | 6 | | exactly. |
| 09:05 | 7 | Q | Well, without getting hypertechnical about the |
| 09:05 | 8 | | website, is the dashboard the same application that |
| 09:05 | 9 | | has been used throughout the engagement? |
| 09:05 | 10 | A | Yes, I believe it has been the address, yes, and |
| 09:06 | 11 | | the dashboard. |
| 09:06 | 12 | Q | Going back to Exhibit 1, there's an Exhibit B which |
| 09:06 | 13 | | is the last page, front and back.  I direct your |
| 09:06 | 14 | | attention to it.  It's titled, "Areas Of Inquiry." |
| 09:06 | 15 | | Do you see that, Mr. Brandt? |
| 09:06 | 16 | A | Exhibit B?  Yes. |
| 09:06 | 17 | Q | Have you seen these areas of inquiry before? |
| 09:06 | 18 | A | Yes. |
| 09:06 | 19 | Q | Have you been designated by Black Canyon to testify |
| 09:06 | 20 | | on its behalf relating to these 25 topics? |
| 09:06 | 21 | A | Yes. |
| 09:06 | 22 | Q | Are there any topics here that you are not |
| 09:06 | 23 | | qualified to testify about? |
| 09:06 | 24 | | Let me restate that.  Are there any |
| 09:06 | 25 | | topics here you are not knowledgeable about? |

| | | |
|---|---|---|
| 09:29 | 1 | when it sent him three autodial text messages; is |
| 09:29 | 2 | that correct? |
| 09:29 | 3 | A   At the time, I believe that we -- that we -- we |
| 09:29 | 4 | did.  We send on a -- on a -- to an opt-in list, |
| 09:30 | 5 | and I believe -- I believe that the numbers on that |
| 09:30 | 6 | opt-in list had given consent, yes. |
| 09:30 | 7 | Q   So -- |
| 09:30 | 8 | A   Otherwise I wouldn't have deliberately sent |
| 09:30 | 9 | messages. |
| 09:30 | 10 | Q   So when the autodial text messages were sent to |
| 09:30 | 11 | Mr. Gottlieb in August, October and November, I |
| 09:30 | 12 | believe were the dates, they were sent to other |
| 09:30 | 13 | recipients as well; is that correct? |
| 09:30 | 14 | A   Yes, they would have been. |
| 09:30 | 15 | Q   And your position, what you were just getting at |
| 09:30 | 16 | before, was that every single person that received |
| 09:30 | 17 | the autodial text messages that Mr. Gottlieb |
| 09:30 | 18 | received had consented to receiving autodial text |
| 09:30 | 19 | messages from Citgo; is that correct? |
| 09:30 | 20 | A   I can't -- it's my belief.  I can't -- that was my |
| 09:31 | 21 | impression.  I can't make any absolute claims with |
| 09:31 | 22 | any certainty.  But that is what I believe to be |
| 09:31 | 23 | true, yes. |
| 09:31 | 24 |      I do know that in -- yes, I believe that |
| 09:31 | 25 | that's what would be the case.  I -- we have never |

09:31  1    deliberately sent messages to people that we knew

09:31  2    hadn't agreed.  The -- the -- there are -- if any

09:32  3    campaigns were run where a double opt-in did not

09:32  4    occur, or we were aware it did not occur, we do not

09:32  5    send to those databases.

09:32  6                    MR. KAUFMAN:  We can take a break now.

09:32  7                    MR. GEORGE:  Thanks.

09:32  8                    MR. KAUFMAN:  Well, unless the witness is

09:32  9    still speaking.  I'm sorry.

09:32  10                   THE WITNESS:  No.

09:32  11                   MR. KAUFMAN:  You have just a slow roll

09:32  12   to you, and I'm sorry if I cut you off a few times.

09:32  13   I really didn't intend to.

09:32  14                   THE WITNESS:  No, that's -- that's fine.

09:32  15                   MR. KAUFMAN:  I appreciate you're kind of

09:32  16   processing and thinking about the best answer.

09:32  17                   THE WITNESS:  No, I'm not thinking about

09:32  18   the best answer.  I'm thinking about the right

09:32  19   answer.

09:32  20                   MR. SOLBERG:  Are we off the record?

09:32  21                   MR. GEORGE:  No.  You've answered.

09:32  22                   MR. KAUFMAN:  We can take a break.

09:32  23                   (Recess had.)

09:44  24                   MR. KAUFMAN:  Back on.

09:44  25   BY MR. KAUFMAN:

```
09:44   1   Q    Mr. Brandt, you understand you're still under oath?

09:44   2   A    Yes, I do.

09:44   3                (Exhibit No. 2 was marked.)

09:45   4   BY MR. KAUFMAN:

09:45   5   Q    Handing you what I've marked as Exhibit 2 to your

09:45   6        deposition.  Have you seen this email before?

09:45   7   A    Yes.

09:45   8   Q    Is this an email from you, kbrandt@blackcanyon.us,

09:45   9        to Joseph Low at Citgo and --

09:45  10   A    Yes.

09:45  11   Q    And the CC is John Smilanich, who we discussed

09:45  12        earlier, right?

09:45  13   A    Yes.

09:45  14   Q    And he's the one that introduced you to Nicole

09:45  15        Pace?

09:45  16   A    Yes.

09:45  17   Q    And is it possible that Nicole or John then

09:45  18        introduced you to Joseph Low?

09:45  19   A    Oh, yes.  Yes.

09:45  20   Q    So what is this January 12th, 2015, email from you

09:46  21        to Joseph Low?

09:46  22   A    It's a proposal -- promotional rich content

09:46  23        messaging promotional proposal.

09:46  24   Q    So this is the text-messaging program that Black

09:46  25        Canyon was ultimately engaged by Citgo to provide?
```

| | | | |
|---|---|---|---|
| 09:46 | 1 | A | No, it is not. |
| 09:46 | 2 | Q | Well, why not? |
| 09:46 | 3 | A | This is a proposal only. |
| 09:46 | 4 | Q | So in the first sentence you write, Mr. Brandt, |
| 09:46 | 5 | | "Attached please find our initial proposal for |
| 09:46 | 6 | | Black Canyon's services as it pertains to the |
| 09:46 | 7 | | implementation of rich content messaging services |
| 09:46 | 8 | | into current and future promotional efforts." |
| 09:47 | 9 | A | Yes. |
| 09:47 | 10 | Q | What did you mean by "current and future |
| 09:47 | 11 | | promotional efforts"? |
| 09:47 | 12 | A | Being a proposal, it's for future.  I'm not exactly |
| 09:47 | 13 | | certain as to why I wrote "current," as I don't |
| 09:48 | 14 | | believe -- I don't recall promotions running prior |
| 09:48 | 15 | | to this. |
| 09:48 | 16 | Q | If you'll turn to -- |
| 09:48 | 17 | A | I don't -- |
| 09:48 | 18 | Q | If you'll turn to the first actual page -- |
| 09:48 | 19 | A | Yes, I see. |
| 09:48 | 20 | Q | -- of the proposal.  You see the heading "Rich |
| 09:48 | 21 | | Content Messaging"? |
| 09:48 | 22 | A | Yes. |
| 09:48 | 23 | Q | That's the program we talked about before, right? |
| 09:48 | 24 | A | Yes. |
| 09:48 | 25 | Q | And then just below that there's a subheading, |

KEVIN BRANDT, 04/17/2017                                          44

```
09:48   1              "Messaging Platform Overview"; do you see that?

09:48   2      A    Yes.

09:48   3      Q    That's the technology we were discussing before,

09:49   4           right?

09:49   5      A    Yes.

09:49   6      Q    At the bottom of that "Messaging Platform Overview"

09:49   7           there's a sentence that says, "The ultimate benefit

09:49   8           of the technology is the cultivation of a robust

09:49   9           mobile number database, which can be used on an

09:49  10           ongoing basis to cultivate customer loyalty, create

09:49  11           future customer engagements and drive incremental

09:49  12           transactions and sales."  Do you see that?

09:49  13      A    Yes.

09:49  14      Q    So you were proposing to Citgo that they would

09:49  15           build up a database of cell phone users opting into

09:49  16           text messages, right?

09:49  17      A    I said that was the benefit of the technology.

09:49  18      Q    And you were proposing that Citgo use the

09:49  19           technology, right?

09:49  20      A    Yes.

09:49  21      Q    And the benefit of the technology is to market to

09:50  22           that list of numbers, right?

09:50  23      A    Not entirely.

09:50  24      Q    So what else is the purpose?

09:50  25      A    Culti- -- customer loyalty.
```

| | | | |
|---|---|---|---|

09:50  1   Q   What's the purpose of customer loyalty?

09:50  2   A   To become a preferred brand.

09:50  3   Q   Does customer loyalty mean that if someone is

09:50  4       standing on a street corner, and they could go to

09:50  5       Shell or to Citgo, that if they're a -- if they

09:50  6       have customer loyalty, they will shop at Citgo,

09:50  7       right?

09:50  8   A   They may make a choice.

09:50  9   Q   Isn't that -- isn't that the intent?

09:50 10   A   In our business, customer loyalty, our goal is

09:50 11       always to become part of the considered set of

09:51 12       options.  No single customer, it is our belief --

09:51 13   Q   Is customer loyalty an end in and of itself, or is

09:51 14       it intended to drive revenue?

09:51 15           MR. GEORGE:  Object to the form.

09:51 16           THE WITNESS:  It is an end in and of

09:51 17       itself.

09:51 18   BY MR. KAUFMAN:

09:51 19   Q   So if I were running a business, I would want to

09:51 20       build a bunch of customer loyalty even if it had no

09:51 21       effect on revenue; is that what you're saying,

09:51 22       Mr. Brandt?  Is that what you were proposing to

09:51 23       Citgo?

09:51 24           MR. GEORGE:  Which question?  The second

09:51 25       one?  I'm going to object.

09:51    1                THE WITNESS:  No.  Customer loyalty may

09:52    2        result in purchase.  Customer loyalty, the

09:52    3        importance is so that someone becomes a part of the

09:52    4        considered set of options.  I am unaware of a

09:52    5        direct correlation between the two that has ever

09:52    6        been proven empirically.

09:52    7   BY MR. KAUFMAN:

09:52    8   Q    What's a link and click-through rate?

09:52    9   A    Is that on here?

09:53   10   Q    It's the last line on that first page we were just

09:53   11        looking at.  It's in bullet point, "Links and

09:53   12        click-through rates."

09:53   13   A    Link -- a link is a -- like a link to a website,

09:53   14        where if someone clicks on a link, much as you

09:53   15        would in an email or any other type of -- if a

09:53   16        friend sent you an email saying, "Go see this site"

09:53   17        or "you've got to see this on YouTube," and then

09:53   18        you click on it, that -- what you click on would be

09:53   19        a link.

09:53   20                A click-through rate is a stat that's

09:53   21        used to determine the rate of -- or the number of

09:53   22        people that clicked through.

09:53   23   Q    The number of people that clicked the link?

09:53   24   A    Yes.

09:54   25                (Exhibit No. 3 was marked.)

KEVIN BRANDT, 04/17/2017                    47

```
09:54   1    BY MR. KAUFMAN:

09:54   2    Q    Showing you, Mr. Brandt, what's been marked as

09:54   3         Exhibit 3.  You see there's a series of emails

09:54   4         there that starts with the January 12th, 2015,

09:54   5         email that was Exhibit 2?

09:54   6    A    Um-hum.

09:54   7    Q    Is that a yes?

09:54   8              MR. GEORGE:  You have to say yes or no.

09:54   9              THE WITNESS:  Could you repeat the

09:54  10    question?

09:54  11    BY MR. KAUFMAN:

09:54  12    Q    Sure.  So my question was do you see that this

09:54  13         email chain that we're looking at as Exhibit 3

09:55  14         starts with the email at the back that was Exhibit

09:55  15         2?

09:55  16    A    Yes.

09:55  17    Q    Then there's a series of emails back and forth

09:55  18         between Joseph Low at Citgo, who is a Manager of

09:55  19         Brand Programs --

09:55  20    A    Yes.

09:55  21    Q    -- and you relating to the proposal; is that right?

09:55  22    A    Yes.

09:55  23    Q    And Mr. Low appears to be negotiating the terms of

09:55  24         the proposal; is that right?

09:55  25    A    I am sending him information regarding the
```

| | | |
|---|---|---|
| 09:55 | 1 | proposal. |
| 09:55 | 2 | Q   And then, at some point, you say, "I'm all in on |
| 09:55 | 3 | the deal and will revise the proposal to reflect |
| 09:55 | 4 | the changes and get it to you within the next |
| 09:55 | 5 | couple of days," right? |
| 09:55 | 6 | A   Yes, I do.  I believe so. |
| 09:55 | 7 | Q   Do you see Mr. Low's email at the top, the 3:29 |
| 09:56 | 8 | p.m. email on February 10th? |
| 09:56 | 9 | A   Yes. |
| 09:56 | 10 | Q   He asked you for a boilerplate contract to start |
| 09:56 | 11 | getting his legal department "comfortable with |
| 09:56 | 12 | texting protocols"; do you see that? |
| 09:56 | 13 | A   Yes. |
| 09:56 | 14 | Q   Did you send him something to help his legal |
| 09:56 | 15 | department get comfortable with texting protocols? |
| 09:56 | 16 | A   I -- I know we sent a proposal outlining what they |
| 09:56 | 17 | would receive in participation.  I don't |
| 09:57 | 18 | understand -- fully understand or recall what was |
| 09:57 | 19 | meant by "texting protocols." |
| 09:57 | 20 | Q   At that time, in February, 2015, did Mr. Low ever |
| 09:57 | 21 | express to you any concern that Citgo had regarding |
| 09:57 | 22 | the legality of the text-messaging program? |
| 09:57 | 23 | A   Not that I recall. |
| 09:57 | 24 | Q   The next sentence references Citgo's legal |
| 09:57 | 25 | department wanting an "outside opinion before we |

KEVIN BRANDT, 04/17/2017                    49

```
09:57   1              finalize the campaigns."  Do you see that?
09:57   2    A    Yes.
09:57   3    Q    Do you have any knowledge of whether Citgo's legal
09:57   4         department obtained an outside opinion about the
09:57   5         legality of the text-messaging program?
09:57   6    A    No.  I don't recall.
09:57   7                   (Exhibit No. 4 was marked.)
09:58   8    BY MR. KAUFMAN:
09:58   9    Q    Handing you what's been marked as Exhibit 4,
09:58  10         Mr. Brandt.
09:58  11    A    Yes.
09:58  12    Q    What is it?  Have you seen it before?
09:58  13    A    Yes.
09:58  14    Q    What is it?
09:58  15    A    It's an overview of the "Statement of Work."
09:58  16    Q    Is this the agreement between Black Canyon and
09:58  17         Citgo to provide text-messaging services?
09:58  18    A    The execution of a mobile messaging delivery
09:58  19         campaign and the services included.
09:59  20    Q    That's the text-messaging program we were
09:59  21         discussing before, right?
09:59  22    A    Yes.
09:59  23    Q    Do you see in No. 2 the last bullet point is "MMA
09:59  24         compliant opt-in management"?
09:59  25    A    Yes.
```

| | | |
|---|---|---|
| 09:59 | 1 | Q   What's MMA? |
| 09:59 | 2 | A   I don't recall the exact terminology. |
| 09:59 | 3 | Q   Is it an organization? |
| 09:59 | 4 | A   I don't want to speculate. |
| 10:00 | 5 | Q   The next part of the bullet -- |
| 10:00 | 6 | A   I -- |
| 10:00 | 7 | Q   Please. |
| 10:00 | 8 | A   It's -- I know MMA in one context stands for Mobile |
| 10:00 | 9 | Marketing Association.  I am not entirely sure |
| 10:00 | 10 | if -- because -- that's what I was referring to |
| 10:01 | 11 | here. |
| 10:01 | 12 | Q   When you're referring to "compliant opt-in |
| 10:01 | 13 | management," you're referring to consent to receive |
| 10:01 | 14 | messages from an autodialer, right? |
| 10:01 | 15 | A   Management of opt-ins in terms of management of |
| 10:01 | 16 | opted-in numbers. |
| 10:01 | 17 | Q   Before, when we talked about the word "opt-in," you |
| 10:01 | 18 | told me it was a synonym of consent in the context |
| 10:01 | 19 | of sending autodial text messages, right? |
| 10:02 | 20 | A   Yes. |
| 10:02 | 21 | (Exhibit No. 5 was marked.) |
| 10:02 | 22 | THE WITNESS:  I'm -- |
| 10:02 | 23 | BY MR. KAUFMAN: |
| 10:02 | 24 | Q   What is that?  I'm sorry? |
| 10:02 | 25 | A   Nothing.  I -- |

KEVIN BRANDT, 04/17/2017                    51

| | | | |
|---|---|---|---|
| 10:02 | 1 | Q | Do you have any additional thought about this that |
| 10:02 | 2 | | you would like to share? |
| 10:02 | 3 | A | I -- I'm -- I'm -- |
| 10:03 | 4 | Q | Okay. |
| 10:03 | 5 | A | -- uncertain to the definition of "management." |
| 10:03 | 6 | Q | Who wrote this? |
| 10:03 | 7 | A | I -- I did.  At this time, I believe it -- |
| 10:03 | 8 | | management of opt-ins, which would be managing |
| 10:03 | 9 | | viable opted-in numbers. |
| 10:03 | 10 | Q | That's the database of numbers -- the robust |
| 10:03 | 11 | | database of numbers you reference in the proposal, |
| 10:03 | 12 | | right? |
| 10:03 | 13 | A | Right. |
| 10:03 | 14 | Q | Okay. |
| 10:03 | 15 | A | Yeah. |
| 10:03 | 16 | Q | I'm handing you what's been marked as -- |
| 10:03 | 17 | A | Sure. |
| 10:03 | 18 | Q | -- Exhibit 5.  Have you seen this document before, |
| 10:03 | 19 | | Mr. Brandt? |
| 10:03 | 20 | A | Yes. |
| 10:03 | 21 | Q | Is this an email from you to Nicole Pace in |
| 10:04 | 22 | | February, 2015, at the top? |
| 10:04 | 23 | A | Yes. |
| 10:04 | 24 | Q | What does "UCONN Program" mean? |
| 10:04 | 25 | A | UCONN was something they would be doing in -- I |

| | | |
|---|---|---|
| 10:04 | 1 | don't -- this may be part of an -- of emails. |
| 10:04 | 2 | Q   Was UCONN a text campaign? |
| 10:04 | 3 | A   Yes. |
| 10:04 | 4 | Q   You see that in Nicole Pace's email at 14:09:45, it |
| 10:04 | 5 | says, "Does he have all the signage for the text |
| 10:04 | 6 | campaign," right? |
| 10:04 | 7 | A   Yes, but Manjit program is not the UCONN program. |
| 10:04 | 8 | Q   What's Manjit? |
| 10:04 | 9 | A   Manjit is a marketer. |
| 10:05 | 10 | Q   So the question -- subject line is, "UCONN |
| 10:05 | 11 | Program," the question is whether the marketer is |
| 10:05 | 12 | "all set for the text program"? |
| 10:05 | 13 | A   Yes. |
| 10:05 | 14 | Q   Is it possible that UCONN was a text-to-win |
| 10:05 | 15 | promotion? |
| 10:05 | 16 | A   Yes. |
| 10:05 | 17 | Q   Is it more than possible?  Is it, in fact, certain |
| 10:05 | 18 | that UCONN was a text-to-win promotion? |
| 10:05 | 19 | A   Yes.  But it was not tied to the Manjit program. |
| 10:05 | 20 | Q   In your email at 8:20 a.m. you say, "It generally |
| 10:05 | 21 | takes time to build the database but opt-ins are |
| 10:05 | 22 | lagging a bit"? |
| 10:05 | 23 | A   Yes. |
| 10:05 | 24 | Q   When you say "the database," you're talking about |
| 10:05 | 25 | the robust database of numbers to send autodial |

| | | |
|---|---|---|
| 10:05 | 1 | text messages to, right? |
| 10:05 | 2 | A    Yes. |
| 10:05 | 3 | Q    But opt-ins were lagging.  Is that a concern? |
| 10:05 | 4 | A    Participants.  Yes. |
| 10:05 | 5 | Q    When -- |
| 10:05 | 6 | A    Opt-ins in that context, but participants, people |
| 10:05 | 7 |      that participated, are lagging. |
| 10:05 | 8 | Q    So the way it worked is there would be a |
| 10:06 | 9 |      text-to-win promotion, like the UCONN promotion -- |
| 10:06 | 10 | A    No, this was a different promotion. |
| 10:06 | 11 | Q    But that -- |
| 10:06 | 12 | A    It -- UCONN in this -- what we're referring to in |
| 10:06 | 13 |      these two are two entirely different things. |
| 10:06 | 14 | Q    Okay.  Well, let's talk about -- you've already |
| 10:06 | 15 |      told me there was a UCONN promotion, right? |
| 10:06 | 16 | A    Yes. |
| 10:06 | 17 | Q    Okay.  So let's talk about the UCONN promotion. |
| 10:06 | 18 |      Someone goes to a UCONN event -- |
| 10:06 | 19 | A    Yes. |
| 10:06 | 20 | Q    -- texts -- sees a sign that tells them about a |
| 10:06 | 21 |      text-to-win promotion, right? |
| 10:06 | 22 | A    Yes. |
| 10:06 | 23 | Q    They text a keyword to the short code, which we |
| 10:06 | 24 |      talked about before, right? |
| 10:06 | 25 | A    Yes. |

KEVIN BRANDT, 04/17/2017                                    54

```
10:06   1   Q   They get back a message that's generated by --

10:06   2   A   Yes.

10:06   3   Q   -- the technology?

10:06   4              If you can allow me to just finish my

10:06   5       question, Mr. Brandt.  I know you're

10:06   6       anticipating -- you're anticipating --

10:06   7   A   Oh.

10:06   8   Q   You said "yes" before I got it all out.  I know,

10:06   9       it's tough.  It's tough.  It's more of a challenge

10:06  10       for me than you can imagine.

10:07  11              MR. KAUFMAN:  So what was my last

10:07  12       question?  Sorry.

       13              (Record read as follows:

       14              "Q   They get back a message that's

       15       generated by --

       16              A   Yes.

       17              Q   -- the technology?")

10:07  18   BY MR. KAUFMAN:

10:07  19   Q   So the message was generated by the technology,

10:07  20       right?

10:07  21   A   Yes.

10:07  22   Q   And that message that they get back from the

10:07  23       technology says something to the effect of, "Reply

10:07  24       Y to participate in this promotion," right?

10:07  25   A   Generally, yes.
```

KEVIN BRANDT, 04/17/2017                    55

10:07   1   Q   Then what happens if somebody replies "Y"?

10:08   2   A   That number is then available to be -- receive

10:08   3       future messages.

10:08   4   Q   So that number becomes a part of the robust

10:08   5       database for future autodials?

10:08   6   A   Yes.

10:08   7   Q   Was there a concern that opt-ins were lagging a bit

10:08   8       in February, 2015?

10:08   9   A   As I said, the conversation there is not in

10:08  10       relationship to the UCONN program.

10:08  11   Q   Unrelated to the UCONN program.  We've -- you've

10:08  12       told me that the database we're talking about here

10:08  13       is the robust database of future recipients of text

10:08  14       messages, so was there a concern that opt-ins for

10:09  15       that robust database of future autodial text

10:09  16       messages was lagging?

10:09  17   A   Only in relationship to the Manjit text program.

10:09  18   Q   Putting aside the Manjit text-messaging program,

10:09  19       was there a desire to build up that database?

10:09  20   A   Yes.

10:09  21               (Exhibit No. 6 was marked.)

10:09  22   BY MR. KAUFMAN:

10:09  23   Q   Handing you Exhibit 6.  You see there's three

10:09  24       different images in Exhibit 6.

10:10  25   A   (No response.)

| 10:10 | 1 | Q | Do you see that, Mr. Brandt? |
| 10:10 | 2 | A | Yes. |
| 10:10 | 3 | Q | What is -- on that first page, you'll see in the |
| 10:10 | 4 | | | bottom right-hand corner there's what we call Bates |
| 10:10 | 5 | | | numbers, and from time to time I'll refer to the |
| 10:10 | 6 | | | pages by that page number in the bottom right |
| 10:10 | 7 | | | corner just for simplicity.  So if we're looking at |
| 10:10 | 8 | | | 11349, what is the image on 11349? |
| 10:10 | 9 | A | It looks like an individual with an app. |
| 10:10 | 10 | Q | Seems to be a sign that says, "Check in and earn |
| 10:10 | 11 | | | savings on TriCLEAN gasoline" -- |
| 10:10 | 12 | A | Oh, yes.  Yes. |
| 10:10 | 13 | Q | -- right? |
| 10:10 | 14 | A | Yes.  I'm -- yes. |
| 10:10 | 15 | Q | And then below that it says, "Text 'join' to |
| 10:10 | 16 | | | 77486," right? |
| 10:10 | 17 | A | Yes. |
| 10:10 | 18 | Q | So before we were talking about texting a word to a |
| 10:10 | 19 | | | short code, right? |
| 10:10 | 20 | A | Yes. |
| 10:10 | 21 | Q | So "join" is the word, right? |
| 10:10 | 22 | A | Yes. |
| 10:10 | 23 | Q | "77486" is the short code, right? |
| 10:11 | 24 | A | Yes. |
| 10:11 | 25 | Q | So what happened when people texted "join" to |

KEVIN BRANDT, 04/17/2017                    57

10:11  1           77486?

10:11  2      A    I believed -- I believe they would have been sent a

10:11  3           confirmation reply message.

10:11  4      Q    That's the "reply Y" message we talked about

10:11  5           before?

10:11  6      A    I believe so.

10:11  7      Q    What happens if somebody replied "N" to the "reply

10:11  8           Y" message?

10:11  9      A    I don't -- I don't know.

10:12 10      Q    What happens -- what happened if -- I'm sorry.

10:12 11                MR. GEORGE:  Are you --

10:12 12                MR. KAUFMAN:  I'm sorry.  Yeah.  Are you

10:12 13           still going?  I didn't mean to cut you off.

10:12 14                MR. GEORGE:  Were you finished?

10:12 15                MR. KAUFMAN:  No, he's still going.

10:12 16                THE WITNESS:  I believe the -- I believe,

10:12 17           although I'm not certain, the engagement stops.

10:12 18      BY MR. KAUFMAN:

10:12 19      Q    What if somebody texts back something other than

10:12 20           "Y" or "N," like "R"?

10:12 21      A    I believe there is a message that says something to

10:12 22           the effect that it does not recognize -- the system

10:12 23           does not recognize the response or to that degree.

10:12 24      Q    So the technology has a response programmed for a

10:12 25           situation where somebody doesn't reply with the

| | | |
|---|---|---|
| 10:12 | 1 | correct letter; is that right? |
| 10:13 | 2 | A    Yes. |
| 10:13 | 3 | Q    What happens if somebody doesn't respond at all to |
| 10:13 | 4 | the "reply Y" text message? |
| 10:13 | 5 | A    The engagement -- I am under the impression the |
| 10:13 | 6 | engagement stops. |
| 10:13 | 7 | Q    What's the basis of your impression? |
| 10:13 | 8 | A    That they have not agreed to participate, and the |
| 10:13 | 9 | mobile number is not kept. |
| 10:13 | 10 | Q    Can you read the fine print language under where it |
| 10:13 | 11 | says, "Text 'join' to 77486 to download"? |
| 10:13 | 12 | A    No. |
| 10:13 | 13 | MR. GEORGE:  Neither can I. |
| 10:13 | 14 | BY MR. KAUFMAN: |
| 10:13 | 15 | Q    It's really small print, right? |
| 10:13 | 16 | MR. SOLBERG:  This copy is blurred in |
| 10:13 | 17 | addition to No. 7. |
| 10:13 | 18 | BY MR. KAUFMAN: |
| 10:13 | 19 | Q    Well, turning now to CITGO-11350.  Do you see an |
| 10:14 | 20 | image of what seems to be a scoreboard at a |
| 10:14 | 21 | basketball game, Mr. Brandt? |
| 10:14 | 22 | A    Yes. |
| 10:14 | 23 | Q    Do you see there's a date in the bottom right |
| 10:14 | 24 | corner, it says 12-23-215 -- 12-23-2015?  Sorry. |
| 10:14 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:14 | 1 | Q   This appears to be a UCONN Huskies basketball game, |
| 10:14 | 2 | right? |
| 10:14 | 3 | A   Yes. |
| 10:14 | 4 | Q   They seem to be sticking it pretty well to the Blue |
| 10:14 | 5 | Devils, right? |
| 10:14 | 6 | A   Yes. |
| 10:14 | 7 | MR. SOLBERG:  Must be the women's team. |
| 10:14 | 8 | MR. KAUFMAN:  This would have been during |
| 10:14 | 9 | the streak. |
| 10:14 | 10 | BY MR. KAUFMAN: |
| 10:14 | 11 | Q   This is the UCONN text-to-win promotion we had |
| 10:14 | 12 | talked about before; is that correct? |
| 10:14 | 13 | A   Yes. |
| 10:14 | 14 | Q   Is there any language on the billboard relating to |
| 10:15 | 15 | future text messages to people that join the club? |
| 10:15 | 16 | A   I did not -- was not involved in the production of |
| 10:15 | 17 | this.  I -- I don't -- I can't tell. |
| 10:15 | 18 | Q   Do you see any? |
| 10:15 | 19 | A   No. |
| 10:15 | 20 | Q   What about on the next page, 11351, which seems to |
| 10:15 | 21 | be a different scoreboard image relating to a |
| 10:15 | 22 | chance to win a $100 Citgo gift card?  Do you see |
| 10:15 | 23 | any? |
| 10:15 | 24 | A   No. |
| 10:15 | 25 | Q   On 11351 do you see any information relating to |

10:16  1          future text messages to individuals that text

10:16  2          "GOCITGO" to 77486?

10:16  3      A   No.

10:16  4      Q   So if someone were to have texted "GOCITGO" to

10:16  5          77486 during this UCONN basketball game, would they

10:16  6          have gone through the same process with the "reply

10:16  7          Y" text message that we talked about before?

10:16  8      A   I believe they would.

10:16  9                  (Exhibit No. 7 was marked.)

10:16  10     BY MR. KAUFMAN:

10:16  11     Q   Handing you Exhibit 7.

10:16  12     A   Yeah.

10:17  13     Q   Have you seen Exhibit 7 before?

10:17  14     A   Yes.

10:17  15     Q   What is it?

10:17  16     A   It's an email between -- conversation from Charlie

10:17  17         Kovacsik and myself.

10:17  18     Q   Who is Charlie Kovacsik?

10:17  19     A   She is a Regional Manager at Citgo.

10:17  20     Q   Was she one of the employees at Citgo involved in

10:17  21         the text-messaging program?

10:17  22     A   Yes.

10:17  23     Q   Did she work with Mr. Low, whose name we saw

10:17  24         before?

10:17  25     A   I believe so.

| | | |
|---|---|---|
| 10:28 | 1 | times per month? |
| 10:28 | 2 | A   No. |
| 10:28 | 3 | Q   How many -- what was the greatest number of times |
| 10:28 | 4 | that Citgo autodialed any single recipient in a |
| 10:28 | 5 | single month? |
| 10:28 | 6 | MR. SOLBERG:  Object to the form. |
| 10:28 | 7 | THE WITNESS:  From my recollection, it |
| 10:29 | 8 | would have been two, at most, in -- my -- my |
| 10:29 | 9 | recollection would be two. |
| 10:29 | 10 | MR. KAUFMAN:  Mr. Solberg, what was the |
| 10:29 | 11 | basis for your objection? |
| 10:29 | 12 | MR. SOLBERG:  You said Citgo autodialed. |
| 10:29 | 13 | Citgo technically never autodialed anyone. |
| 10:30 | 14 | THE WITNESS:  True. |
| 10:30 | 15 | BY MR. KAUFMAN: |
| 10:30 | 16 | Q   What was the largest number of text messages that |
| 10:30 | 17 | Black Canyon autodialed on Citgo's behalf? |
| 10:30 | 18 | A   We did not autodial any text messages. |
| 10:30 | 19 | Q   What do you mean? |
| 10:30 | 20 | A   We don't send the messages.  The technology does. |
| 10:30 | 21 | So we would not -- we do not have an autodialer, |
| 10:30 | 22 | and we do not autodial. |
| 10:30 | 23 | Q   Your email says that they're autodialed, right? |
| 10:30 | 24 | A   Yes. |
| 10:30 | 25 | Q   So why -- so what do you mean that they're not |

| | | |
|---|---|---|
| 10:30 | 1 | autodialed?  I'm confused now. |
| 10:30 | 2 | MR. GEORGE:  That's not what he said. |
| 10:30 | 3 | THE WITNESS:  We do not execute the |
| 10:30 | 4 | autodialing.  Messages are autodialed.  We do not |
| 10:30 | 5 | autodial them. |
| 10:30 | 6 | BY MR. KAUFMAN: |
| 10:30 | 7 | Q   So I -- just so I understand, and I think this |
| 10:30 | 8 | comes off Mr. Solberg's objection -- so I think |
| 10:31 | 9 | what you're trying to say is that it's not Citgo |
| 10:31 | 10 | physically autodialing, and it's not Black Canyon |
| 10:31 | 11 | physically autodialing it's the -- it's through the |
| 10:31 | 12 | technology that the people are autodialed; is that |
| 10:31 | 13 | correct? |
| 10:31 | 14 | A   Correct. |
| 10:31 | 15 | Q   Okay.  Who initiates the text messages on Citgo's |
| 10:31 | 16 | behalf that are ultimately autodialed? |
| 10:31 | 17 | A   I don't understand what you mean by "initiate." |
| 10:31 | 18 | Q   Who causes the text messages to ultimately be |
| 10:31 | 19 | autodialed to someone like Mr. Gottlieb? |
| 10:31 | 20 | A   Can you define "causes"?  I don't understand that. |
| 10:31 | 21 | Q   Well, does the technology make -- so does the |
| 10:31 | 22 | technology exist on its own and decide that it's |
| 10:31 | 23 | going to start sending Citgo text messages to |
| 10:31 | 24 | Mr. Gottlieb? |
| 10:32 | 25 | MR. GEORGE:  I'm going to object to the |

```
10:32   1              form.
10:32   2      BY MR. KAUFMAN:
10:32   3      Q    You can answer.
10:32   4      A    If you're asking does it randomly start sending out
10:32   5              text messages, I don't know.
10:32   6      Q    Well, that's not really what my question was.  My
10:32   7              question was how does it come to start sending out
10:32   8              text messages?
10:32   9      A    We would type in and schedule a time for -- type in
10:32  10              the content and schedule a time at -- that we would
10:32  11              expect the transmission of the messages to begin
10:32  12              and end.
10:32  13      Q    Who is "we"?
10:32  14      A    I would with Black Canyon people that worked on
10:32  15              that --
10:32  16      Q    So --
10:32  17      A    -- based --
10:32  18      Q    Sorry.
10:32  19      A    -- on message content that was discussed and agreed
10:33  20              upon by Citgo.
10:33  21      Q    So Black Canyon would schedule the technology to
10:33  22              send out the text messages on Citgo's behalf?
10:33  23      A    We would put in dates and times, correct.
10:33  24      Q    You just set it and forget it, right?
10:33  25                  MR. GEORGE:  Object to form.
```

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
| 10:33 | 1  | THE WITNESS:  I wouldn't say we -- we                         |
| 10:33 | 2  | would set it.  We wouldn't forget it because I                |
| 10:33 | 3  | would take a look and make sure things were running           |
| 10:33 | 4  | smoothly.  I also in -- would put my own mobile               |
| 10:34 | 5  | number, my personal mobile number, into databases             |
| 10:34 | 6  | so -- or I would participate in programs, so if a             |
| 10:34 | 7  | message was sent, I would receive a message knowing           |
| 10:34 | 8  | that it was running in -- under schedule.                     |
| 10:34 | 9  | BY MR. KAUFMAN:                                                |
| 10:34 | 10 | Q   So you set it and then did some monitoring to make        |
| 10:34 | 11 |     sure that it was doing what it was supposed to do?        |
| 10:34 | 12 | A   Yes.                                                      |
| 10:34 | 13 |         (Exhibit No. 8 was marked.)                          |
| 10:34 | 14 | BY MR. KAUFMAN:                                                |
| 10:34 | 15 | Q   This is Exhibit 8.  Have you seen this March 19th,        |
| 10:35 | 16 |     2015, email before, Mr. Brandt?                          |
| 10:35 | 17 | A   Yes.                                                      |
| 10:35 | 18 | Q   This is an email to Nicole Pace, who we talked           |
| 10:35 | 19 |     about before, right?                                     |
| 10:35 | 20 | A   Yes.                                                      |
| 10:35 | 21 | Q   And you mention in the email that you're sending         |
| 10:35 | 22 |     her something that you previously sent to Charlie        |
| 10:35 | 23 |     and Joey, right?                                         |
| 10:35 | 24 | A   Yes.                                                      |
| 10:35 | 25 | Q   Charlie and Joey are Mr. Low and Ms. Kovacsik that       |

| | | | |
|---|---|---|---|
| 10:35 | 1 | | we talked about that work at Citgo, right? |
| 10:35 | 2 | A | Yes. |
| 10:35 | 3 | Q | And what you're sending her is called an "RCM |
| 10:35 | 4 | | Campaign Message Flow Overview"; is that correct? |
| 10:35 | 5 | A | Yes. |
| 10:35 | 6 | Q | This appears to be the "RCM Campaign Message |
| 10:35 | 7 | | Overflow Overview" for a Live Nation concert; is |
| 10:35 | 8 | | that right? |
| 10:35 | 9 | A | Yes. |
| 10:35 | 10 | Q | So when we talked about before setting up the |
| 10:35 | 11 | | content of the messages, the time in which they |
| 10:35 | 12 | | would be sent, and the order in which they would be |
| 10:35 | 13 | | sent, that kind of programming, this is what -- |
| 10:35 | 14 | | this is the schedule for that; is that correct? |
| 10:36 | 15 | A | It's not a schedule.  It outlines the message flow. |
| 10:36 | 16 | Q | This is the content -- the message flow is |
| 10:36 | 17 | | ultimately the content that was pushed to text |
| 10:36 | 18 | | messagers, correct? |
| 10:36 | 19 | | MR. GEORGE:  Object to form. |
| 10:36 | 20 | | THE WITNESS:  I cannot say with any |
| 10:36 | 21 | | certainty that this was what ultimately was sent as |
| 10:36 | 22 | | there were discussions regarding things like where |
| 10:36 | 23 | | to claim sections, where to claim -- so word for |
| 10:36 | 24 | | word to say that this is exactly, I don't recall |
| 10:36 | 25 | | what was exactly sent. |

| | | |
|---|---|---|
| 10:36 | 1 | BY MR. KAUFMAN: |
| 10:36 | 2 | Q But generally there was a message flow for every |
| 10:37 | 3 | text-to-win promotion, right? |
| 10:37 | 4 | A There was a message flow, yes, that was followed. |
| 10:37 | 5 | Q And -- and the message flow always involved that |
| 10:37 | 6 | "reply Y" text message, correct? |
| 10:37 | 7 | A In consumer-facing promotions, yes.  On occasion |
| 10:37 | 8 | we -- yes, we would execute internal communication |
| 10:37 | 9 | programs where -- such as giveaways at Citgo |
| 10:37 | 10 | meetings where this was not done, but the database |
| 10:37 | 11 | would never be used.  But anything where there was |
| 10:37 | 12 | the potential for a database being used, yes. |
| 10:37 | 13 | Q When you say the database wouldn't be used, you're |
| 10:37 | 14 | saying at Citgo company meetings there might be a |
| 10:37 | 15 | text-to-win promotion, but that those -- people |
| 10:38 | 16 | that texted in wouldn't be included in that |
| 10:38 | 17 | database of future autodial text message |
| 10:38 | 18 | recipients? |
| 10:38 | 19 | A Correct. |
| 10:38 | 20 | Q So looking at the "Opt-in Confirmation" message on |
| 10:38 | 21 | 11369, it refers -- it says, "4 rules" and then has |
| 10:38 | 22 | a link; do you see that? |
| 10:38 | 23 | A Yes. |
| 10:38 | 24 | Q Was that typical for text-to-win promotions, that |
| 10:38 | 25 | there would be a link to rules -- |

| | | | |
|---|---|---|---|
| 10:38 | 1 | A | Yes. |
| 10:38 | 2 | Q | -- or terms? |
| 10:38 | 3 | A | Yes. |
| 10:38 | 4 | Q | Were those rules and terms generally the same? |
| 10:38 | 5 | A | No. |
| 10:38 | 6 | Q | How did they differ? |
| 10:38 | 7 | A | They would differ by particulars of the promotion, |
| 10:38 | 8 | | prize pool, dates, alternative method of entry. |
| 10:38 | 9 | Q | Did all those rules ultimately have some form of |
| 10:38 | 10 | | that language we looked at before relating to |
| 10:39 | 11 | | authorization for -- |
| 10:39 | 12 | A | Yes. |
| 10:39 | 13 | Q | -- autodial text messages? |
| 10:39 | 14 | A | Yes, I believe they did. |
| 10:39 | 15 | Q | Did you expect that text message recipients would |
| 10:39 | 16 | | click on that link? |
| 10:39 | 17 | A | Yes. |
| 10:39 | 18 | Q | What is bit.ly?  Bit, B-I-T, dot, L-Y.  What kind |
| 10:39 | 19 | | of a link is that? |
| 10:39 | 20 | A | It's a -- referred to as a "bitly," which is -- |
| 10:39 | 21 | | shortens the -- shortens the length of the link. |
| 10:39 | 22 | | So it doesn't use as many characters, but it takes |
| 10:39 | 23 | | you to that -- to the same website. |
| 10:39 | 24 | Q | Was this a link that allowed for the tracking of |
| 10:40 | 25 | | click-throughs? |

| | | | |
|---|---|---|---|
| 10:40 | 1 | A | Bitlys can, yes. |
| 10:40 | 2 | Q | Did anyone track click-throughs for the rules links |
| 10:40 | 3 | | for text-to-win promotions? |
| 10:40 | 4 | A | They are -- there is a -- you can use that and look |
| 10:40 | 5 | | up the number to -- to go to that page. |
| 10:40 | 6 | Q | Did you ever do that? |
| 10:40 | 7 | A | Yes. |
| 10:40 | 8 | Q | What did you find in terms of click-throughs to the |
| 10:40 | 9 | | rules? |
| 10:40 | 10 | A | That people clicked through to the rules. |
| 10:40 | 11 | Q | How frequently? |
| 10:40 | 12 | A | I couldn't tell you. |
| 10:40 | 13 | Q | More often than not? |
| 10:40 | 14 | A | I couldn't tell you. |
| 10:40 | 15 | Q | Some of the messages have, like, a greater-than and |
| 10:41 | 16 | | less-than sign with some text in between them.  Do |
| 10:41 | 17 | | you see that? |
| 10:41 | 18 | A | Yes. |
| 10:41 | 19 | Q | Is that information that would be auto-populated at |
| 10:41 | 20 | | the time the text message went out? |
| 10:41 | 21 | A | Are you referring to winner notification? |
| 10:41 | 22 | Q | Yeah, I guess, winner notification and entry |
| 10:41 | 23 | | confirmation both have that greater-than and |
| 10:41 | 24 | | less-than sign with some text in between. |
| 10:41 | 25 | A | I don't understand fully computer programming, but |

| | | |
|---|---|---|
| 10:41 | 1 | I am under the assumption that the number -- yes, |
| 10:41 | 2 | the number that shows up there would be -- that |
| 10:41 | 3 | would fill in the number of the text -- of the text |
| 10:42 | 4 | recipient, of the person that texted, if you were |
| 10:42 | 5 | No. 1, No. 7, that that number would go in there. |
| 10:42 | 6 | Q   Does the technology fill in that information? |
| 10:42 | 7 | A   I believe it does, yes. |
| 10:42 | 8 | (Exhibit No. 9 was marked.) |
| 10:42 | 9 | BY MR. KAUFMAN: |
| 10:42 | 10 | Q   Mr. Brandt -- |
| 10:42 | 11 | A   Yes. |
| 10:42 | 12 | Q   -- this is Exhibit 9.  Have you seen these March, |
| 10:42 | 13 | 2015, emails before? |
| 10:42 | 14 | A   Yes. |
| 10:42 | 15 | Q   Are these emails between you and Joseph Low |
| 10:42 | 16 | relating to the text-messaging program? |
| 10:42 | 17 | A   Yes. |
| 10:42 | 18 | Q   Do you write to Mr. Low that you'd like to "have a |
| 10:43 | 19 | starting point discussion of ways to work the |
| 10:43 | 20 | database once it has grown to a point where |
| 10:43 | 21 | remarketing is the next step"? |
| 10:43 | 22 | A   Yes. |
| 10:43 | 23 | Q   The databases, all the opt-ins, right? |
| 10:43 | 24 | A   Yes. |
| 10:43 | 25 | Q   And as we discussed before, there was a desire to |

10:43   1              grow that database, right?

10:43   2      A      Yes.

10:43   3      Q      Ultimately the goal was to use that database to

10:43   4              send nontext-to-win texts, correct?

10:43   5      A      Could you rephrase that?

10:43   6      Q      Ultimately -- yeah.  Well, let's just --

10:43   7      A      I --

10:43   8      Q      No, I get it.  It was a bad question.

10:43   9                    So in your next -- in the next sentence

10:43  10              you write, "As I mentioned" --

10:44  11      A      Yes.

10:44  12      Q      -- "it's what happens after the data is gathered

10:44  13              that generates the incremental revenue and business

10:44  14              to deliver the ROI you need to be successful,"

10:44  15              right?

10:44  16      A      Yes.

10:44  17      Q      Before we talked about whether or not -- before we

10:44  18              talked about what the purpose of the text-messaging

10:44  19              program for Citgo was, right?

10:44  20      A      Yes.

10:44  21      Q      And here you're saying that the program is to

10:44  22              generate incremental revenue and deliver ROI,

10:44  23              right?

10:44  24      A      That's one of the objectives, yes.

10:44  25      Q      What's ROI?

| | | | |
|---|---|---|---|
| 10:44 | 1 | A | Return on investment. |
| 10:44 | 2 | Q | So, in other words, Citgo didn't want to spend the |
| 10:44 | 3 | | money on the text-messaging program as an end in |
| 10:44 | 4 | | and of itself, did it? |
| 10:44 | 5 | A | I can't -- |
| 10:44 | 6 | | MR. GEORGE:  Object to form. |
| 10:44 | 7 | | THE WITNESS:  I can't speculate as to |
| 10:44 | 8 | | what Citgo wanted or did not want to do. |
| 10:44 | 9 | BY MR. KAUFMAN: | |
| 10:44 | 10 | Q | But you were suggesting that Citgo do things to |
| 10:44 | 11 | | obtain a return on its investment? |
| 10:44 | 12 | A | We -- we certainly want to provide a service to our |
| 10:45 | 13 | | client in any form that makes our services valuable |
| 10:45 | 14 | | and worth the money they spend with us, which would |
| 10:45 | 15 | | be a return on their marketing spend. |
| 10:45 | 16 | | (Exhibit No. 10 was marked.) |
| 10:45 | 17 | BY MR. KAUFMAN: | |
| 10:45 | 18 | Q | This is Exhibit 10, Mr. Brandt.  Have you seen this |
| 10:45 | 19 | | before? |
| 10:45 | 20 | A | Yes. |
| 10:45 | 21 | Q | What is it? |
| 10:45 | 22 | A | It appears as if it is a list of rules for a |
| 10:46 | 23 | | promotion. |
| 10:46 | 24 | Q | Is this an example of what would have been linked |
| 10:46 | 25 | | to in that bit.ly link as to rules that we have |

| | | | |
|---|---|---|---|
| 10:46 | 1 | | looked at in the Nickelback message book? |
| 10:46 | 2 | A | Yes.  I -- I cannot say if this is the exact |
| 10:46 | 3 | | document as it was published, but, yes. |
| 10:46 | 4 | Q | Something -- at a minimum, it's something |
| 10:46 | 5 | | substantially similar to this, correct? |
| 10:46 | 6 | A | Yes, similar, correct.  But I -- yes, similar. |
| 10:46 | 7 | Q | So if you'll go to the "How To Enter" Section, No. |
| 10:46 | 8 | | 1 talks about "Via Text Message," right? |
| 10:46 | 9 | A | Yes. |
| 10:46 | 10 | Q | So if you'll go one, two, three, four, five, six |
| 10:47 | 11 | | and a half lines down, you see the sentence, |
| 10:47 | 12 | | "Promotion entities also reserve the right to send |
| 10:47 | 13 | | up to three autodialed text messages per month"? |
| 10:47 | 14 | A | Yes. |
| 10:47 | 15 | Q | Before we had seen some language that said "four |
| 10:47 | 16 | | text messages per month."  Do you know why there's |
| 10:47 | 17 | | a difference? |
| 10:47 | 18 | A | It varies depending upon how many a company wants |
| 10:47 | 19 | | to send. |
| 10:47 | 20 | Q | Well, this is for Citgo, right? |
| 10:47 | 21 | A | Yes. |
| 10:47 | 22 | Q | This is for the Live Nation program, right? |
| 10:47 | 23 | A | Yes. |
| 10:47 | 24 | Q | The Live Nation program included the Dave Matthews |
| 10:47 | 25 | | Band concert that Mr. Gottlieb attended, right? |

| | | | |
|---|---|---|---|
| 10:47 | 1 | A | Yes. |
| 10:47 | 2 | Q | So either this -- these official rules or some |
| 10:47 | 3 | | very, very similar set of official rulings were in |
| 10:47 | 4 | | a link that you believe was sent back to |
| 10:47 | 5 | | Mr. Gottlieb when he texted a word to the short |
| 10:47 | 6 | | code, right? |
| 10:47 | 7 | | MR. GEORGE:  Object to form. |
| 10:47 | 8 | | THE WITNESS:  I believe so.  Very |
| 10:47 | 9 | | similar, though.  I'm not certain these were the |
| 10:48 | 10 | | exact rules. |
| 10:48 | 11 | | BY MR. KAUFMAN: |
| 10:48 | 12 | Q | Does the language disclose who's getting |
| 10:48 | 13 | | authorization to send text messages? |
| 10:48 | 14 | | MR. SOLBERG:  Object to the form. |
| 10:48 | 15 | | THE WITNESS:  The language where?  Which |
| 10:48 | 16 | | language? |
| 10:48 | 17 | | BY MR. KAUFMAN: |
| 10:48 | 18 | Q | The one I directed you to.  The only sentence I see |
| 10:48 | 19 | | there that talks about sending autodial text |
| 10:48 | 20 | | messages. |
| 10:48 | 21 | A | I believe it does. |
| 10:48 | 22 | Q | Does the language disclose that text-messagers are |
| 10:48 | 23 | | affirmatively agreeing to authorize -- to authorize |
| 10:48 | 24 | | the promotion entities to send auto -- send them |
| 10:49 | 25 | | autodial text messages? |

10:49   1                    MR. SOLBERG:  Object to form.

10:49   2                    MR. GEORGE:  Same objection.

10:49   3                    THE WITNESS:  Could you repeat the

10:49   4           question?  I'm confused.

10:49   5   BY MR. KAUFMAN:

10:49   6   Q    The sentence there says that the "promotion

10:49   7        entities reserve the right," right?

10:49   8   A    Yes.

10:49   9   Q    It doesn't say that the text-message sender

10:49  10        affirmatively agrees, right?

10:49  11   A    I -- as I said, I'm not sure if this is the exact

10:49  12        final document, so I can't state with any

10:49  13        certainty.

10:49  14   Q    Let's go to the "Privacy" section on Page 2.  It

10:49  15        says, "Entrant's participation" --

10:50  16   A    I --

10:50  17                    MR. GEORGE:  Let him ask the question.

10:50  18   BY MR. KAUFMAN:

10:50  19   Q    Do you see the sentence that starts --

10:50  20   A    Yes.

10:50  21   Q    -- "Entrant's participation"?

10:50  22   A    Um-hum.

10:50  23   Q    See the end of it, it says "unless entrant has

10:50  24        opted to receive email communications or SMS

10:50  25        messages from administrator"?  Do you see that?

| | | | |
|---|---|---|---|
| 10:50 | 1 | A | Yes. |
| 10:50 | 2 | Q | So what does an entrant have to do to opt to |
| 10:50 | 3 | | receive SMS messages from the administrator? |
| 10:50 | 4 | A | Can I make a comment regarding this document? |
| 10:51 | 5 | Q | Sure. |
| 10:51 | 6 | A | I do not believe this to be the final document. |
| 10:51 | 7 | Q | Okay.  Why is that? |
| 10:51 | 8 | A | Because what I believe this to be is an example |
| 10:51 | 9 | | from Live Nation and not the final document. |
| 10:51 | 10 | Q | Why? |
| 10:51 | 11 | A | Because I believe -- the privacy policy, I believe, |
| 10:51 | 12 | | would be Citgo privacy policy. |
| 10:51 | 13 | Q | You're saying the website that it links to? |
| 10:51 | 14 | A | Yes, I believe. |
| 10:51 | 15 | Q | So other than -- other than the website that it |
| 10:52 | 16 | | links to, is there anything else that stands out to |
| 10:52 | 17 | | you that -- as different from what you understand |
| 10:52 | 18 | | to be the final copy? |
| 10:52 | 19 | A | I would have to compare the documents. |
| 10:52 | 20 | Q | Fair enough. |
| 10:52 | 21 | A | I know there were several different documents that |
| 10:52 | 22 | | were run for rules. |
| 10:52 | 23 | Q | Is there any -- sorry.  Were you still going? |
| 10:52 | 24 | A | No. |
| 10:52 | 25 | Q | Is there any way to participate in a text-to-win |

```
10:52   1            promotion without opting into the database --
10:52   2     A      Yes.
10:52   3     Q      -- of -- how is that?
10:52   4     A      In sweepstakes -- if you look at -- there should be
10:52   5            an alternative method of entry.
10:52   6     Q      Is there any way for a -- an entrant via text
10:52   7            message to participate without opting into
10:53   8            receiving future autodial text messages from Citgo?
10:53   9     A      Would you repeat that?
10:53  10                   MR. KAUFMAN:  Can you read it back,
10:53  11            please.
10:53  12                   (Above-pending question read.)
10:53  13                   MR. GEORGE:  Object to form.
10:53  14                   THE WITNESS:  Yes, there are ways.
10:53  15     BY MR. KAUFMAN:
10:53  16     Q      How?
10:53  17     A      Without receiving future text messages?  Is that --
10:53  18     Q      Without initially opting in.
10:53  19     A      I'm very confused.
10:53  20                   MR. GEORGE:  Yeah.
10:53  21     BY MR. KAUFMAN:
10:53  22     Q      Well, here it says that, "Entrant's participation
10:54  23            constitutes consent unless entrant has opted to
10:54  24            receive SMS messages."  So what I'm asking you is
10:54  25            if someone can enter by text messages -- by text
```

10:54   1        message and -- without ever having opted into

10:54   2        receiving future SMS messages from Citgo or

10:54   3        administrator or whomever?

10:54   4                    MR. GEORGE:  Object to form.

10:54   5   BY MR. KAUFMAN:

10:54   6   Q    Let me ask that again.  Is there any way for

10:54   7        somebody to text to win this promotion without ever

10:54   8        consenting to receiving autodial text messages?

10:54   9                    MR. GEORGE:  Object to form.

10:54  10                    MR. KAUFMAN:  What's wrong with the form?

10:54  11                    MR. GEORGE:  You said the person texts to

10:54  12        participate.  That could be a form of agreeing to

10:54  13        participate.

10:54  14   BY MR. KAUFMAN:

10:54  15   Q    You can answer the question, Mr. Brandt.

10:54  16   A    There are -- yes.

10:55  17   Q    How?

10:55  18   A    They are given the option to text "stop."

10:55  19   Q    So other than --

10:55  20   A    Which --

10:55  21   Q    Sorry.

10:55  22   A    There are alternative methods of entry.

10:55  23   Q    So other than alternative methods of entry or

10:56  24        opting out after first having opted in, is there

10:56  25        any way for a text message entrant to participate

| | | |
|---|---|---|
| 10:56 | 1 | in the text-to-win program without consenting to |
| 10:56 | 2 | autodial text messages? |
| 10:56 | 3 | MR. GEORGE:  Object to form. |
| 10:56 | 4 | THE WITNESS:  Okay.  I'm very confused. |
| 10:56 | 5 | BY MR. KAUFMAN: |
| 10:56 | 6 | Q  So you said somebody -- |
| 10:56 | 7 | A  I -- |
| 10:56 | 8 | Q  You said somebody can enter -- |
| 10:56 | 9 | A  Yes. |
| 10:56 | 10 | Q  -- without sending a text message, right?  You said |
| 10:56 | 11 | somebody can enter without sending text messages, |
| 10:56 | 12 | right? |
| 10:56 | 13 | A  With most promotions that are sweepstakes-based, |
| 10:56 | 14 | alternative methods of entry must be provided to |
| 10:56 | 15 | allow people to participate, and that is a function |
| 10:56 | 16 | of sweepstakes and not of mobile messaging. |
| 10:56 | 17 | Q  So putting aside alternative means of |
| 10:57 | 18 | participating -- let's talk only about text |
| 10:57 | 19 | messages, okay?  Text message participation in a |
| 10:57 | 20 | text-to-win promotion, yes? |
| 10:57 | 21 | A  Yes. |
| 10:57 | 22 | Q  Is there any way to text an entry in to a |
| 10:57 | 23 | text-to-win promotion and never consent to |
| 10:57 | 24 | receiving autodial text messages? |
| 10:57 | 25 | MR. GEORGE:  Object to form. |

| | | |
|---|---|---|
| 10:57 | 1 | THE WITNESS:  As with what we've done in |
| 10:57 | 2 | regional meetings, where it was internal |
| 10:57 | 3 | communications, consent to receive future message |
| 10:57 | 4 | was not requested, so the answer is yes. |
| 10:57 | 5 | BY MR. KAUFMAN: |
| 10:57 | 6 | Q   Any other examples? |
| 10:57 | 7 | A   Not that I can think of off the top of my head. |
| 10:58 | 8 | If -- now, I'm -- there -- there are a variety of |
| 10:58 | 9 | ways, I would suppose, but -- there -- there are |
| 10:58 | 10 | databases we do not use for future marketing and |
| 10:58 | 11 | have not sent text messages to. |
| 10:58 | 12 | MR. KAUFMAN:  We can take a break now. |
| 10:58 | 13 | (Recess had.) |
| 11:09 | 14 | (Exhibit No. 11 was marked.) |
| 11:09 | 15 | BY MR. KAUFMAN: |
| 11:09 | 16 | Q   Mr. Brandt, handing you Exhibit 11.  Have you seen |
| 11:10 | 17 | this document before? |
| 11:10 | 18 | A   Yes. |
| 11:10 | 19 | Q   This an email chain between you and Ms. Kovacsik? |
| 11:10 | 20 | A   Yeah. |
| 11:10 | 21 | Q   Does this relate to text messaging? |
| 11:10 | 22 | A   Yes. |
| 11:10 | 23 | Q   If you look at the second bullet point in your -- |
| 11:10 | 24 | A   Um-hum. |
| 11:10 | 25 | Q   -- 10:55 a.m. email -- |

| | | | |
|---|---|---|---|
| 11:10 | 1 | A | Yeah. |
| 11:10 | 2 | Q | -- it talks about scheduling "messages to be sent |
| 11:10 | 3 | | to mobile numbers who opted in."  Is that what we |
| 11:10 | 4 | | talked about before? |
| 11:10 | 5 | A | To mobile numbers who schedule -- |
| 11:10 | 6 | Q | Well, the scheduling aspect is what I'm focussing |
| 11:10 | 7 | | on here. |
| 11:10 | 8 | A | For that promotion, yes. |
| 11:10 | 9 | Q | So we talked about scheduling messages, setting it, |
| 11:10 | 10 | | and not forgetting it, right? |
| 11:10 | 11 | A | Right. |
| 11:10 | 12 | Q | And they're scheduled by time and date, right? |
| 11:10 | 13 | A | Yes. |
| 11:10 | 14 | Q | And you preprogrammed the message, right? |
| 11:10 | 15 | A | It's entered, yes. |
| 11:10 | 16 | Q | So you're talking about creating "a bad user |
| 11:11 | 17 | | experience."  What's your concern there? |
| 11:11 | 18 | A | Boy, their schedules -- oh.  Oh, okay.  Oh. |
| 11:11 | 19 | | This -- that particular passage would mean, I guess |
| 11:11 | 20 | | you could say, don't send multiple messages right |
| 11:12 | 21 | | away because a bad user experience would be -- in |
| 11:12 | 22 | | my -- my user -- my personal feeling of what a bad |
| 11:12 | 23 | | user experience would be is opting in and then |
| 11:12 | 24 | | getting marketed to immediately after. |
| 11:12 | 25 | Q | Is this a similar concern that you expressed with |

| | | |
|---|---|---|
| 11:12 | 1 | regards to sending more than four text messages per |
| 11:12 | 2 | month? |
| 11:12 | 3 | A   Similar but not the same. |
| 11:12 | 4 | Q   Do both of them relate to user experience? |
| 11:12 | 5 | A   Yes, in the sense of being -- yes.  Yes. |
| 11:13 | 6 | Q   If you go to the first bullet point, it says, "The |
| 11:13 | 7 | sweepstakes portion is programmed," right? |
| 11:13 | 8 | A   Yes. |
| 11:13 | 9 | Q   What did that mean? |
| 11:13 | 10 | A   Well, programmed in the sense -- that's a bad word. |
| 11:13 | 11 | Scheduled.  It's the -- it's scheduled from a |
| 11:13 | 12 | certain time to a certain time, but it's -- |
| 11:13 | 13 | Q   So if you go on in that paragraph, you write, "We |
| 11:13 | 14 | aren't afforded the luxury of being able to go into |
| 11:13 | 15 | the database, randomly select a number and text the |
| 11:13 | 16 | winner on-site within the allotted time frame," |
| 11:13 | 17 | right? |
| 11:13 | 18 | A   Yes. |
| 11:13 | 19 | Q   So you're referring to -- so for that sweepstakes, |
| 11:13 | 20 | whatever sweepstakes is being discussed in this |
| 11:14 | 21 | email, basically people would text in, and then the |
| 11:14 | 22 | program would determine the winner, right? |
| 11:14 | 23 | A   Yes. |
| 11:14 | 24 | Q   And the -- there would be a corresponding text |
| 11:14 | 25 | message in the message flow that would go to that |

| | | |
|---|---|---|
| 11:14 | 1 | winner, right? |
| 11:14 | 2 | A   There would be, yes, a follow-up message sent |
| 11:14 | 3 | notifying them they are the winner at -- it's not a |
| 11:14 | 4 | follow-up message.  At the time -- every -- |
| 11:14 | 5 | everybody who enters receives a certain message. |
| 11:14 | 6 | The number that is the predetermined winner |
| 11:14 | 7 | receives a different message informing them they |
| 11:14 | 8 | have won. |
| 11:14 | 9 | Q   So -- so when the technology selects the winner, it |
| 11:14 | 10 | sends that one winner the winning -- the winner |
| 11:14 | 11 | text message, and everybody else gets the loser |
| 11:14 | 12 | text message; is that correct? |
| 11:14 | 13 | A   It's not a loser message.  It says, "Your entry has |
| 11:14 | 14 | been received.  You will be notified by text |
| 11:14 | 15 | message if you are a winner." |
| 11:14 | 16 | Q   So -- so people either -- the one person gets the |
| 11:15 | 17 | winner text message, and everyone else gets a |
| 11:15 | 18 | nonwinner text message, correct? |
| 11:15 | 19 | A   A confirmation-of-entry message. |
| 11:15 | 20 | Q   But it's -- it's the technology that's selecting |
| 11:15 | 21 | the winner, right? |
| 11:15 | 22 | A   As far as I know, it -- the message it sends to the |
| 11:15 | 23 | winner is the number based on whatever number we |
| 11:15 | 24 | would put on the Live Nation events, a winner and |
| 11:15 | 25 | then a high-number winner, so there were two |

| | | |
|---|---|---|
| 11:15 | 1 | | potential winners, and if -- if -- it would be the |
| 11:15 | 2 | | number -- yeah, so if I'm No. 95, and that's the |
| 11:16 | 3 | | number that corresponds to what was put into the -- |
| 11:16 | 4 | | typed in, the 95th texter would receive the number |
| 11:16 | 5 | | informing them of winning and where to claim their |
| 11:16 | 6 | | prize. |
| 11:16 | 7 | Q | So effectively every time an entrant text messages |
| 11:16 | 8 | | in, the technology assigns it a number based on |
| 11:16 | 9 | | when it's text messaged, right? |
| 11:16 | 10 | A | Correct. |
| 11:16 | 11 | Q | And then, from what I understand -- |
| 11:16 | 12 | A | Not when.  By the number -- number of -- if you |
| 11:16 | 13 | | were No. 1, No. 2, No. 3, No. 4.  It doesn't have |
| 11:16 | 14 | | any correlation to time. |
| 11:16 | 15 | Q | Okay.  But when in the sequence of text messages |
| 11:16 | 16 | | you were, in terms of all entrants? |
| 11:16 | 17 | A | Correct. |
| 11:16 | 18 | Q | And if I understand correctly, for this promotion, |
| 11:16 | 19 | | Black Canyon or Citgo determined that Text Message |
| 11:16 | 20 | | 30, 50 and 100 would be the winners, so ultimately |
| 11:17 | 21 | | when -- right?  Is that correct?  I'm giving |
| 11:17 | 22 | | examples of those numbers, but conceptually; is |
| 11:17 | 23 | | that right? |
| 11:17 | 24 | A | Conceptually, correct. |
| 11:17 | 25 | Q | So then effectively when those text messages |

11:17  1      occurred, when the 50th person text-messaged, they

11:17  2      would get the winner text message?

11:17  3   A  Correct.

11:17  4   Q  Is there a way to have the technology select a

11:17  5      winner without preprogramming the sequence of

11:17  6      winners?

11:17  7   A  Yes.

11:17  8   Q  So there's a way to have the program automatically

11:17  9      determine from the full group of entrants which one

11:17 10      the winner is, right?

11:17 11   A  Yes, there is.

11:17 12   Q  And that winner presumably would receive the winner

11:17 13      text, and everyone else would receive the nonwinner

11:17 14      text, the confirmation text?

11:17 15   A  No.

11:17 16   Q  Why not?

11:17 17   A  Everyone would receive -- everyone would receive

11:17 18      the confirmation-of-entry text.  If a random winner

11:18 19      were selected, they would be sent a text telling

11:18 20      them they are the winner.

11:18 21   Q  So the wrong statement that I made in my prior

11:18 22      question was that the winner -- the way I phrased

11:18 23      it, the winner wasn't also getting a

11:18 24      confirmation -- a text message, correct?  So

11:18 25      everyone receives -- I'll ask it again this way.

11:18   1                   Let's say that we have a promotion where

11:18   2           the technology is selecting the winner.

11:18   3     A     Correct.

11:18   4     Q     Everyone texts in and receives a "reply Y" message,

11:18   5           correct?

11:18   6     A     They should, yes.

11:18   7     Q     Is that what you referred to as the "confirmation

11:18   8           text"?

11:18   9     A     No, I was referring to it in relation to the

11:18   10          confirmation of their participation in the

11:18   11          sweepstakes.

11:18   12    Q     So after they hit "Y," they get the confirmation

11:19   13          text, right?

11:19   14    A     Depending on where they fall in the sequence,

11:19   15          that's my belief, yes.

11:19   16    Q     In the event that there's -- the technology is

11:19   17          randomly selecting the winner, that individual,

11:19   18          that text message number, will also receive the

11:19   19          winner text message, right?

11:19   20    A     I believe so, yes.

11:19   21    Q     Go to the third bullet point of your April 17th

11:19   22          email.  Do you see it's talking about

11:19   23          click-throughs there?

11:19   24    A     Yes.

11:19   25    Q     Is this talking about click-throughs to the rules?

| | | | |
|---|---|---|---|
| 11:19 | 1 | A | Yes. |
| 11:19 | 2 | Q | These are the rules that we talked about that |
| 11:19 | 3 | | include language relating to autodial text |
| 11:19 | 4 | | messages, right? |
| 11:19 | 5 | A | Yes. |
| 11:19 | 6 | Q | These are the -- this is the bit.ly -- |
| 11:19 | 7 | A | Yes. |
| 11:19 | 8 | Q | -- link that we looked at?  So here you're |
| 11:19 | 9 | | indicating to Ms. Kovacsik that you looked up the |
| 11:20 | 10 | | click-throughs for the rules for the Jimmy Buffett |
| 11:20 | 11 | | show, right? |
| 11:20 | 12 | A | Yes. |
| 11:20 | 13 | Q | You have nine people click through to the rules, |
| 11:20 | 14 | | right? |
| 11:20 | 15 | A | Yes. |
| 11:20 | 16 | Q | Do you know how many people opted in at that |
| 11:20 | 17 | | concert? |
| 11:20 | 18 | A | Not off the top of my head, no. |
| 11:20 | 19 | Q | Do you know how many people opted out at that |
| 11:20 | 20 | | concert? |
| 11:20 | 21 | A | Not off the top of my head, no. |
| 11:20 | 22 | Q | Do you know how many people didn't respond to the |
| 11:20 | 23 | | "reply Y" message at that concert? |
| 11:20 | 24 | A | Not off the top of my head, no. |
| 11:20 | 25 | Q | Are you able to tell from those nine people that |

| | | |
|---|---|---|
| 11:20 | 1 | | clicked through to the rules whether they fall into |
| 11:20 | 2 | | the bucket of people that opted in? |
| 11:20 | 3 | A | No, I only know clicks. |
| 11:20 | 4 | Q | So is it possible that the nine people that clicked |
| 11:20 | 5 | | through to the rules may have all opted out? |
| 11:20 | 6 | A | It's entirely possible because -- yes, it's |
| 11:20 | 7 | | entirely possible.  Anything is possible.  The link |
| 11:21 | 8 | | is in the text message.  The time when they |
| 11:21 | 9 | | clicked, I do not know. |
| 11:21 | 10 | Q | Is it possible that someone clicked the rules hours |
| 11:21 | 11 | | after replying Y? |
| 11:21 | 12 | A | It's -- it's possible. |
| 11:21 | 13 | Q | It's possible that someone clicked the rules and |
| 11:21 | 14 | | then didn't respond to the "reply Y" message at |
| 11:21 | 15 | | all, right? |
| 11:21 | 16 | A | I don't know if I can say that with any certainty. |
| 11:21 | 17 | | It's possible, I suppose. |
| 11:21 | 18 | Q | I mean, do you have any basis to dispute that |
| 11:21 | 19 | | possibility? |
| 11:21 | 20 | | MR. GEORGE:  Just going to object to the |
| 11:21 | 21 | | form.  I think it's asked and answered. |
| 11:21 | 22 | | THE WITNESS:  Could you repeat the |
| 11:21 | 23 | | question? |
| 11:21 | 24 | BY MR. KAUFMAN: |
| 11:21 | 25 | Q | Do you have any basis to dispute the possibility |

```
11:21   1        that people who clicked through to the rules didn't
11:21   2        respond to the "reply Y" text message?
11:21   3   A    I could not dispute or confirm either way.  I would
11:22   4        have no knowledge of when they click or when they
11:22   5        don't necessarily.
11:22   6   Q    Are you able to determine -- are you able to figure
11:22   7        out how many people initially text a word -- a
11:22   8        specific word to the short code?
11:22   9   A    We have -- we can tell sends, which is how many
11:22  10        messages are sent, but I don't know if that
11:22  11        directly relates to individuals.
11:22  12   Q    When you say "sends," are you referring to messages
11:22  13        incoming to the technology or messages outgoing
11:22  14        from the technology?
11:22  15   A    Outgoing from the technology.
11:23  16   Q    So just in the way that you get a report relating
11:23  17        to the text messages sent in August to
11:23  18        Mr. Gottlieb, you can also pull a report for the
11:23  19        text messages sent to individuals during a concert
11:23  20        that sub- -- that texted in to the promotion,
11:23  21        correct?
11:23  22   A    Yes, I can tell the sends and there -- during a
11:23  23        certain time period, yes.
11:23  24                (Exhibit No. 12 was marked.)
11:23  25   BY MR. KAUFMAN:
```

| | | | |
|---|---|---|---|
| 11:23 | 1 | Q | Handing you Exhibit 12.  So I refer your attention, |
| 11:23 | 2 | | Mr. Brandt, to the section that says "Campaign |
| 11:23 | 3 | | Setup." |
| 11:23 | 4 | A | Yes. |
| 11:23 | 5 | Q | Do you see where it says "Winner Number," that box? |
| 11:23 | 6 | A | Yes. |
| 11:24 | 7 | Q | Does that correspond to the sequential process of |
| 11:24 | 8 | | selecting winners that we talked about before? |
| 11:24 | 9 | A | Ahh -- |
| 11:24 | 10 | Q | Well, let me ask it a different way.  We talked |
| 11:24 | 11 | | before about how every time a text message comes |
| 11:24 | 12 | | in, depending on where it is in the sequence of |
| 11:24 | 13 | | entrants, it's assigned a number by the technology, |
| 11:24 | 14 | | correct? |
| 11:24 | 15 | A | Yes. |
| 11:24 | 16 | Q | And these are -- these text numbers correspond to, |
| 11:24 | 17 | | you know, the sequence in which the entry was made, |
| 11:24 | 18 | | correct? |
| 11:24 | 19 | A | Can you rephrase that?  I'm sorry.  I'm very |
| 11:24 | 20 | | confused. |
| 11:24 | 21 | Q | No, no problem.  So when the 30th person texts in |
| 11:24 | 22 | | to the context, they get back a winner text, |
| 11:24 | 23 | | correct? |
| 11:24 | 24 | A | Yes.  30, 50, 70 and 9,000. |
| 11:24 | 25 | Q | So then the 31st person texts in, and they don't |

| | | | |
|---|---|---|---|
| 11:24 | 1 | | get back -- they just get the confirmation text, |
| 11:25 | 2 | | right? |
| 11:25 | 3 | A | Yes. |
| 11:25 | 4 | Q | And then the 32nd person texts, and they just get |
| 11:25 | 5 | | the confirmation text, right? |
| 11:25 | 6 | A | Yes. |
| 11:25 | 7 | Q | Then we get to the 50th text, and they get the |
| 11:25 | 8 | | winner text, right? |
| 11:25 | 9 | A | Yes. |
| 11:25 | 10 | Q | So if the sequence continues, it's another 19 nos |
| 11:25 | 11 | | until you get to 70, and then they're getting the |
| 11:25 | 12 | | winner text again, right? |
| 11:25 | 13 | A | Yes. |
| 11:25 | 14 | Q | And if the sequence continues, you get all the way |
| 11:25 | 15 | | to 9,000 before you get another winner text, right? |
| 11:25 | 16 | A | Yes. |
| 11:25 | 17 | Q | So looking down, there's two boxes -- I guess two |
| 11:25 | 18 | | checkboxes a little bit below, one that says |
| 11:25 | 19 | | "Unlimited Text Ins" and one that says "Random |
| 11:25 | 20 | | Winner"? |
| 11:25 | 21 | A | Yes. |
| 11:25 | 22 | Q | Is the one that says "Random Winner," is that what |
| 11:25 | 23 | | we were talking about before, where the technology |
| 11:25 | 24 | | selects from the entrants the winner? |
| 11:25 | 25 | A | Yes, but it would have to be -- yes.  Yes.  That |

| | | |
|---|---|---|
| 11:25 | 1 | | would be -- but it would have to be initiated where |
| 11:26 | 2 | | you would say select random winner. |
| 11:26 | 3 | Q | Right.  Because it's got a checkbox next to it? |
| 11:26 | 4 | A | Right. |
| 11:26 | 5 | Q | And it's not selected here in this campaign, |
| 11:26 | 6 | | correct? |
| 11:26 | 7 | A | Correct. |
| 11:26 | 8 | Q | But it has the capacity to be selected? |
| 11:26 | 9 | A | Yes. |
| 11:26 | 10 | | (Exhibit No. 13 was marked.) |
| 11:26 | 11 | BY MR. KAUFMAN: |
| 11:26 | 12 | Q | Handing you Exhibit 13.  Have you seen this email |
| 11:26 | 13 | | marked as Exhibit 13 before, Mr. Brandt? |
| 11:26 | 14 | A | Yes. |
| 11:26 | 15 | Q | Are these emails relating to Live Nation |
| 11:26 | 16 | | text-to-win promotions? |
| 11:27 | 17 | A | Yes. |
| 11:27 | 18 | Q | If you'll turn to the 9:33 a.m. email on July 17th. |
| 11:27 | 19 | A | Yes. |
| 11:27 | 20 | Q | You're -- and I'll allow you to read it, but here's |
| 11:27 | 21 | | my question.  You're talking about these two |
| 11:27 | 22 | | different things, the sequential winner -- |
| 11:27 | 23 | A | Correct. |
| 11:27 | 24 | Q | -- and the random winner, right? |
| 11:27 | 25 | A | Correct. |

| | | |
|---|---|---|
| 11:27 | 1 | Q | And your concern with regard to the upcoming -- |
| 11:27 | 2 | | upcoming concert is that if you go with the |
| 11:27 | 3 | | sequential process, you don't know how many people |
| 11:27 | 4 | | are going to come in the door, and you might give |
| 11:27 | 5 | | away all the prizes in the first hour, right? |
| 11:27 | 6 | A | Correct. |
| 11:27 | 7 | Q | So you think that the random approach is better |
| 11:27 | 8 | | because that way, at a set time, the technology |
| 11:27 | 9 | | will pick a winner, and everyone will have had the |
| 11:27 | 10 | | opportunity to participate, right? |
| 11:27 | 11 | A | Everyone will have always had an opportunity to |
| 11:27 | 12 | | participate.  The method of selection would be |
| 11:27 | 13 | | different.  Random -- people are always random. |
| 11:28 | 14 | | The winner is not.  Does that make sense? |
| 11:28 | 15 | Q | No.  Sorry. |
| 11:28 | 16 | A | Anyone who texts in is a random individual.  It's a |
| 11:28 | 17 | | random chance that they're No. 30, No. 50 or No. |
| 11:28 | 18 | | 70.  Okay? |
| 11:28 | 19 | | In a situation where "random" is used |
| 11:28 | 20 | | here, at a certain time you say select a random |
| 11:28 | 21 | | winner, and that mobile number is pulled out of the |
| 11:28 | 22 | | database, and the message would be sent. |
| 11:28 | 23 | Q | So looking back at Exhibit 12, what you just |
| 11:28 | 24 | | described is as if we had clicked the box that says |
| 11:28 | 25 | | "Random Winner," right? |

| | | | |
|---|---|---|---|
| 11:28 | 1 | A | Correct.  Correct. |
| 11:28 | 2 | Q | And the first use of "random" was that anyone could |
| 11:28 | 3 | | randomly be anywhere in the sequence of entrants, |
| 11:28 | 4 | | right? |
| 11:28 | 5 | A | Right.  And I would -- yes.  Yes.  You're correct. |
| 11:29 | 6 | | (Exhibit No. 14 was marked.) |
| 11:29 | 7 | | BY MR. KAUFMAN: |
| 11:29 | 8 | Q | Handing you Exhibit 14. |
| 11:29 | 9 | | (Discussion off the record.) |
| 11:29 | 10 | | BY MR. KAUFMAN: |
| 11:29 | 11 | Q | Have you seen Exhibit 14 before, Mr. Brandt? |
| 11:29 | 12 | A | Yes, I have. |
| 11:29 | 13 | Q | So before we were talking about using the |
| 11:29 | 14 | | technology to determine the number of entrants in a |
| 11:29 | 15 | | contest, right? |
| 11:29 | 16 | A | Entrants in a contest, yes, correct. |
| 11:29 | 17 | Q | And this is a report reflecting the number of |
| 11:29 | 18 | | outgoing messages to entrants, correct? |
| 11:30 | 19 | A | Umm -- |
| 11:30 | 20 | Q | Let me ask that again.  This is a report reflecting |
| 11:30 | 21 | | the number of text messages from the technology in |
| 11:30 | 22 | | response to an entry from a text-messager, correct? |
| 11:30 | 23 | A | Yes. |
| 11:30 | 24 | Q | This looks like the report for May 15th, 2015, to |
| 11:30 | 25 | | May 31st, 2015, for the "$100 a Day Sweepstakes," |

| | | |
|---|---|---|
| 11:30 | 1 | right? |
| 11:30 | 2 | A   Yes. |
| 11:30 | 3 | Q   And, at that point, the database was 904 sends, |
| 11:30 | 4 | right? |
| 11:30 | 5 | A   Yes.  Or -- yes. |
| 11:30 | 6 | Q   What does the 21 "Invalid" mean? |
| 11:30 | 7 | A   The handset could not be reached for whatever |
| 11:30 | 8 | reason, so the message was never delivered. |
| 11:30 | 9 | Q   So someone text messaged, and then they just didn't |
| 11:30 | 10 | have the right technology to receive the follow-up? |
| 11:30 | 11 | A   Correct. |
| 11:30 | 12 | Q   Does this report reflect opt-outs? |
| 11:31 | 13 | A   Yes. |
| 11:31 | 14 | Q   What does opt out mean?  Does it mean somebody -- |
| 11:31 | 15 | what does opt out mean? |
| 11:31 | 16 | A   That they've chosen to no longer participate in |
| 11:31 | 17 | the -- in the promotion. |
| 11:31 | 18 | Q   So opt out assumes that someone has already opted |
| 11:31 | 19 | in, right? |
| 11:31 | 20 | A   Yes. |
| 11:31 | 21 | Q   This doesn't speak to the number of people that |
| 11:31 | 22 | just did not provide consent, right? |
| 11:31 | 23 | MR. SOLBERG:  Object to form. |
| 11:31 | 24 | THE WITNESS:  I -- I cannot tell by |
| 11:31 | 25 | looking at this report. |

BY MR. KAUFMAN:

Q    You write in your message to Ms. Kovacsik, "I would

     expect this percentage of opt-outs to increase

     should we start working the database with other

     offers."  Do you see that?

A    Yes.

Q    Why is that your expectation?

A    Historically with promotions that -- that I've

     run -- or my experience is that people will

     participate to receive incentives, and if follow-up

     messages are sent, they hit stop because they no

     longer want to receive them, and they, in effect,

     opt out.

Q    Is there a need to incentivize people to continue

     to be part of the database?

A    We don't incentivize them to continue.  Once they

     hit "stop," they're gone.

Q    Are text-messagers incentivized to opt in

     initially?

               MR. SOLBERG:  Object to form.

               THE WITNESS:  On occasion they may be.

     Not all the time.

BY MR. KAUFMAN:

Q    Is a text-to-win promotion an incentive to opt in?

               MR. SOLBERG:  Object to form.

| | | |
|---|---|---|
| 11:33 | 1 | THE WITNESS:  A text-to-win promotion is |
| 11:33 | 2 | a promotion.  I can't speak to whether or not |
| 11:33 | 3 | anyone views it as an incentive.  We would refer to |
| 11:33 | 4 | it as an incentive but -- it gives them a reason to |
| 11:33 | 5 | participate. |
| 11:33 | 6 | BY MR. KAUFMAN: |
| 11:33 | 7 | Q    You said "we would refer to it as an incentive"? |
| 11:33 | 8 | A    Yeah, it would be a reason to participate in a way |
| 11:33 | 9 | that -- if you had a register-to-win with a signup |
| 11:33 | 10 | pad at a radio remote, or whatever.  You know, |
| 11:34 | 11 | you -- |
| 11:34 | 12 | Q    When you said "we would consider it an incentive," |
| 11:34 | 13 | who is "we"? |
| 11:34 | 14 | A    People in the industry, in the advertising |
| 11:34 | 15 | industry. |
| 11:34 | 16 | (Exhibit No. 15 was marked.) |
| 11:34 | 17 | BY MR. KAUFMAN: |
| 11:34 | 18 | Q    Handing you what's marked as Exhibit 15.  Have you |
| 11:34 | 19 | seen this document before? |
| 11:34 | 20 | A    Yes. |
| 11:34 | 21 | Q    Is this a memo from you to Ms. Kovacsik regarding |
| 11:34 | 22 | "Pri-Mart Loyalty Card" -- |
| 11:34 | 23 | A    Yes. |
| 11:34 | 24 | Q    -- "RCM Integration"? |
| 11:34 | 25 | A    Um-hum. |

KEVIN BRANDT, 04/17/2017                    103

```
11:34   1    Q    Is that a yes?

11:34   2    A    Yes.  I'm sorry.  I had water --

11:34   3    Q    I know.

11:34   4    A    I apologize.

11:34   5    Q    I'm just trying to keep the record clean.

11:34   6               If you go to the second page, where it

11:34   7         discusses "Considerations" --

11:34   8    A    Um-hum.

11:34   9    Q    -- you write, "It is imperative that the opt-in

11:34  10         message is included on as many pieces of

11:34  11         advertising real estate as possible.  Incentives

11:35  12         and rewards should be included to make it worth the

11:35  13         customer's while should they choose to opt in,"

11:35  14         right?

11:35  15    A    Correct.

11:35  16    Q    So that's consistent with what we were just talking

11:35  17         about, right?

11:35  18    A    Correct.

11:35  19    Q    That in the industry a text-to-win promotion is

11:35  20         seen as an incentive to opt in?

11:35  21    A    In the -- within the advertising industry, yes.

11:35  22    Q    The next paragraph says, "Federal law requires that

11:35  23         all text message programs be permission based,

11:35  24         meaning recipients must provide express consent to

11:35  25         receive autodialed," parentheses, "pushed, text
```

11:35   1      messages."  Do you see that?

11:35   2   A   Yes.

11:35   3   Q   Did you determine that the Pri-Mart Loyalty Card

11:35   4      existing members hadn't already provided consent to

11:35   5      receive the autodialed calls?

11:35   6   A   This program was never executed.  It was merely a

11:35   7      proposal based on the request of Charlie.

11:36   8   Q   But do you conclude in this memo -- whether or not

11:36   9      the program was implemented, is it not your

11:36   10      conclusion that the Pri-Mart Loyalty Card members

11:36   11      could not be added to the database without an

11:36   12      opt-in from them?

11:36   13             MR. GEORGE:  Object to form.

11:36   14             THE WITNESS:  The -- it is my knowledge

11:36   15      that the TCPA requires written consent.  What

11:36   16      signifies written consent has been debated.

11:36   17             With -- what I'm recommending for online

11:36   18      and email opt-ins, a second text confirmation is

11:36   19      not required providing the online content

11:37   20      specifically states that by submitting their phone

11:37   21      number, the recipient is giving consent to receive

11:37   22      autodial text messages, which would be the email or

11:37   23      online equivalent of the "reply Y" message.

11:37   24   BY MR. KAUFMAN:

11:37   25   Q   No, I understand that.  But what I'm saying is when

KEVIN BRANDT, 04/17/2017                    105

| | | |
|---|---|---|
| 11:37 | 1 | | you prepared this proposal, there was already this |
| 11:37 | 2 | | existing database of Pri-Mart Loyalty Card members, |
| 11:37 | 3 | | right? |
| 11:37 | 4 | A | I assume.  That would be owned and operated by |
| 11:37 | 5 | | Pri-Mart.  I wouldn't have any idea.  We've never |
| 11:37 | 6 | | manipulated that database or had access to it. |
| 11:37 | 7 | Q | Right.  But you understood that that database |
| 11:37 | 8 | | hadn't already opted in, right? |
| 11:37 | 9 | A | Right. |
| 11:37 | 10 | Q | That's all. |
| 11:37 | 11 | A | Right. |
| 11:37 | 12 | Q | We're on the same page. |
| 11:37 | 13 | A | Well, repeat that question. |
| 11:37 | 14 | Q | You had concluded that without further action, that |
| 11:37 | 15 | | Pri-Mart Loyalty Card group could not be text |
| 11:37 | 16 | | messaged, without -- |
| 11:37 | 17 | A | No, I didn't. |
| 11:37 | 18 | Q | -- further opt-in?  No?  Why not? |
| 11:37 | 19 | A | No.  Because this was not a -- a -- this was purely |
| 11:38 | 20 | | a promotional suggestion and not a finished |
| 11:38 | 21 | | document.  Had we agreed to continue with the -- |
| 11:38 | 22 | | and move deeper into the promotion, we would |
| 11:38 | 23 | | have -- we would have made sure that everything was |
| 11:38 | 24 | | executed correctly.  So this is not a -- this is |
| 11:38 | 25 | | purely a proposal and not a -- |

KEVIN BRANDT, 04/17/2017                    106

| | | |
|---|---|---|
| 11:38 | 1 | (Exhibit No. 16 was marked.) |
| 11:38 | 2 | BY MR. KAUFMAN: |
| 11:38 | 3 | Q   This is Exhibit 16.  Have you seen Exhibit 16 |
| 11:38 | 4 | before? |
| 11:38 | 5 | A   Um-hum. |
| 11:38 | 6 | Q   Is that a yes? |
| 11:38 | 7 | MR. GEORGE:  Is that a yes? |
| 11:38 | 8 | THE WITNESS:  Yes.  Yes, I have. |
| 11:39 | 9 | BY MR. KAUFMAN: |
| 11:39 | 10 | Q   Is this a point-of-purchase advertisement relating |
| 11:39 | 11 | to a Citgo text-to-win promotion? |
| 11:39 | 12 | A   I'm -- yes, it is. |
| 11:39 | 13 | Q   Does this relate to a Live Nation promotion? |
| 11:39 | 14 | A   I believe so, based on the keyword, yes. |
| 11:39 | 15 | Q   What's FirstMerit Bank?  Is that a stadium or an |
| 11:39 | 16 | arena? |
| 11:39 | 17 | A   Yes, in Chicago. |
| 11:39 | 18 | Q   Is that a concert venue? |
| 11:39 | 19 | A   Yes. |
| 11:39 | 20 | Q   Do you know if this is the final approved version |
| 11:39 | 21 | of this advertisement? |
| 11:39 | 22 | A   In looking at this, this is the production proof |
| 11:39 | 23 | for the handouts which would go on press. |
| 11:39 | 24 | Q   So this is ultimately -- you know, size |
| 11:39 | 25 | notwithstanding, this is ultimately what went out |

KEVIN BRANDT, 04/17/2017                107

11:40  1      and got printed, right?

11:40  2              MR. GEORGE:  Object to the form.

11:40  3              THE WITNESS:  I can't -- I can't say

11:40  4      based on this email.  I do not see the approval

11:40  5      email here.  But we receive -- we receive artwork

11:40  6      from clients everywhere for -- and we show a

11:40  7      production proof, and if it's approved, then we put

11:40  8      it on press.  So this is the final production

11:40  9      proof.

11:40  10  BY MR. KAUFMAN:

11:40  11  Q   This is very close to what may have been the

11:40  12      final -- may have, in fact, been the final, but at

11:40  13      minimum, very close, correct?

11:40  14  A   It may have been.  I --

11:40  15              MR. GEORGE:  Going to object again.  The

11:40  16      email refers to a front and back, and we don't --

11:40  17      we only have one side here.  So is this an

11:40  18      incomplete exhibit or --

11:40  19              MR. KAUFMAN:  Perhaps.

11:40  20  BY MR. KAUFMAN:

11:40  21  Q   So looking at 4256, do you see some small text at

11:41  22      the bottom?

11:41  23  A   Yes.

11:41  24  Q   You'll agree with me that that text is smaller than

11:41  25      all the other text in the image?

11:41    1    A     Yes, it is.

11:41    2                    (Exhibit No. 17 was marked.)

11:41    3    BY MR. KAUFMAN:

11:41    4    Q     At the Live Nation shows, were there people on the

11:41    5          ground to try to drive opt-ins?

11:41    6    A     I was not at any of -- I was not personally at any

11:41    7          of the venues to see that.

11:41    8                    (Exhibit No. 17 was marked.)

11:41    9    BY MR. KAUFMAN:

11:41   10    Q     Here is Exhibit 17.

11:41   11    A     I believe people were handing out cards.

11:41   12    Q     Like the card we just saw in Citgo 4256?

11:41   13    A     Yes.  Correct.

11:41   14    Q     Turning now to Exhibit 17.  Have you seen this

11:41   15          document before?

11:41   16    A     Yes.

11:42   17    Q     A minute ago you told me you had no idea what

11:42   18          people on the ground were and weren't doing at the

11:42   19          Live Nation promotions, right?

11:42   20    A     I said I was never on any of the grounds, and then

11:42   21          continued to say that I assumed that they had --

11:42   22          not assumed -- that they had people handing out

11:42   23          cards, called Citgo Ambassadors.

11:42   24    Q     So --

11:42   25    A     I did not see it but --

| | | | |
|---|---|---|---|
| 11:42 | 1 | Q | You were -- |
| 11:42 | 2 | A | -- under the -- under the understanding they did, |
| 11:42 | 3 | | yeah. |
| 11:42 | 4 | Q | You were aware of the Citgo Ambassadors, correct? |
| 11:42 | 5 | A | Yes. |
| 11:42 | 6 | Q | Did you have any responsibility for overseeing |
| 11:42 | 7 | | them? |
| 11:42 | 8 | A | No. |
| 11:42 | 9 | Q | Do you see in the June 16th, 2:28 p.m. email where |
| 11:42 | 10 | | you're talking about how, "Success hinges on how |
| 11:42 | 11 | | much the ambassadors hustle"? |
| 11:42 | 12 | A | Yes. |
| 11:42 | 13 | Q | The success of what? |
| 11:42 | 14 | A | The promotion. |
| 11:42 | 15 | Q | So the success of generating opt-ins, right? |
| 11:42 | 16 | A | That would be one element of a successful |
| 11:43 | 17 | | promotion, correct. |
| 11:43 | 18 | Q | Well, I mean, are there any other elements? |
| 11:43 | 19 | A | Some that probably couldn't be empirically proven. |
| 11:43 | 20 | Q | Are any of those other reasons addressed in your |
| 11:43 | 21 | | email? |
| 11:43 | 22 | A | It doesn't appear so. |
| 11:43 | 23 | Q | But it does -- it definitely addresses, "Nicole |
| 11:43 | 24 | | worked the Hartford people pretty hard and they |
| 11:43 | 25 | | generated 600-plus opt-ins"? |

| | | | |
|---|---|---|---|
| 11:43 | 1 | A | Correct. |
| 11:43 | 2 | Q | So that your concern there is ambassador hustle |
| 11:43 | 3 | | leads to opt-ins, right? |
| 11:43 | 4 | A | It leads to participation and a high level of Citgo |
| 11:43 | 5 | | consumer interaction, yes. |
| 11:43 | 6 | Q | So when the ambassadors were hustling, do you know |
| 11:43 | 7 | | if they were standing close to the people that were |
| 11:43 | 8 | | texting in to the promotions? |
| 11:43 | 9 | A | I couldn't tell you. |
| 11:43 | 10 | Q | Do you know what Nicole did to work the Hartford |
| 11:44 | 11 | | people pretty hard so that they generated 600 plus |
| 11:44 | 12 | | opt-ins? |
| 11:44 | 13 | A | I know that -- I don't know individual behaviors or |
| 11:44 | 14 | | tactics Nicole may have used.  I do know she takes |
| 11:44 | 15 | | communication of her promotions seriously and is |
| 11:44 | 16 | | very clear on directions.  What those directions |
| 11:44 | 17 | | are, I'm not sure, don't know. |
| 11:44 | 18 | | (Exhibit No. 18 was marked.) |
| 11:44 | 19 | | BY MR. KAUFMAN: |
| 11:44 | 20 | Q | Composite Exhibit 18. |
| 11:44 | 21 | A | Yeah. |
| 11:45 | 22 | Q | Have you seen the signs reflected in the |
| 11:45 | 23 | | photographs on composite Exhibit 18 before, |
| 11:45 | 24 | | Mr. Brandt? |
| 11:45 | 25 | A | Yes. |

KEVIN BRANDT, 04/17/2017                    111

```
11:45   1     Q     Is this signage at a Live Nation concert for the
11:45   2           text-to-win promotions?
11:45   3     A     I believe it is.
11:45   4     Q     Is there -- let's look at the first one, 11426.
11:45   5           There appear to be two different signs --
11:45   6     A     Um-hum.
11:45   7     Q     -- in the photographs; is that correct?
11:45   8     A     I can't -- I can't tell by the black -- I mean --
11:45   9           yeah.  I mean, there are two -- it appears to be,
11:45  10           yes.
11:45  11     Q     Was this --
11:45  12     A     I don't know if that's one or two separate
11:45  13           pictures, but it appears to be two different signs,
11:45  14           yes.  Yes.
11:45  15     Q     Were these forms of typical signage at Live Nation
11:46  16           concerts?
11:46  17     A     I couldn't -- I couldn't say what Live Nation does
11:46  18           and does not use across all of their venues.
11:46  19     Q     Is there any disclaimer in either of the two signs
11:46  20           on 11426 relating to use of an autodialer?
11:46  21     A     I cannot see any -- I can't tell -- I can't read --
11:46  22           there's type there that I can't read at all.
11:46  23     Q     Going to 11422, do you see there are three
11:46  24           different signs in the five photographs reflected
11:46  25           here?
```

KEVIN BRANDT, 04/17/2017                    112

```
11:46   1    A     Yes.
11:46   2    Q     Are these also signs of text-to-win promotions at
11:46   3          Live Nation events?
11:46   4    A     They appear to be, yes.
11:46   5    Q     Do you see the one all the way on the right that
11:46   6          seems to be, like, a standing board?
11:47   7    A     Yes.
11:47   8    Q     That looks similar -- well, does that appear to be
11:47   9          some kind of disclaimer language in very, very,
11:47  10          very small text at the bottom?
11:47  11                MR. GEORGE:  I'm going to object.
11:47  12    BY MR. KAUFMAN:
11:47  13    Q     Well, I mean, it's --
11:47  14                MR. GEORGE:  It's small type.
11:47  15                THE WITNESS:  It's definitely smaller
11:47  16          type.
11:47  17    BY MR. KAUFMAN:
11:47  18    Q     So you'll agree that there's some real small text
11:47  19          at the bottom of the sign that you can't read, but
11:47  20          you can read the rest of the sign, right?
11:47  21    A     I could -- most of it, yeah.  I'm not the best
11:47  22          visually.  My eyes are getting bad.
11:47  23    Q     I like your glasses, though.
11:47  24    A     Thank you.  When you're only buying reading
11:47  25          glasses, you can buy many pairs.
```

```
12:47   1    A    Yes.  It may be.  I can't say with any certainty
12:47   2         which one it was.
12:47   3    Q    So in either the "reply yes" text message or the
12:47   4         entry confirmation, every person, every telephone
12:47   5         number associated with the database received a link
12:47   6         to the rules?
12:48   7    A    As far as I recall, I believe that to be the case,
12:48   8         yes.
12:48   9              (Exhibit No. 22 was marked.)
12:48   10   BY MR. KAUFMAN:
12:48   11   Q    We talked before about the click-throughs --
12:48   12   A    Um-hum.
12:48   13   Q    -- at the Jimmy Buffett concert.  Do you recall?
12:48   14   A    Yes, I do.
12:48   15   Q    I'm handing you Exhibit 22.  What is Exhibit 22?
12:48   16   A    It's an email that has information regarding
12:48   17        opt-ins and opt-outs for the series of Live Nation
12:49   18        venues.
12:49   19   Q    This is through June 25th, 2015; is that correct?
12:49   20   A    What does the date say?  Yes.  That's what date it
12:49   21        says, yes.
12:49   22   Q    So if you'll turn to the page marked 5067, you see
12:49   23        it's got two references to Jimmy Buffett concerts,
12:49   24        correct?
12:49   25   A    Yes.
```

KEVIN BRANDT, 04/17/2017                    124

| | | |
|---|---|---|
| 12:49 | 1 | Q   Do you know if those were the Jimmy Buffett |
| 12:49 | 2 |     concerts addressed in your prior email relating to |
| 12:49 | 3 |     click-throughs? |
| 12:49 | 4 | A   No, I do not because I believe there were Jimmy |
| 12:49 | 5 |     Buffett concerts held later in the summer at other |
| 12:49 | 6 |     venues that we may have participated in. |
| 12:49 | 7 | Q   So if I can direct your attention back to Exhibit |
| 12:49 | 8 |     11, please.  You can just keep that one available |
| 12:50 | 9 |     as well. |
| 12:50 | 10 | A   10.  Okay. |
| 12:50 | 11 | Q   What was the date of your email discussing the nine |
| 12:50 | 12 |     click-throughs at the Jimmy Buffett concerts? |
| 12:50 | 13 | A   4-17. |
| 12:50 | 14 | Q   April 17th, 2015? |
| 12:50 | 15 | A   Yeah.  Yeah.  Then -- so what was your question |
| 12:50 | 16 |     again? |
| 12:50 | 17 | Q   So my question was whether that email relating to |
| 12:50 | 18 |     Jimmy Buffett Rules click-throughs related to the |
| 12:50 | 19 |     April 9th, 2015, Jimmy Buffett concert? |
| 12:50 | 20 | A   Yes, that's -- then if -- yeah, according to the |
| 12:50 | 21 |     dates, it would have referred -- the sequential -- |
| 12:50 | 22 |     it would have referred to that, yes. |
| 12:50 | 23 | Q   Were there two different text-to-win promotions |
| 12:50 | 24 |     being run at that Jimmy Buffett concert? |
| 12:50 | 25 | A   Yeah, there would have had to be. |

12:51  1    Q    It appears one of them was "CITGO1" and the second

12:51  2         was "CITGO2," right?

12:51  3    A    Yes, I believe, if I recall, the other venues chose

12:51  4         to execute one or the other, either a gift card

12:51  5         giveaway or a seat upgrade, and the "CITGO1" and

12:51  6         "CITGO2" were run simultaneously at either the

12:52  7         Tampa or the West Palm Beach venue.  So --

12:52  8    Q    That's the same venue at which Matthew Gottlieb

12:52  9         texted to win two Citgo promotions, correct?

12:52  10   A    I don't know.  I believe he texted from West Coral

12:52  11        Sky -- Coral Sky Amphitheatre.

12:52  12   Q    I'll represent to you that that's West Palm Beach.

12:52  13   A    Okay.  And then there was Tampa.  So, yeah, it

12:52  14        would be West Palm Beach.

12:52  15   Q    So going back to the 4-9-15 Jimmy Buffett concert,

12:52  16        for "CITGO1," what was the total number of

12:52  17        opt-outs?

12:53  18             MR. GEORGE:  I'm going to object to the

12:53  19        form of the question.

12:53  20   BY MR. KAUFMAN:

12:53  21   Q    For CITGO1, what was the total number of opt-outs?

12:53  22   A    It appears as that number is 39.

12:53  23   Q    So that the concert at which only nine people

12:53  24        clicked through, 39 people opted out of the

12:53  25        promotion, right?

KEVIN BRANDT, 04/17/2017                    135

01:07   1    Q    Correct.

01:07   2    A    It may have been.  I don't -- I don't recall

01:08   3         precisely, but it may have been done.

01:08   4    Q    But at the time you were offering it, you knew that

01:08   5         it was possible to do it using the existing

01:08   6         technology, correct?

01:08   7    A    Within the platform, correct.

01:09   8                  (Exhibit No. 25 was marked.)

01:09   9    BY MR. KAUFMAN:

01:09  10    Q    Exhibit 25.  Direct your attention to the August

01:09  11         11th, 2016, 8:27 a.m. email from you to

01:09  12         Ms. Kovacsik on the second page.

01:09  13    A    Yes.

01:09  14    Q    Have you seen that email before?

01:09  15    A    Yes.

01:09  16    Q    You write, "You've got a pretty good size database

01:09  17         now," right?

01:09  18    A    Yes.

01:09  19    Q    Are you referring to the database of autodial text

01:10  20         message opt-ins maintained on Citgo's behalf by

01:10  21         Black Canyon?

01:10  22    A    Could you repeat that?  I'm --

01:10  23    Q    Is this the same database we've been talking about

01:10  24         all day, the robust database of telephone numbers

01:10  25         to send future autodialed messages to?

```
01:10   1                    MR. SOLBERG:  Object to form.

01:10   2                    THE WITNESS:  It's -- it's the numbers

01:10   3            that have been collected by Citgo throughout the

01:10   4            course of their -- their mobile text program.

01:10   5       BY MR. KAUFMAN:

01:10   6       Q    "Are we getting closer to launching that TriCLEAN

01:10   7            blast," you write.  What were you referring to?

01:10   8       A    We had talked about the possibility of reaching out

01:11   9            to members, opted-in members, sending them a

01:11  10            message regarding TriCLEAN gas.

01:11  11       Q    Was that message ever sent?

01:11  12       A    That particular message, I can't tell you if it was

01:11  13            or was not.  I know there was a TriCLEAN gas blast

01:11  14            sent.  I don't know if that is that one.

01:11  15       Q    On the first page of this exhibit there's an email

01:11  16            at 9:00 a.m. where you say, "Ultimate Road Trip is

01:11  17            running fine."

01:11  18       A    Yes.

01:11  19       Q    "I did a blast on day one."

01:11  20       A    Yes.

01:11  21       Q    What are you referring to there?

01:11  22       A    "Ultimate Road Trip" was the promotion that was

01:12  23            run, and I was instructed to do a blast on day one,

01:12  24            which I believe was August 8th.

01:12  25       Q    Do you know if Mr. Gottlieb received the "Ultimate
```

KEVIN BRANDT, 04/17/2017                    137

01:12  1        Road Trip" text message?

01:12  2    A   I do not.

01:12  3    Q   Do you know if Mr. Gottlieb was sent the "Ultimate

01:12  4        Road Trip" text message?

01:12  5    A   I do not know for certain.

01:12  6    Q   Do you know if Mr. Gottlieb was send a text message

01:12  7        on August 8th, 2016?

01:12  8    A   I'm trying to recall if I know with any certainty

01:12  9        that messages were received on those particular

01:12 10        dates.

01:12 11    Q   Is it just the dates that's tripping you up?

01:12 12    A   Yeah.

01:13 13    Q   Okay.  We can -- we can get that later on.  I'm not

01:13 14        trying to test your memory here.

01:13 15    A   No.  I understand.

01:13 16    Q   So the next sentence you say, "The next blast isn't

01:13 17        scheduled until September 8th."  What are you

01:13 18        referring to there?

01:13 19    A   I received direction from, I want to say, Citgo and

01:13 20        BVK, another agency, regarding messages they wanted

01:13 21        to have sent to other data -- to other mobile

01:13 22        subscriber lists.

01:13 23    Q   Who is BVK?

01:13 24    A   It is another company that works for Citgo who I

01:13 25        believe was the partner that was used in the

01:13   1              "Ultimate Road Trip."

01:13   2       Q    Were they an advertising firm?

01:13   3       A    Yes.

01:13   4       Q    So on August 11th, 2016, you already had a blast

01:14   5            scheduled for September 8th, 2016; is that correct?

01:14   6       A    It was -- it was -- that was the schedule that I

01:14   7            was supposed to adhere to, I believe, yes.  Whether

01:14   8            I actually did it or programmed it at that time, I

01:14   9            do not recall.

01:14  10       Q    But you could have, right?

01:14  11       A    I can't say one way or another.

01:14  12       Q    Is there any reason you wouldn't have been able to

01:14  13            have scheduled the September 8th blast as of August

01:14  14            11th, 2016?

01:14  15                     MR. GEORGE:  Object to form.

01:14  16                     THE WITNESS:  I generally, as a rule of

01:14  17            thumb, do -- do not go way out in advance dropping

01:14  18            things in.  I may have.  I can't say for certain

01:15  19            whether I did or not.  Anything's possible.  It may

01:15  20            have been scheduled, it may have been programmed,

01:15  21            but --

01:15  22       BY MR. KAUFMAN:

01:15  23       Q    But the technology would have allowed you to do it

01:15  24            if you had wanted to, right?

01:15  25       A    Yes.

01:15    1                    (Exhibit No. 26 was marked.)

01:15    2      BY MR. KAUFMAN:

01:15    3      Q    This is Exhibit 26.  Have you seen these emails

01:15    4           before?

01:15    5      A    Yes.

01:15    6      Q    Do you see the November 7th at 7:43 a.m. you're

01:15    7           talking about "the 'Gas for a Year' will be going

01:16    8           out this afternoon"?

01:16    9      A    Yes.

01:16   10      Q    Was "Gas for a Year" a text blast?

01:16   11      A    Yes, it was.

01:16   12      Q    Go to Ms. Kovacsik's 13:39:54 email.  Does she set

01:16   13           forth the dates for three different text blasts?

01:16   14      A    Yes.

01:16   15      Q    Is the first one "Gas for a Year"?

01:16   16      A    Yes.

01:16   17      Q    Was that to be blasted on 10-5?

01:16   18      A    Yes.

01:16   19      Q    Was that to be blasted on 10-17?

01:16   20      A    Yes.

01:16   21      Q    Was that to be blasted on 11-7?

01:16   22      A    Yes.

01:16   23      Q    What about the "TriCLEAN Tuesday"?  Is that a -- is

01:16   24           that a text message blast?

01:16   25      A    Yes.

| | | | |
|---|---|---|---|
| 01:16 | 1 | Q | Was that to be blasted on November 8th? |
| 01:16 | 2 | A | Yes. |
| 01:16 | 3 | Q | Was that to be blasted on December 6th? |
| 01:16 | 4 | A | Yes. |
| 01:16 | 5 | Q | What about "Fueling Good Friday"?  Is that a text |
| 01:16 | 6 | | blast? |
| 01:16 | 7 | A | Yes. |
| 01:16 | 8 | Q | Was that to be blasted on December 1st? |
| 01:16 | 9 | A | Yes. |
| 01:17 | 10 | Q | Do you know if all of these were blasted on the |
| 01:17 | 11 | | appropriate dates? |
| 01:17 | 12 | A | 10-17 was not. |
| 01:17 | 13 | Q | Other than that, were all of these blasted on the |
| 01:17 | 14 | | dates identified? |
| 01:17 | 15 | A | I believe that they were. |
| 01:17 | 16 | Q | What's a text blast? |
| 01:17 | 17 | A | We refer to a text blast as a message that would be |
| 01:17 | 18 | | sent to the database directly. |
| 01:17 | 19 | Q | Does it get sent to all recipients at the exact |
| 01:17 | 20 | | same time? |
| 01:17 | 21 | A | There are -- I don't understand the -- the |
| 01:17 | 22 | | technology that deeply.  However, I believe that |
| 01:17 | 23 | | only a certain number of messages, based on, for |
| 01:17 | 24 | | lack of a better term, bandwidth can be sent at one |
| 01:17 | 25 | | time.  So the number of messages that you schedule |

01:18  1        to be sent, based on the bandwidth, it will take a

01:18  2        certain amount of time for all of them.  The blast

01:18  3        is initiated at a certain time, but they can't be

01:18  4        sent at once.  So they're sent over a period of

01:18  5        time.

01:18  6    Q   How do they get broken up?

01:18  7    A   I don't know.

01:18  8    Q   Who breaks them up?

01:18  9    A   That would be the aggregator.

01:18  10   Q   So the technology breaks it up?

01:18  11   A   Yes, the technology breaks it up.

01:18  12   Q   Do you know how -- do you know if it's sent out in

01:18  13       number order?

01:18  14   A   No, I do not.

01:18  15   Q   Do you know if it's sent out using some other

01:18  16       order?

01:18  17   A   No, I do not.

01:19  18              (Exhibit No. 27 was marked.)

01:19  19   BY MR. KAUFMAN:

01:19  20   Q   Exhibit 27 is a November 8, 2016, email.  Have you

01:19  21       seen it before, Mr. Brandt?

01:19  22   A   Yes.

01:19  23   Q   In the exhibit we just looked at, November 8th was

01:19  24       the date of a "TriCLEAN Tuesday" text blast; is

01:19  25       that correct?

| | | | |
|---|---|---|---|
| 01:19 | 1 | A | Yes. |
| 01:19 | 2 | Q | And you write to Ms. Kovacsik at 6:41 on November |
| 01:19 | 3 | | 8th, "Yesterday the blast was approximately 66,000 |
| 01:19 | 4 | | sends.  Today will be around 18,000 sends."  Is |
| 01:19 | 5 | | that correct? |
| 01:19 | 6 | A | Yes. |
| 01:19 | 7 | Q | And I guess, just for the sake of clarity, the |
| 01:19 | 8 | | November 7th would have been "Gas for a Year," |
| 01:19 | 9 | | correct? |
| 01:19 | 10 | A | Yes. |
| 01:19 | 11 | Q | And November 8th would have been "TriCLEAN |
| 01:20 | 12 | | Tuesday," correct? |
| 01:20 | 13 | A | Yes. |
| 01:20 | 14 | | (Exhibit No. 28 was marked.) |
| 01:20 | 15 | | BY MR. KAUFMAN: |
| 01:20 | 16 | Q | Exhibit 28 is a series of November 30th emails. |
| 01:20 | 17 | | Have you seen these before? |
| 01:20 | 18 | A | Yes. |
| 01:20 | 19 | Q | And if you turn to the email at 9:37 a.m. from you |
| 01:20 | 20 | | to Ms. Kovacsik, do you see where it references |
| 01:21 | 21 | | 88,534 text blasts? |
| 01:21 | 22 | A | Yes. |
| 01:21 | 23 | Q | Do you know what promotion that related to? |
| 01:21 | 24 | A | URT is the acronym they were using for "Ultimate |
| 01:21 | 25 | | Road Trip." |

KEVIN BRANDT, 04/17/2017                    143

01:21  1    Q   So that's not one of the ones reflected on --

01:21  2    A   No.

01:21  3    Q   -- Exhibit 26?

01:21  4    A   Wait.  I'm sorry.  I'm sorry.  I'm sorry.  On 7769?

01:21  5        On that?

01:21  6    Q   Yes.

01:21  7    A   I do not believe so.

01:21  8    Q   In the bottom email of this chain --

01:22  9    A   Yes.

01:22  10   Q   -- on 5527 you're talking about which keyword lists

01:22  11       the text blast was going to, right?

01:22  12   A   Exhibit 28?

01:22  13   Q   Yes.

01:22  14   A   What -- what --

01:22  15   Q   The email at 9:01 a.m. on November 30th.

01:22  16   A   Yes.  Okay.

01:22  17   Q   So if you'll recall, earlier --

01:22  18   A   Yes.

01:22  19   Q   -- we talked about the fact that --

01:22  20   A   Yes.

01:22  21   Q   -- lists were grouped by keyword, correct?

01:22  22   A   (Witness nods head.)

01:22  23   Q   Is that right?

01:22  24   A   Um-hum.

01:22  25   Q   Is that a yes?

```
01:22    1   A    Yes.  Sorry.

01:22    2   Q    And here you're talking about which keyword lists

01:22    3        were used for the blast, correct?

01:22    4   A    In a broad sense, yes.

01:23    5   Q    Do you recall earlier today we talked about some

01:23    6        communications you had with mGage relating to

01:23    7        research as to Mr. Gottlieb's phone number?

01:23    8   A    Yes.

01:23    9              (Exhibit No. 29 was marked.)

01:23   10   BY MR. KAUFMAN:

01:23   11   Q    Exhibit 29.  Does this relate to those

01:23   12        communications?

01:23   13   A    Yes.

01:23   14   Q    Does this refresh your recollection about which

01:23   15        text messages Mr. Gottlieb received -- or which

01:23   16        text messages Mr. Gottlieb was sent?

01:23   17   A    I believe, to the best of my recollection, 8-8 was

01:23   18        the "Ultimate Road Trip," 10-5 would be "Gas for a

01:24   19        Year," and 11-7 would be "Gas for a Year."

01:24   20   Q    So on August 8th, 2016, at 11:08 a.m., an

01:24   21        autodialed text message relating to "Ultimate Road

01:24   22        Trip" was sent to Mr. Gottlieb, correct?

01:24   23   A    An automated text appears -- according to the

01:24   24        information I was given, it appears that an

01:24   25        automated text message was sent.
```

01:24  1    Q    On October 5th, 2016, at 8:23 p.m., an automated

01:24  2         text message was sent to Mr. Gottlieb relating to

01:24  3         "Gas for a Year," correct?

01:25  4    A    Yes.

01:25  5    Q    On November 7th, 2016, at 8:19 p.m., an automated

01:25  6         text message relating to "Gas for a Year" was sent

01:25  7         to Mr. Gottlieb, correct?

01:25  8    A    Yes.

01:25  9    Q    Go to the back page.

01:25 10    A    Yes.

01:25 11    Q    Amber Olson writes, "Prior consent is needed for

01:25 12         SMS and can be opted out at any time with the

01:25 13         keyword 'stop'"?

01:25 14    A    Yes.

01:25 15    Q    Why is she telling you that?

01:25 16              MR. GEORGE:  Object to form.

01:25 17              THE WITNESS:  And I have verified this on

01:25 18         several occasions with multiple clients, just to be

01:26 19         ensured by mGage that there's no possibility after

01:26 20         "stop" of anyone receiving a message.  And that's,

01:26 21         "Can you verify when a person opts out," which

01:26 22         would be the "stop" message, "they are permanently

01:26 23         removed from the subscriber list and will not be

01:26 24         sent any blast messages to that list?"

01:26 25              (Exhibit No. 30 was marked.)

KEVIN BRANDT, 04/17/2017                    146

01:27   1      BY MR. KAUFMAN:

01:27   2      Q    Exhibit 30 is a document called "SMS Copy."  Have

01:27   3           you seen this before?

01:27   4      A    Yes.

01:27   5      Q    What is it?

01:27   6      A    This is a document indicating copy for SMS

01:27   7           messages, I believe, with corresponding -- it

01:27   8           appears corresponding dates.

01:27   9      Q    So if you look at the upper left-hand corner,

01:27  10           there's a header there, and it has a "Last Updated"

01:27  11           date; do you see that?

01:27  12      A    Yes.

01:27  13      Q    It says, "4-7-17."  Do you see that?

01:27  14      A    Yes.

01:27  15      Q    Is it possible that that's an auto-update field

01:27  16           that auto-updated when this was sent to me?

01:27  17      A    Absolutely.

01:27  18      Q    Is it likely that this is, in fact, the SMS copy

01:27  19           relating to what was, in fact, sent prior to

01:27  20           4-7-17?

01:27  21      A    Yes.

01:27  22      Q    Does this relate to text messages sent in 2016?

01:27  23      A    Yes.

01:28  24      Q    Does this relate to the August 8th, 2016,

01:28  25           autodialed text message to Matt Gottlieb relating

01:28  1            to "Ultimate Road Trip"?

01:28  2    A    Yes.

01:28  3    Q    Does this relate to the October 5th, 2016,

01:28  4         autodialed text message to Matthew Gottlieb

01:28  5         relating to "Gas for a Year"?

01:28  6    A    I believe it does.

01:28  7    Q    Does this relate to the November 7, 2016,

01:28  8         autodialed text message to Matthew Gottlieb

01:28  9         relating to "Gas for a Year"?

01:28 10    A    Pardon -- repeat that question.

01:28 11    Q    Does that relate to the November 7th, 2016,

01:28 12         autodialed text message to Matthew Gottlieb

01:28 13         relating to "Gas for a Year"?

01:28 14    A    I believe it does.

01:28 15    Q    Is what's shown here, for example, under B,

01:28 16         "Post-Launch Reminder Sign Up, 11-7" -- does that

01:28 17         reflect the content of the autodialed text message

01:28 18         to Mr. Gottlieb on November 7th?

01:29 19    A    To the best of my recollection, yes, it does.

01:29 20              (Exhibit No. 31 was marked.)

01:29 21    BY MR. KAUFMAN:

01:29 22    Q    This is Exhibit 31.  Does it also relate to the

01:29 23         three text messages we just discussed?

01:29 24    A    Does it relate to it?

01:30 25    Q    Does this reflect the content?

01:30   1    A    No.

01:30   2    Q    What is this?

01:30   3    A    This is -- when you type in whatever you're typing

01:30   4         in, this is what shows up in a box next to the

01:30   5         blast when -- when -- to check information.  It's

01:30   6         not the complete message --

01:30   7    Q    What's --

01:30   8    A    -- that actually sent.

01:30   9    Q    What's the purpose of this document?

01:30   10   A    I suppose to check -- what I've used it for is to

01:30   11        check what -- the image versus the message.

01:31   12   Q    Is it effectively just a proof?

01:31   13   A    No.  It's a guideline.  It's not a final proof.

01:31   14   Q    What does a guideline mean?  Is it just a draft?

01:31   15   A    To give you some idea of -- right, of what image

01:31   16        will be included.

01:31   17   Q    So this is a draft of the "Win Gas for a Year" text

01:31   18        message --

01:31   19   A    Yes.

01:31   20   Q    -- that was ultimately sent to Mr. Gottlieb?

01:31   21   A    But not a total -- complete draft.  There's other

01:31   22        information that would be included.  And these are

01:31   23        sent -- gathered after the blast has been

01:31   24        completed.

01:31   25   Q    What do you mean?

01:31  1    A    On the top of the document it said, "This blast has

01:31  2         been completed.  No further editing can be done."

01:31  3    Q    So then is it still your belief that these are just

01:32  4         drafts?

01:32  5    A    It -- it reflects what may have been transmitted or

01:32  6         what should have been transmitted.  I look at --

01:32  7         with the image and the content.

01:32  8              We test -- I push messages to myself and

01:32  9         to Charlie on a regular basis to review what it

01:32  10        will look like on the actual handset, and they do

01:32  11        not look like this.  They look like what will

01:32  12        happen on the actual handset with all the

01:32  13        disclaimers.  And I click on bitlys to make sure

01:32  14        all of that is working.

01:32  15             (Exhibit No. 32 was marked.)

01:32  16   BY MR. KAUFMAN:

01:32  17   Q    Exhibit 32.

01:33  18   A    Um-hum.

01:33  19   Q    Is this a report relating to text messages sent

01:33  20        using the technology?

01:33  21   A    It -- yeah, it appears to be, yes, how many

01:33  22        messages.

01:33  23   Q    So this -- it looks like there's three different

01:33  24        pages, each one relating to a different blast; is

01:33  25        that correct?

KEVIN BRANDT, 04/17/2017                    150

```
01:33   1    A    Yes.
01:33   2    Q    If we start with the first page, it relates to
01:33   3         "Ultimate Road Trip"; is that correct?
01:33   4    A    Yes.
01:33   5    Q    And the date range for the autodialed text messages
01:33   6         is August 7th, 2016, to August 9th, 2016; is that
01:33   7         correct?
01:33   8    A    Yes.
01:33   9    Q    It reflects that the text message was autodialed to
01:33  10         46,384 recipients; is that correct?
01:34  11    A    No.
01:34  12    Q    Why not?
01:34  13    A    Those are the number of messages that were sent.  I
01:34  14         don't know for certain if those were the number of
01:34  15         recipients.
01:34  16    Q    So we talked before about this invalid number,
01:34  17         right?
01:34  18    A    Yes.
01:34  19    Q    Were those attempts to send autodialed text
01:34  20         messages?
01:34  21    A    I believe they were messages that -- to my
01:34  22         knowledge, they were messages that did not reach
01:34  23         the final destination.
01:34  24    Q    So those were failed attempts to send autodialed
01:34  25         text messages, correct?
```

01:34   1    A    That is my belief.

01:34   2    Q    So the sent number, the 46,384, does that reflect

01:34   3         the actual number of text messages transmitted

01:35   4         using an autodialer between August 7th, 2016, and

01:35   5         August 9th, 2016?

01:35   6    A    The messages sent, yes.

01:35   7    Q    Turning to the second page.  Does this reflect the

01:35   8         statistics for the "Win Gas for a Year" blast in

01:35   9         October?

01:35  10    A    I believe so, yes.

01:35  11    Q    Was the date range for that blast October 4th,

01:35  12         2016, through October 6th, 2016?

01:35  13    A    The date range of the report, yes.

01:35  14    Q    When you say "the date range of the report," is it

01:35  15         possible that there were recipients outside of the

01:35  16         date range of the report?

01:35  17    A    Not to my knowledge.

01:35  18    Q    Is it correct that on Citgo's behalf, 88,534 "Win

01:36  19         Gas for a Year" text messages were autodialed?

01:36  20    A    Yeah, it appears to be those were the number of

01:36  21         messages sent, correct.

01:36  22    Q    Going to the third page now.  This one is another

01:36  23         "Gas for a Year" text; is that correct?

01:36  24    A    Yes.

01:36  25    Q    This is the November one, correct?

| | | |
|---|---|---|
| 01:36 | 1 | A    Yes. |
| 01:36 | 2 | Q    This appears to have a date range of November 6th, |
| 01:36 | 3 | 2016, through November 8th, 2016, correct? |
| 01:36 | 4 | A    Yes. |
| 01:36 | 5 | Q    It also reflects that during that date range on |
| 01:36 | 6 | Citgo's behalf 60,993 text messages were |
| 01:36 | 7 | autodialed, correct? |
| 01:36 | 8 | A    It appears so, yes. |
| 01:37 | 9 | MR. KAUFMAN:  Let's take a five-minute |
| 01:37 | 10 | break. |
| 01:37 | 11 | (Recess had.) |
| 01:46 | 12 | MR. KAUFMAN:  Back on. |
| 01:46 | 13 | BY MR. KAUFMAN: |
| 01:46 | 14 | Q    Mr. Brandt, before we broke we were looking at the |
| 01:46 | 15 | total number of autodialed text messages for the |
| 01:46 | 16 | three messages sent to Mr. Gottlieb between August |
| 01:46 | 17 | and November, 2016.  Do you recall that? |
| 01:46 | 18 | A    Yes. |
| 01:46 | 19 | Q    Was Mr. Gottlieb the only Live Nation opt-in to |
| 01:46 | 20 | receive those text messages? |
| 01:46 | 21 | A    No, they were sent to other Live Nation subscriber |
| 01:46 | 22 | bases. |
| 01:46 | 23 | Q    Were they sent to all Live Nation subscribers? |
| 01:46 | 24 | A    Not -- not every text message was sent -- of the |
| 01:47 | 25 | ones that we did, was sent to every Live Nation |

| | | |
|---|---|---|
| 01:47 | 1 | recipient between 8-8 and 12-6.  Of the text blasts |
| 01:47 | 2 | that we did.  Are you referring only to these? |
| 01:47 | 3 | Q  Well, I guess you'll clarify it for me.  What other |
| 01:47 | 4 | text blasts were there? |
| 01:47 | 5 | A  Well, the 11 -- 10-5, 11-8, you know, those -- the |
| 01:47 | 6 | other ones that were listed there, some of those |
| 01:47 | 7 | would not have gone to -- to numbers in -- to Live |
| 01:47 | 8 | Nation numbers in Florida. |
| 01:47 | 9 | Q  But the three that were sent to Mr. Gottlieb were |
| 01:47 | 10 | sent to Live Nation subscribers in Florida, |
| 01:48 | 11 | correct? |
| 01:48 | 12 | A  I believe that they were. |
| 01:48 | 13 | Q  And we already talked about before how all of the |
| 01:48 | 14 | available numbers for text messaging all went |
| 01:48 | 15 | through a similar opt-in process, right? |
| 01:48 | 16 | A  Yes, I believe so. |
| 01:48 | 17 | Q  And we talked about how they were all subject to -- |
| 01:48 | 18 | are you able to pull a report showing the current |
| 01:48 | 19 | number of Live Nation subscribers still opted in? |
| 01:48 | 20 | MR. GEORGE:  Was the question was he able |
| 01:48 | 21 | or is he able? |
| 01:49 | 22 | MR. KAUFMAN:  Is he. |
| 01:49 | 23 | MR. GEORGE:  Is he able? |
| 01:49 | 24 | THE WITNESS:  I believe -- I'm not |
| 01:49 | 25 | exactly sure.  I believe I have -- I have archived |

KEVIN BRANDT, 04/17/2017                    154

```
01:49   1        those lists, so they are not -- I -- I can pull the
01:49   2        numbers, yes.  I believe I can pull the numbers in
01:49   3        those subscriber lists, yes.
01:49   4   BY MR. KAUFMAN:
01:49   5   Q    Are you able to pull all the numbers for recipients
01:49   6        for all 46,384 intended recipients of the August
01:49   7        "Ultimate Road Trip" text message?
01:49   8   A    I don't know if I can do that or not.  I don't -- I
01:49   9        don't know.
01:49  10   Q    Does mGage have the capacity to do that?
01:50  11   A    I don't know if they can do that or not.
01:50  12   Q    Are you able to pull the list for all 88,534
01:50  13        intended recipients of the October "Win Gas for a
01:50  14        Year" blast?
01:50  15   A    Would you rephrase that.
01:50  16   Q    Are you able to generate a list of all 88,534
01:50  17        telephone numbers to which the October blast was
01:50  18        sent?
01:50  19   A    Did you ask the same type of question previously?
01:50  20   Q    That's what I intended to ask.
01:50  21   A    Okay.
01:50  22   Q    So if you want to clarify your prior response --
01:50  23   A    Right.  Right.  No, I'm -- I get confused on this.
01:50  24             I can -- I believe I can pull the
01:50  25        subscriber lists, which would list the numbers in
```

```
 1    STATE OF WISCONSIN  )
                          ) SS:
 2    COUNTY OF MILWAUKEE )

 3

 4

 5

 6                   I, KATHLEEN E. CARTER, a Certified

 7    Realtime Reporter, Registered Merit Reporter and Notary

 8    Public in and for the State of Wisconsin, do hereby

 9    certify that the above deposition of KEVIN BRANDT was

10    recorded by me on Monday, April 17, 2017, and reduced to

11    writing under my personal direction.

12                   I further certify that I am not a

13    relative or employee or attorney or counsel of any of

14    the parties, or a relative or employee of such attorney

15    or counsel, or financially interested directly or

16    indirectly in this action.

17                   In witness whereof I have hereunder set

18    my hand and affixed my seal of office at Milwaukee,

19    Wisconsin, this 1st day of May, 2017.

20

21

22                          _____
                                        Notary Public
23                            In and for the State of Wisconsin

24

25    My Commission Expires:  March 12, 2021.
```