# DEPOSITION EXHIBIT 2

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 1/12/2015 11:06:24 AM |
| **To:** | Low, Joseph [jlow@citgo.com] |
| **CC:** | John Smilanich [jsmilanich@firstedgesolutions.com] |
| **Subject:** | Proposal |
| **Attachments:** | Citgo Promotional Program Proposal.pdf |

Joe

Attached please find our intitial proposal for Black Canyon services as it pertains to the implementation of Rich Content Messaging Services into current and future promotional efforts. This is a top line proposal that will provide basic support. As you know, some of these cross-promotions are complex in nature and will require more detailed planning as we move into the execution phase. That being said, this proposal serves as a great starting point.

Two things of important note.

First, the proposal includes several live demos of potential RCM programs. I would like to point out these demos are meant to give you a hands on idea of how the technology can work. We have taken some liberties in terms of content and should not necessarily be construed as formal recommendations.

Second, to fully understand the potential of RCM, we should look at setting a time to do a comprehensive demo so you can see how it works from a planning standpoint.

John and I will try to give you a call before the end of the day to answer any questions you may have.

Regards





**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



Brandt
**EXHIBIT** 2
4-17-17 KC
BROWN & JONES

CITGO-11253





## CITGO.

### FUELING GOOD®

Rich Content Messaging / Promotional Proposal

Prepared for Joe Low
January 12, 2015

1507 West Parkside Lane – Phoenix, AZ, 85027    •    1301 West Canal Street – Milwaukee, WI 53233

CITGO-11254



This following proposal is designed to provide CITGO with a promotional plan to support the launch of the Club CITGO app on a national and regional basis. In addition, this proposal will outline cross-promotional opportunities to support CITGO regional marketing efforts, as well as allow for turnkey implementation of sales and transaction driving promotions for CITGO marketers and retailers.

<u>Rich Content Messaging</u>

We propose supporting all CITGO national and regional marketing/advertising/sales promotions efforts with Rich Content Mobile Messaging (RCM) providing marketers and retailers with a cost effective way to support local marketing efforts with customized text messaging promotions.

<u>Messaging Platform Overview</u>

Rich Content Messaging is a unique mobile messaging platform that allows you to send video, graphic, audio and text messages to more than 98% of all mobile handsets in the country. Incorporated within the technology is the ability to deliver a wide variety of consumer engagements including:

- Mobile Couponing
- Text-to-Win Sweepstakes
- Text-to-Screen Posting
- Customer Feedback Surveys
- Passbook and Google Wallet Integration
- Real-Time Two-Way Communication
- Desktop to Mobile Content Sharing
- Ad Stitching (Inserting pre or post message co-op partner messages)
- 24/7/365 Detailed Analytics

In addition to the consumer-facing applications of Rich Content Messaging, the technology can also be used to create a closed internal communications network allowing CITGO to interact with employees, marketers and retailers via the immediacy and intrusive

The ultimate benefit of the technology is the cultivation of a robust mobile number database, which can be used on an on-going basis to cultivate customer loyalty, create future customer engagements and drive incremental transactions and sales

<u>Detailed Analytics</u>

The platform also provides CITGO with detailed real-time analytics to allow for mid-promotion tracking and final promotion analysis. Analytics include:

- Delivery Success Rate
- Total Message Volume
- Multiple Campaigns
- Total Opt-Ins/Opt-Outs
- Links and Click Thru Rates

CITGO-11255



- Unique Recipients
- Location
- Carrier
- Handset Type and OS

The platform also provides for the creation of customized reports that can be scheduled to run at any time during the course of the promotion. Additionally, all mobile numbers can be exported in .csv or .xls files for use in other CITGO mobile promotions as needed.

Rich Content Messaging technology is currently being utilized on a limited basis in a cross-promotional effort between Country Fair and the Erie Bayhawks NBA Developmental League Basketball team.

For a demo, Text **COFAIR** to **77486.**

---

### CITGO/Live Nation – "Text for a Miracle" Sweepstakes

Program Overview

Fans attending select/or all shows at CITGO sponsored Live Nation venues will be given the opportunity to "Text for a Miracle" seat upgrades to that evening's show. A pre-determined number of winners will receive a unique message notifying them they have been "miracled" and upgraded to the first 5 rows.

How it Works

For each concert, CITGO Ambassadors will give fans in attending a promotional card encouraging them to text a unique keyword to the CITGO short code. The back of the card will include additional information supporting the Club Citgo app. It would also include a coupon offer for CITGO Gas or other CITGO products. To provide value to Live Nation, you could also include a listing of upcoming shows, ticket offers, etc.

When the concert-goer sends the promotional keyword, a graphic and text message will be sent that will include a contest specific keyword that will enter them in the sweepstakes. (The second message must be sent to comply with double opt-in legal requirements). The initial message will also include a link that will immediately take them to Apple Store or the Google Play store to download the Club Citgo app.

For a demo, text **ALDEAN** to **77486.**

Mobile Database Extensions

The mobile number database acquired during the course of the promotion can be segmented via zip code for future use in geographically targeted mobile messaging promotions. We can also assign customized variables to create segmented lists based on customer preferences and behaviors. Follow up messages with customized content such as music genre, can be scheduled and pushed to the segmented list.

CITGO-11256



### Six Flags – Text-to-Win Gas Cards Promotions

#### How it Works

CITGO Ambassadors will give visitors a special card featuring a unique keyword to text to the CITGO short code for a chance to win a $25 Gas Card. The back of the card may include additional information supporting the Club Citgo app or a bounce back coupon for use at a nearby CITGO location.

A number of pre-determined winners will be programmed into the messaging program. Winners will be sent a special text notifying them they are a winner as well as instructions for claiming their gas card.

For a demo, text **6FLAGS** to **77486.**

---

### Club C – Panama City

#### How it works

CITGO Ambassadors will distribute special cards encouraging people to text a unique keyword to the CITGO short code for an admission pass to Club C. A predetermined percentage of texters will also receive $25 CITGO Gas Cards redeemable at Club C!

Opted-In users will also be sent updates and special offers (TBD) throughout the course of the promotion.

For demo, text **CLUBC** to **77486**

---

### Other Text-to-Win/Mobile Couponing Opportunities

Rich Content Messaging allows CITGO to easily implement turnkey text-to-win promotions and/or multiple coupons seeded by percentage to emulate a sweepstakes, for any context. All programs are fully automated and can be scheduled within the minute

- Minor League Baseball Promotions
- Local Marketer Cross-Promotions (chargeback to marketers to underwrite costs)
- Multiple Couponing with single short code (random distribution creates simulated sweepstakes)



**Mobile Ambassador Supervisor**

Black Canyon will provide CITGO with a dedicated Mobile Ambassador Supervisor who will serve as the on-site liaison between Black Canyon and CITGO for in-market promotions as determined and assigned by CITGO. Supervisor will be responsible for:

- On-site promotional training of temporary staff
- On-site trouble shooting
- On-site liaison between Citgo and Black Canyon

Black Canyon in conjunction with CITGO will be responsible for creation of training program by individual promotion.

CITGO-11258



**Proposal Budget**

CITGO-11259



**Proposal Budget**

Rich Content Messaging (RCM)

We recommend CITGO acquire its own unique short code for their exclusive use. This gives CITGO total control over all promotional efforts, as well as ensuring the integrity of the database. Rich Content Messaging programs are segmented into 3 levels based on number of monthly messages used. A detailed breakdown of each level is included at the end of the proposal.

| Program | Monthly Messages | One Time Set-Up Fees | Monthly Costs | Annual Cost |
|---------|------------------|----------------------|---------------|-------------|
| Level One | 100,000 | $2,250 | $5,500* | $65,850 |
| Level Two | 250,000 | $1,750 | $8,000* | $96,000 |
| Level Three | 1,000,000 | Waived | $12,500 | $150,000 |

*Includes estimated Carrier Monthly Surcharges

Agency Retainer

Black Canyon proposes a monthly retainer to cover all account management; strategic planning, promotions planning and execution, rich content messaging strategic planning and programming. Retainer also includes development of ambassador training programs for each individual promotion. On-site ambassador supervision falls outside the scope of the retainer and will be estimated on an individual program basis.

**Monthly Retainer -** $7,500 ($90,000 annually)

CITGO Ambassador Supervision

Dedicated, On-site CITGO Ambassador Trainer/Supervisor for selected promotions as determined by CITGO. Travel and expenses will be billed to client at net.

**Ambassador Supervisor -** $50,000 annually

CITGO-11260



## Rich Content Messaging Level Detail Rates

| Rich Content Messaging Packages | Unique Short Code | | |
| --- | --- | --- | --- |
| | Level One | Level 2 | Level 3 |
| Monthly Platform Pricing | $5,000 | $7,500 | $12,500 |
| Overage Price/Message | $0.032 | $0.024 | $0.0125 |
| Program Set-Up | $1,500 | $1,000 | Waived |
| Included SMS & MMS Messages Per Month | 100,000 | 250,000 | 1,000,000 |
| Training | 4 Hours | 6 Hours | 8 Hours |
| Technical Services | 4 Hours | 6 Hours | 8 Hours |
| Account Management & Strategy* | Covered under agency retainer | | |
| Creative Services* | | | |
| Speed (Messages Per Second) | 10 MPS | 20 MPS | 50 MPS |
| Logins | Up to 10 | Up to 20 | Unlimited |
| White Label | Yes | Yes | Yes |
| Additional Log-ins (monthly each) | $60 | $60 | Waived |
| Short Code Hosting Fee (monthly) | $150 | $100 | Waived |
| Additional Carrier Set-up Fee | $750 | $750 | Waived |
| *Carrier Surcharges Per Month | $75-$150 avgas | $150 - $300 avg | Waived |
| SMS | Yes | Yes | Yes |
| MMS Image | Yes | Yes | Yes |
| MMS Audio | Yes | Yes | Yes |
| MMS Video | Yes | Yes | Yes |
| Passbook Linking | Yes | Yes | Yes |
| Content Hosting | Unlimited | Unlimited | Unlimited |
| Keywords | Unlimited | Unlimited | Unlimited |
| List Upload | Included | Included | Included |
| Social Sharing | Included | Included | Included |
| Ad Stitch | Included | Included | Included |
| API Access | Included | Included | Included |
| Analytics | Available 24x7x365 | Available 24x7x365 | Available 24x7x365 |
| Minimum Term | 12 mos. | 12 mos. | 12 mos. |
| Waive set-up fee if agrees to 2 yr. term | Yes | Yes | Yes |
| Add'l Campaign Management Tool Training (per hour) | $95/Hour | $95/Hour | $95/Hour |
| Add'l Account Management & Strategy (per hour) | $125/Hour | $125/Hour | $125/Hour |
| Add' l Creative Services (per hour) | $125/Hour | $125/Hour | $125/Hour |
| Custom Development & Engineering (per hour) | $225/Hour | $225/Hour | $225/Hour |

*Hourly Account Management and Creative Services waived if Agency is under monthly retainer agreement with the client

1507 West Parkside Lane – Phoenix, AZ, 85027   •   1301 West Canal Street – Milwaukee, WI 53233

CITGO-11261

# DEPOSITION EXHIBIT 4



**BlackCanyon**
strategy · advertising · design

CITGO Petroleum Corporation

Statement of Work

This Statement of Work ("SOW") provides the outline for a relationship between First Edge Solutions, Inc. dba Black Canyon **("The Agency")** and CITGO Petroleum Corporation **("CITGO")**. This form will serve as the initiation of services for the campaign(s), training(s), media, and/or professional services (collectively, the "Services") listed below. By signing this SOW, CITGO acknowledges that events listed below are being initiated and CITGO will be billed accordingly upon signing of this SOW. This SOW, together with its exhibits, governs the parties' relationship and may not be revised unless expressly agreed to in writing by both parties.

## 1. TERM LENGTH

The parties' relationship shall commence on or before **May 1, 2015**, which date shall be the **Effective Date**. Unless the SOW is terminated early, as set forth below, the relationship shall continue for an initial period **one (1) year** (the "Initial Term"). Unless extended for "Subsequent Term" by either party in writing on or before the expiration of the Initial Term, or any subsequent Term, as applicable, the SOW shall automatically end at the conclusion of each term.

## 2. IN-SCOPE SERVICES

The Agency will provide development and execution of a mobile message delivery campaign. The services include:

- Account Management
- Data and Technical Support
- Key Performance Indicators (KPIs ) definition and measurement
- Procurement and management of exclusive CITGO Short Code
- MMA compliant Opt-in management

### 2.1 Service Inclusions

All program inclusions are detailed in Exhibit B

The Agency assumes that all required assets for campaign would be available on the scheduled dates within the project plan. Any delays in the receipt of required assets may cause delays in project delivery.

## 3. CHARGES AND EXPENSES:

The Agency will perform the In Scope Services set forth above at an annual rate of $78,000, payable in monthly installments of $6,500. Additional, services to be provided in the execution of mobile promotions and sweepstakes, along with the accompanying rates for the services are detailed and noted in Exhibit B.

Brandt
**EXHIBIT** 1
4-17-17 KC
**BROWN & JONES**

3507 West Parkside Lane – Phoenix, AZ, 85027   ·   1301 West Canal Street – Milwaukee, WI 53233



### 4. BILLING AND PAYMENT TERMS

Please refer to Exhibit A to this SOW for applicable billing and payment terms.  The Agency back-end development and reservation protocol will be implemented immediately upon execution of this SOW. CITGO may change campaign/program date(s) prior to the campaign/program being set to "Live" status. "Live" status denotes that a campaign is active or available to be delivered to mobile phones.  If the date(s) of the campaign/program(s) are thereafter changed by CITGO, CITGO acknowledges that it is still required to pay the applicable invoice(s) in accordance with the Agreement.  Any changes made to a campaign/program after it has been set to "Live" status may have additional fees that apply which will be agreed to and set forth in a Change Order.

### 5. AGREEMENT

This SOW, together with its exhibits, constitutes the entire agreement, scope, and terms for the Rich Content Messaging Campaign between CITGO and The Agency.


_____                    _____

CITGO Petroleum Corporation     [Signature]                                              Date


_____                    _____

Black Canyon                    [Signature]                                              Date

CITGO-00246



## Exhibit A – Invoice and/or Payment Information

**Billing Information:**
Customer Name:        CITGO Petroleum Corporation
Please make checks payable to:      First Edge Solutions, Inc.

Customer shall pay each invoice within thirty (30) days of receipt. Customer shall be responsible for all taxes (including sales and use tax) imposed as a result of its purchase of the Services, excluding only any taxes based on the net income of Agency or any employment taxes payable by Agency with respect to Agency's employees. Customer will be invoiced in accordance with the Agreement and SOW. Any payment not received by Agency within agreed upon payment terms is subject to a late fee at a rate of the lesser of 1.5% or the maximum permitted by law. All Development, Professional Services, or Post Live Event Changes will be approved by Customer and attached to this Agreement as a separate SOW or as a Change Order to the SOW, if applicable.

**Payment Schedule:**
All services will be billed at the beginning of each month, net 30 days.



## Exhibit B -- Service Inclusions

### Rich Content Messaging Level Detail Rates

| CITGO Petroleum - Short Code 77846 | |
|---|---|
| Monthly Platform Pricing | $6,500 |
| Overage Price/Message | $0.024 |
| Program Set-Up | WAIVED |
| Included SMS & MMS Messages Per Month | 200,000 |
| Training | 6 Hours |
| Technical Services | 6 Hours |
| Account Management & Strategy | Included |
| Creative Services | Included |
| Speed (Messages Per Second) | 20 MPS |
| Logins | Up to 20 |
| White Label | Yes |
| Additional Log-ins (monthly each) | N/A |
| Shortcode Hosting Fee (monthly) | $100 |
| Additional Carrier Set-up Fee | $750 |
| *Carrier Surcharges Per Month | $150 - $300 avg |
| SMS | Yes |
| MMS Image | Yes |
| MMS Audio | Yes |
| MMS Video | Yes |
| Passbook Linking | Yes |
| Content Hosting | Unlimited |
| Keywords | Unlimited |
| List Upload | Included |
| Social Sharing | Included |
| Adstich | Included |
| API Access | Included |
| Analytics | Available 24x7x365 |
| Minimum Term | 12 mos. |
| Waive set-up fee if agrees to 2 yr. term | N/A |
| Add'l Campaign Management Tool Training (per hour) | $95/Hour |
| Add'l Account Management & Strategy (per hour) | N/A |
| Add'l Creative Services (per hour) | N/A |
| Custom Development & Engineering (per hour) | $225/Hour |

CITGO-00248



**Administration and Execution of Sweepstakes Programs**

Black Canyon will supervise the execution and administration of any games, sweepstakes or other giveaway type executed via Rich Content Text Messaging. American Sweepstakes and Promotion Inc. of Rochester, NY will provide all sweepstakes administration, including associated legal services. Black Canyon will present CITGO with all program administration elements and corresponding American Sweepstakes pricing for approval prior to each promotion.

<u>Pricing</u>

Pricing will be estimated by individual corporate-wide Text-to-Win promotions conducted over the contract period, along with the execution of individual marketer or select market promotions. Pricing does not include printing, mailing and UPS 2-day shipping costs for promotions, and other related outside costs where post-event prize fulfillment is necessary. Projected annual cost - $20,000.

# Exhibit C – CITGO General Terms & Conditions

**CITGO's TERMS AND CONDITIONS**

1.  These General Terms and Conditions are expressly limited to terms stated herein, and any additional or different terms proposed by The Agency are rejected unless expressly agreed to in writing signed by an authorized representative of CITGO and an authorized representative of The Agency.

2.  All Services must be completed to CITGO's satisfaction.  The Agency understands that time is of the essence of this Order.  If The Agency fails to perform any conditions of this Order, CITGO may, without prejudice to any other right or remedies it may have, immediately terminate this Order by giving written notice to The Agency.  The Agency shall immediately discontinue the Services in strict accordance with CITGO's instructions.  CITGO may finish the Services by any method it deems expedient and any expenses involved with completing the Services may be charged to The Agency.

3.  Payment to The Agency shall not (a) constitute acceptance of the Services; (b) be evidence of satisfactory performance of the Services; or (c) relieve The Agency of any liability to CITGO that may arise under this Order.

4.  CITGO shall have the right to inspect the Services and to ascertain whether they are being performed, or have been completed, in conformity with all the requirements of this Order.  The Agency shall promptly, and at no additional costs to CITGO, make such additions or alterations as may be necessary for the Services to meet CITGO's requirements.

5.  The Agency warrants that the Services shall be free from defects.  Agency shall obtain for CITGO the same guarantees from all vendors performing related services and all of The Agency's subcontractors (if any) and such warranties and guarantees shall inure to the benefit of, and be enforceable by CITGO as well as by The Agency.

6.  Unless otherwise provided herein or by law, The Agency shall procure all necessary permits and pay all sales, use, excise and other taxes, charges and contribution now or hereafter imposed on The Agency by federal, state, or local authorities, or with respect to or liability by the Services performed hereunder, or the compensation paid to persons employed in connection with performance hereunder, and The Agency shall indemnify CITGO and hold CITGO harmless from and against any liability and expense by reason of The Agency's failure to procure or pay the same.

CITGO-00249



7.      CITGO may cancel this Order at any time and at its discretion provided that, in the event of such cancellation, CITGO shall pay to The Agency the unpaid balance due Agency for Services performed and accepted by CITGO prior to the date of cancellation and all cancellation charges and administrative expenses reasonably incurred by The Agency in connection with stopping delivery or work in progress.

8.      The Agency agrees to indemnify fully, hold harmless, and defend CITGO, its owner, affiliates, subsidiaries, and joint ventures, and its and their agents, officers, directors employees, representatives, successors and assigns from and against all damages including, but not limited to, claims, suits, judgments, or expenses (including attorneys' fees) claimed by any entity of federal, state, or local government or any third parties arising out of or in any way connected with Agency's negligence (including without limitation strict or absolute negligence or wrongful or otherwise improper acts or omissions) or violations of applicable statutes or regulations.

9.      The Agency shall be excused from any failure to deliver or perform or for any delay in delivery or performance of the obligations assumed hereunder when and to the extent that such performance is delayed or prevented by any circumstances reasonably beyond their control including, but not limited to, acts of God, fire, explosion, work stoppages, strikes, labor disputes, shortages, civil disturbances, transportation failure, interruptions of power or communications, natural disasters, or any act or omission of any government authority.

10.     The Agency agrees to comply with all applicable present and future laws, ordinances, rules and regulations, requirements, and orders of federal, state, or local government or regulatory authorities concerning the Services including, but not limited to, all statutes and regulations enforced by the Federal Communications Commission ("FCC") and Federal Trade Commission ("FTC").

11.     This Order shall be binding on the parties hereto, their successors and assigns. Neither party shall assign any right or obligation arising under this Order without prior written approval of the other party. It is the intent of the parties hereto that the terms printed herein will control irrespective of any subsequently executed work order, receipt, purchase order or similar writing.

12.     In performance of its obligations hereunder, The Agency shall act solely as an independent contractor and nothing herein shall at any time be construed to create the relationship of employer and employee, partnership, principal and agent or joint venture as between CITGO and The Agency. The Agency and its personnel shall have no right, and shall not attempt to enter into any contract, commitment, or agreement, or incur any debt or liability of any nature in the name, or on behalf of CITGO.

13.     All drawings, specifications, and technical information provided by CITGO shall be treated as confidential. The Agency agrees not to permit any such materials or information to be shown or disclosed to anyone other than those necessary in connection with performance by The Agency of its obligations hereunder or to use same for any purpose other than performance of the Order. The Agency further agrees to require a similar agreement on the part of any subcontractors to whom any drawings, specifications, or technical information are disclosed.

14.     Audits:

        a.      Records. The Agency shall maintain complete and accurate Records (as defined herein) for at least two (2) years after final payment under this agreement. Required Records include all documents and data reasonably necessary for the confirmation, in accordance with Generally Accepted Auditing Standards, of all reimbursable items and the disposition of any materials, tools, or equipment for the account of CITGO pertaining to the performance of the Services, claims, cost estimates and bid proposals, change orders or price adjustments. Records shall include but not be limited to: (a) [labor] payroll records, time sheets, and qualification/classification of personnel (b) [materials] all invoices, purchase orders, delivery documents and receipts that evidence use of consumables, materials, tools, equipment, stock and inventory, (c) [third party charges] paid invoices, cancelled checks and receipts for any other third party

CITGO-00250



charge such as subcontractors, materials and rentals, and (d) all records necessary to evidence compliance with The Agency's obligations under this Agreement or in accordance with laws and regulations.

b. <u>Access</u>. Upon request CITGO, such Records and personnel of The Agency shall be made available within a reasonable time period to CITGO, its employees, agents, representatives or designees during normal business hours at The Agency's office or at no cost or charge to CITGO. CITGO shall have the right to inspect, audit and reproduce such Records in order to verify The Agency's right to payment and compliance with the obligations set forth in the Agreement. No payment by CITGO or any audit, verification, or knowledge of CITGO shall constitute an acceptance of The Agency's practices, relieve The Agency of its obligations hereunder or act as a waiver.

c. <u>Overcharges</u>. In the event CITGO performs such audit and an overcharge to CITGO is discovered, The Agency shall immediately reimburse CITGO for the entire amount of such overcharge, plus interest on such overcharge at the maximum rate permitted by applicable law.

d. <u>Miscellaneous</u>. The Agency's obligations under this Article shall survive the termination of this Agreement or for such longer period as may be required by federal, state or local laws, rules and regulations.

15. Neither party shall hire any employee or officer of the other party while that employee or officer is employed by the other party. Neither party shall pay any salaries, commissions, fees, or make any payments or rebates to any employees or officer of the other party, or to a designee of any such employee or officer, or for any employee or officer with gifts or entertainment of significant cost or value or with services or goods sold at less than full market value. Each party's obligation as described in this paragraph shall be binding upon any subcontractors, sub-subcontractors and vendors providing goods or services under this Order.

16. The parties agree that this Order shall be interpreted and construed in accordance with the internal laws of the state in which services are performed.

17. This order represents the entire agreement between the parties and cannot be modified by the submission or exchange of additional forms or writing unless there is an instrument in writing signed by the duly authorized representative of each party accepting such form or writing. Neither the failure or delay on the part of either party to exercise or enforce any right, remedy, power or privilege provided herein shall operate as a waiver.

18. Services provided within the boundaries of the State of Louisiana and for Services that are subject to Louisiana Law, The Agency agrees and recognizes that CITGO shall be the Statutory Employer of all personnel of The Agency assigned to provide Services under this Agreement in accordance with the requirements of Louisiana Revised Statutes R.S. Section 23: 1061A(3).

CITGO-00251

# DEPOSITION EXHIBIT 6





CITGO-11350



CITGO-11351

# DEPOSITION EXHIBIT 7

Message
_____

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 3/16/2015 7:45:22 PM |
| **To:** | Kovacsik, Charlie [/O=CITGO/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kovacsik, Charlenea03] |
| **Subject:** | Re: Short Code and legal disclaimer for POP/Collateral |

I recommend 4 messages per month. You probably don't want to send more than 4, and as you said will only send two or three at the most. Auto-dialed means they are sent via a blast to multiple numbers at one time.





**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta

_____

**From:** Charlie Kovacsik <ckovacs@citgo.com>
**Date:** Mon, 16 Mar 2015 19:34:15 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** RE: Short Code and legal disclaimer for POP/Collateral

I plan to always send follow-up with text messages so that means I keep the copy?  What does autodialed marketing mean?  And do I put in a max here *x message per month*. We probably should come up with a consistent number maybe it is four and we plan on only doing two or three.   One per week seems almost a bit high.  What do you suggest and is it something we have talked about so there is a specific number?

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Monday, March 16, 2015 2:26 PM
**To:** Kovacsik, Charlie
**Subject:** Short Code and legal disclaimer for POP/Collateral



Charlie

There has been a slight hiccup in the short code acquisition process. Apparently there isn't a random short code readily available from the aggregator and it will take 8-12 weeks to get a new one. Obviously that is not good for you.

So what I proposed to Joey was giving CITGO our short code (77486) immediately and I would wait for the new provisioned code to use for other Black Canyon clients. The only promotions we have running end in two weeks and our new promotions won't start until May. I can probably wait it out and if for some reason I can't, we'll cross that bridge when we come to it. Hopefully I will hear back from Joey later today.

As far as legal copy goes, this should cover you on the sales materials and collateral. Please note the italicized text. If you do not plan on sending follow up messages to this database, you do not have to use this copy. However, I would put it in there just to be safe.

I assume the copy will be in disclaimer size type, correct?

By texting [KEYWORD] to 77486, you acknowledge you are 18 years or older and have the authority to give such consent for this number *and also authorize CITGO to send you autodialed marketing messages (x message per month) to the specific mobile phone number(s) you used to send the text.* Text **HELP** to 77486 for help. Text **STOP** to 77486 to cancel. **Msg&data rates may apply.** Consent is not required to purchase goods or services. By joining the CITGO text messaging program, you agree to the privacy rules, terms and conditions of the program, available at http://fuelinggood.com/club-citgo/





KEVIN BRANDT
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
**Phoenix • Milwaukee • Atlanta**

# DEPOSITION EXHIBIT 10

**OFFICIAL RULES OF THE CITGO TEXT-TO WIN PROGRAM**

**NO PURCHASE IS NECESSARY TO ENTER OR WIN. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.**

**Eligibility:** The CITGO Text-to-Win ("Promotion") is open only to natural persons who are legal residents of the United States of America, who are at least eighteen (18) years of age at the time of entry. Promotion may only be entered from and in eligible jurisdictions. Promotion Entities, prize providers, and their respective parent, subsidiary and affiliate companies, employees, agents, and suppliers, as well as the immediate family (spouse, parents, siblings, and children) and household members of each such employee are not eligible to participate. In the event of a dispute as to the identity of an entrant, the authorized account holder of the account will be deemed to be the entrant. Administrator may request any potential winner to provide proof that such person is the winner. All potential winners are subject to verification before any prize will be awarded. Subject to all applicable, federal, state, arid local laws and regulations. Void where prohibited. Participation constitutes entrant's full and unconditional agreement to these Official Rules and Administrator's decisions, which are final and binding in all matters related to the Promotion. Winning a prize is contingent upon fulfilling all requirements set forth herein.

**Sponsor:** The Sponsor of the Promotion CITGO Petroleum Corporation ("Sponsor").

**Administrator:** The Administrator of the Promotion is Live Nation Marketing, Inc. ("Administrator"). Sponsor and Administrator are collectively referred to herein as "Promotion Entities".

**Timing:** The Promotion will occur during the period indicated in the Promotion announcement on the venue screen and/or monitor, or and/or promotional flyers beginning on April 9, 2015 and ending September 30, 2015, and running on select public event dates from the published event doors open time to 30 minutes after the designated show time as printed on the event ticket for each select event date. Entry attempts to enter outside the periods indicated may not be received. Although attempts to enter outside the periods indicated may be received, they will not be eligible. Administrator's clock is the official time keeping device of the Promotion.

**How To Enter:** There are two (2) ways to enter:

1. Via Text Message: Send a text message with the Keyword "CITGO1" to short code 77486. You may be charged text and data rates for the text messages according to your wireless calling plan. Text messaging and wireless service are not available in all areas. You may text "STOP" to 77486 to opt out, or HELP to 77486 for more information. Promotion Entities reserve the right to transmit one (1) winner and one (1) non-winner message to each entrant at the conclusion of the Promotion. Promotion entities also reserve the right to send up to 3 autodialed text messages per month. If you are a minor under the law of your jurisdiction of residence, you must have permission of your parent or guardian to enter the Promotion using the text messaging method.

2. Via In-Person: At the registration table located inside the venue, the entrant will inform a representative of the Promotion Entities of their intention of entering. The representative will then text an entry on behalf of the entrant and record their name and time of entry.

For all entries: Each participant is eligible to submit up to one (1) Promotion entry during the Promotion Period, regardless of method or combination of methods of entry or number of entries submitted. Multiple entrants are not permitted to share the same email address or other relevant account. Any attempt by any entrant to obtain more than the stated number of entries by using multiple/different email addresses, identities, registrations and logins, or any other methods will void that entrant's entries and that entrant may be disqualified. Use of any automated technology or system to participate is prohibited and will result in disqualification. Any automated receipt (such as one confirming delivery of text message or e-mail) does not constitute proof of actual receipt by Administrator of an entry. Promotion Entities are not responsible for lost, late, incomplete, invalid, unintelligible or misdirected registrations, which will be disqualified. All entries become the property of the Administrator and none will be acknowledged or returned.

Brandt
**EXHIBIT** 10
4-17-17 KC
BROWN & JONES

For all prizes: Only listed prizes on video screens or promotional flyers will be awarded and no other prizing or substitutions will be made except at the sole discretion of Administrator. Winners agree to accept the prize "as is", and entrants hereby acknowledge that Promotion Entities have neither made nor are in any manner responsible or liable for any warranty, representation, or guarantee, express or implied, in fact or in law, relative to the prize, including express warranties (if any) provided exclusively by a prize supplier that are sent along with the prize. Odds of winning a prize depend on the number of eligible entries received. There will be only one prize per winner. Lost or stolen prizes will not be replaced. Prize does not include any other item or expense not specifically described in these Official Rules, and any such additional expenses are the sole responsibility of winner. Prizes may not be transferred or assigned. Any valuation of the prize(s) stated above is based on available information provided to Administrator and the value of any prize awarded to a winner may be reported for tax purposes as required by law. Each winner is solely responsible for reporting and paying any and all applicable taxes. Each winner must provide Administrator with a valid taxpayer identification number or social security number before any prize will be awarded. A Form 1099 will be issued to the winner for a value of prize $600 or more.

**Selection and Verification of Potential Winners:** Winners will be notified by randomly generated automated text message. Winners will have until 30 minutes after the show time published on the event ticket to claim their prize at the area designated in the winning text message. Administrator's decisions as to the administration and operation of the Promotion and the selection of potential winners are final and binding in all matters related to the Promotion. Administrator reserves the right to disqualify any participant or winner and may refuse to award any prize to a person who is ineligible or has violated any rule, gained unfair advantage in participating in the Promotion, or obtained winner status using fraudulent means.

All potential winners are subject to age and identity verification by Administrator. Administrator will not accept screen shots or other evidence of winning in lieu of its validation process. Potential winners must continue to comply with all terms and conditions of these Official Rules and winning is contingent upon fulfilling all requirements. Each potential winner will be notified via text message and will be required to claim their prize at the designated section described in the winning text message. Entrants submitting entry via manual registration should check back at the point of entry between the winner results. Each potential prize winner may be required to sign and return an Affidavit of Eligibility, Liability and Publicity Release ("Affidavit") (except where prohibited), which must be received by Administrator within thirty (30) minutes of the time notice or attempted notice is sent, in order to claim a prize (if applicable). If a winner is a minor, the Affidavit must also be executed by the winner's parents or legal guardians. If a potential winner of any prize cannot be contacted, fails to sign and return the Affidavit within the required time period (if applicable), declines the prize or prize is returned as undeliverable, such potential winner forfeits the prize. In the event that a potential winner is disqualified for any reason, or does the prize will remain unawarded.

**Publicity:** Except where prohibited, participation in the Promotion constitutes winner's consent to Promotion Entities' use of winner's name, social media identity, likeness, photograph, voice, opinions, hometown and state for promotional purposes in connection with this Promotion in any media, worldwide, without further payment or consideration.

**Privacy:** Information submitted by entrants will be collected by Administrator's systems based in the United States and such collection will be subject to applicable United States laws. Entrants may withdraw personal data upon request; however, entrant will be disqualified if personal data is withdrawn prior to the determination of the winner(s) and fulfillment of the prize(s). Information submitted by entrants is subject to Administrator's privacy policy: http://concerts.livenation.com/h/privacy.html. Entrant's participation in this Promotion constitutes consent for Administrator to use entrant's personal information solely for the purpose of administering the Promotion and awarding the prizes, unless entrant has opted to receive e-mail communications or SMS messages from Administrator.

**Errors and Unauthorized Activity:** Promotion Entities are not responsible: (1) for any incorrect or inaccurate information, whether caused by entrants, printing errors or by any of the equipment or programming associated with or utilized in the Promotion; (2) for technical and/or

communications malfunctions, errors or failures of any kind; (3) for unauthorized human intervention in any part of the Promotion; (4) for technical or human error which may occur in the administration of the Promotion or the processing of entries; (5) for any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from entrant's participation in the Promotion or receipt or use or misuse of any prize; or (6) if the Promotion cannot take place or if any prize cannot be awarded due to acts of war, natural disasters, weather or acts of terrorism. If for any reason an entrant's entry is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, entrant's sole remedy is another entry in the Promotion, provided that if it is not possible to award another entry due to discontinuance of the Promotion, or any part of it, for any reason, Administrator, at its discretion, may elect to hold a random drawing from among all eligible entries received up to the date of discontinuance for any or all of the prizes offered herein. No more than the stated number of prizes will be awarded. In the event that production, technical, seeding, programming or any other reasons cause more than stated number of prizes as set forth in these Official Rules to be available and/or claimed, Administrator reserves the right to award only the stated number of prizes by a random drawing among all legitimate, unawarded, eligible prize claims. Administrator reserves the right to cancel, suspend and/or modify the Promotion, or any part of it, if any fraud, technical failures or any other factor beyond Promotion Entities' reasonable control impairs the integrity or proper functioning of the Promotion Game, as determined by Administrator in its sole discretion. In such event, Administrator reserves the right to award the prizes at random from among the eligible entries received up to the time of the impairment. Administrator reserves the right, in its sole discretion, to disqualify any individual it suspects or finds to be tampering with the entry process or the operation of the Promotion or to be acting in violation of these Official Rules or any other promotion or in an unsportsmanlike or disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Promotion may be a violation of criminal and civil law, and, should such an attempt be made, Promotion Entities reserve the right to seek damages from any such person to the fullest extent permitted by law. Promotion Entities' failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

**Release:** By participating in the Promotion, entrant (a) releases Promotion Entities, prize providers, promotional agencies, franchisees, and each of their respective parent companies, affiliates, subsidiaries, successors, assigns, agents, representatives, officers, directors, shareholders, and employees, from any and all liability for any claims, costs, injuries, losses or damages of any kind arising in connection with the Promotion, including the unauthorized or illegal access to personally identifiable or sensitive information or acceptance, possession, use, misuse, or nonuse of the prize that may be awarded; and (b) acknowledges that the foregoing parties have neither made nor are in any manner responsible or liable for any warranty, representation or guarantee, expressed or implied, in fact or in law, relative to a prize including, without limitation, the prize quality or availability.

**Disputes:** As a condition of participating in the Promotion, entrant agrees that: a) under no circumstances will entrant be permitted to obtain awards for, and entrant hereby waives all rights to claim, punitive, incidental, consequential, or any other damages, other than for actual out-of-pocket expenses; b) all causes of action arising out of or connected with this Promotion or the prizes awarded, shall be resolved individually, without resort to any form of class action, exclusively by arbitration pursuant to the Rules of the American Arbitration Association, then effective; and c) any and all claims, judgments, and awards shall be limited to actual out-of-pocket costs incurred and in no event shall entrant be entitled to receive attorneys' fees or other legal costs. Promotion Entities reserve the right to modify prize award procedures. The Promotion and these Official Rules, and the validity, construction, performance, and enforcement thereof, shall be governed by and construed in accordance with the laws of State of California, without giving effect to any choice of law or conflict of law rules (whether of the State of California or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of California.

**Winner's List:** To obtain a list of the names of winners of prizes with a value greater than $25, mail your name and address along with a self-addressed stamped envelope up to sixty (60) days after the close of the promotion to Text2Win CITGO1 to Black Canyon, 1301 West Canal Street, Milwaukee, WI 53233

# DEPOSITION EXHIBIT 11

Message

| | |
|---|---|
| From: | Kovacsik, Charlie [/O=CITGO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KOVACSIK, CHARLENEA03] |
| Sent: | 4/17/2015 4:52:11 PM |
| To: | Kevin Brandt [kbrandt@blackcanyon.us] |
| Subject: | Re: Revised Live Nation Message Flow |

I am seeking the second bullet and I think a couple weeks.   Thanks makes perfect sense.

Sent from my BlackBerry 10 smartphone.

**From:** Kevin Brandt
**Sent:** Friday, April 17, 2015 10:55 AM
**To:** Kovacsik, Charlie
**Subject:** Re: Revised Live Nation Message Flow

Charlie

It might be easier for me to bullet point the information you are asking about.

- The sweepstakes portion is programmed because we need to immediately reward the prize. We do bounce back messages within the context of the sweepstakes which can be written however you like, however they are self-contained within the sweepstakes and aren't linked to anything that happens outside of that interaction.  We aren't afforded the luxury of being able to go into the database, randomly select a number and text the winner on site within the allotted time frame, however we are able to do that with your $100 a Day program because we aren't awarding prizes immediately.

- We can schedule messages to be sent to the mobile numbers who opted-in at the event after the conclusion of the sweepstakes. These are scheduled by time and date so they could in effect be sent within minutes provided we have pre-programmed the message. For example, if the sweepstakes ended at 8:00pm, we could send a separate message to the existing database at 8:04pm. However, we don't recommend doing so because it creates a bad user experience.

- We can definitely measure click throughs, By using  bit.ly and smrt.url links, I can tell you the number of opted in people who clicked through to the link, however I cannot tell you the exact mobile number associated with that click through. For example, at the West Palm Buffet show, I do know 9 people clicked through to the rules, I just don't know the mobile number of those 9 people.

- The same holds true for smrt.url links. I can tell you exactly how many people went from the text message to the Apple or Google Play store, however I can't tell you their mobile number or whether they downloaded the app when they got there.

- You could check with your app company. Their back end technology can probably give you the numbers of people who downloaded the app and their point of origin. If they can give us those numbers, we can manually cross-reference them with our mobile database, de-dupe the list and be left with a database of phone numbers of individuals who either did or did not download the app. Unfortunately at this time, this platform does not automatically talk to the app platform. However, I do know that seamless integration of text messaging and app notifications is a hot issue and is being worked on. I just don't know when that feature will be available.

One final note. With customers becoming more savvy in the mobile world, they are becoming more selective in the type of messages they choose to receive. Because of this it is imperative we provide relevant content the customer wants to receive, rather than the content we want them to have. It's the difference between listening and talking at a party. If you listen intently to someone they remain engaged for a longer period of time. But, if you spend all your time talking about yourself, they will find a reason to leave the conversation. Opt in --> Opt out.

You may also want to talk to Nicole. She may be able to provide more clarification. She's got this stuff down to a T and is testing other unique applications of the technology.





Brandt
**EXHIBIT** 1
4 - 17 - 17  KC
BROWN & JONES



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414 708 9263
Phoenix • Milwaukee • Atlanta

> From: Charlie Kovacsik <ckovacs@citgo.com>
> Date: Fri, 17 Apr 2015 14:28:35 +0000
> To: Kevin Brandt <kbrandt@blackcanyon.us>
> Subject: Re: Revised Live Nation Message Flow
>
> I am open from noon to 2:30 but if u can only bounce back to everyone  because
> u cannot guage click thrus then use the top bounce back message for all. If u
> can't bounce back at all then we need to talk.
>
> Also I need this for my text to win Club CITGO Program and Six Flags. Also my
> creative team will edit and approve can u send it in something other than pdf.
>
>
> Sent from my BlackBerry 10 smartphone.
> From: Kevin Brandt
> Sent: Friday, April 17, 2015 8:42 AM
> To: Kovacsik, Charlie
> Subject: Revised Live Nation Message Flow
>
>
> Charlie
>
> Attached please find the revised Live Nation Message Flow. There have been a
> few slight revisions in the content as we learned some things about user
> experience at the first show in West Palm. This verbiage keeps people engaged
> even after the winner has been awarded. As you will notice, in every message
> with the exception of the winner announcement, the smart link for downloading
> the Club CITGO app is included.
>
> Regarding the bounce back messages -
>
> Bounce back message #2 to non-click throughs and Bounce back message #2 to
> those who went to Club CITGO link. We can do some of these things but some of
> the others are not possible at this time. Can we schedule a call this
> afternoon and we can discuss the intricacies of the promotion. It may be
> easier to explain it to you rather than try and write a missive that is far
> too long to read.
>
> Let me know what works for you.
>
>
> [cid:3512104943_499025]
>

CITGO-07255

> [cid:351210494J_485424]
> KEVIN BRANDT
> CREATIVE DIRECTOR
> 1507 West Parkside Lane
> Phoenix, AZ 85027
> (m) 414.708.9263
> Phoenix • Milwaukee • Atlanta
>
>

CITGO-07256

# DEPOSITION EXHIBIT 12

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 6/3/2015 1:15:30 PM |
| **To:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **Subject:** | Robert Plant |

Here is the new programming screen.

Show start time is listed at 7:45pm so the prize claim time is 9:15.

## Text to Win - CITGO3

GENERAL INFORMATION

**Name**

Robert Plant

**Starts At (Central Time (US & Canada))**

06/10/2015    05 ÷    00 ÷    PM ÷

**Ends At (Central Time (US & Canada))**

06/10/2015    09 ÷    15 ÷    PM ÷

CAMPAIGN SETUP

**Winner #**

30,50,70,9000

**Participants May Enter**

1    Number of time(s) per    Hour    Day    Week    Month    Campaign

☐ Unlimited Text Ins
☐ Random Winner

MESSAGING

**Reply to non-winners before winner selected** (259/160)

You're entered. We will text you if you win. For a chance to win gas for a year and other great rewards, download the Club CITGO app at http://smarturl.it/ClubC Rules&Terms http://bit.ly/1B8jxP1

Reply HELP for help, STOP to cancel. Msg&data rates may apply

**Reply to non-winners after winner selected** (254/160)

You're entered. We will text you if you win. For a chance to win gas for a year and other great rewards, download the Club CITGO app at http://smarturl.it/ClubCitgo. Rules&Terms bit.ly/1B8jxP1

Reply HELP for help, STOP to cancel. Msg&data rates may apply

**Reply to Winner** (366/160)

Congratulations! You've won a $100 CITGO Gift Card! Visit the Club CITGO tent by 9:15PM to claim your prize. If tent is closed please visit Guest Services. If the CITGO tent is closed, please visit Guest Services to claim prize. Prize will be forfeited if not claimed within the

Reply HELP for help, STOP to cancel. Msg&data rates may apply

**Reply to those who hit their limit** (275/160)

You have reached your limit for this contest. Thanks for playing. For a chance to win gas for a year and other great rewards, download the Club CITGO app at http://smarturl.it/ClubCitgo. Rules&Terms bit.ly/1B8jxP1

Reply HELP for help, STOP to cancel. Msg&data rates may apply



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263

Brandt
**EXHIBIT** 12
4-17-17 KC
BROWN & JONES

Phoenix • Milwaukee • Atlanta



CITGO-08142

# DEPOSITION EXHIBIT 13

Message

| | |
|---|---|
| From: | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| on behalf of | Kovacsik, Charlie |
| Sent: | 7/17/2015 2:58:59 PM |
| To: | 'Kevin Brandt' [kbrandt@blackcanyon.us] |
| Subject: | RE: 6_15 LN Central Tracking Form Claire.xlsx |

Yeh it is different from the others so I discussed it with them in detail to understand what to do.

Yes I am looking at reports and I plan to schedule a call next week to ask you questions so I understand the data. thanks

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Friday, July 17, 2015 9:58 AM
**To:** Kovacsik, Charlie
**Subject:** Re: 6_15 LN Central Tracking Form Claire.xlsx

Being familiar with Alpine Valley I should have known the 1pm Gates time meant parking lot gates and not venue gates. I also misunderstood the direction of 1 hour after the first act goes on. Thanks for clarifying.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



BlackCanyon
strategy • advertising • design



Brandt
EXHIBIT 13
4-17-17 KC
BROWN & JONES

CITGO-05623

**From:** Charlie Kovacsik <ckovacs@citgo.com>
**Date:** Fri, 17 Jul 2015 14:53:41 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** RE: 6_15 LN Central Tracking Form Claire.xlsx

Kevin,

We have people going in the gates at 3pm and it must end at 7pm. The main act starts at 7pm and we pull down the tent at 7pm.   People arrive at 1pm and we will have our people handing out cards to them in the parking lot.   At 3pm they can enter the venue and visit the tent.   Use the times listed to schedule everything.   Thank you

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Friday, July 17, 2015 9:33 AM
**To:** Kovacsik, Charlie
**Subject:** Re: 6_15 LN Central Tracking Form Claire.xlsx

Thanks Charlie

Normally the sweepstakes is programmed to randomly award a winner. However, since gates open for DMB at 1pm, the concert doesn't start until 7pm, and we don't have a good handle on how many people will participate, I will generate random winners at 8pm. If we tried to guess random texter numbers we could theoretically award all the prizes by 2pm in the afternoon. I will probably do the same for Phish and Jimmy Buffett as well. The First Merit shows will continue to be automated as the window of participation is much shorter.

Normally I don't do this as it would require me to sit at a computer for every Live Nation concert, but because of the timing of these shows it is the best way to choose winners.

Are you having fun playing around with the reports? Is there anything I can help you with or are there any other reports you might want to see? I can talk to the tech people and we can generate some customized reports depending upon the numbers you wish to see. Let me know and I'll see if we can get those numbers for you.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



BlackCanyon
strategy • advertising • design

From: Charlie Kovacsik <ckovacs@citgo.com>
Date: Thu, 16 Jul 2015 22:05:25 +0000
To: Jack Piet <JPiet@outsitenetworks.com>, Kevin Brandt <kbrandt@blackcanyon.us>
Subject: 6_15 LN Central Tracking Form Claire.xlsx

Our next concert is 7/17 at First Merit Bank followed by one on 7/24 an d7/25.

Our first Alpine Valley concert is 7/25.   Kevin – that has a different code.  Jack we can duplicate the program for that venue.  The start and end times are different for this one due to how the bring in the attendees.

Let me know if you need anything and thanks so much.

CITGO-05625

# DEPOSITION EXHIBIT 14

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 6/2/2015 6:41:43 PM |
| **To:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **Subject:** | $100 A Day Program |
| **Attachments:** | $100 a Day Report through 5_31.pdf |

Attached please find the numbers for the $100 a Day program through 5/31.

We are showing a steady growth in opt-ins as the program continues. The curve we are seeing is pretty standard as compared to other programs. Opt in numbers are pretty good considering it is being promoted with for the most part POP. The low opt-out rate is also very encouraging. However, I would expect this percentage to increase should we start working the database with other offers.

It looks like Grand Rapids is really kicking butt on this as compared to the other markets. Do you know if they are doing anything differently when it comes to in-store promotion. Is there an especially good marketer in the area? Perhaps we can gather some intel and share with the other markets.

Bottom line...you're off to a great start.

If you have any questions, feel free to give me a call.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



**BlackCanyon**
strategy • advertising • design



Brandt
**EXHIBIT** 14
4.17.17 KC
BROWN & JONES


CITGO Petroleum

CITGO Petroleum
Campaign
$100 a Day Sweepstakes

Date Range
From 05/15/2015 to 05/31/2015



## SENDS

| Day | Week | Month |



| SEND ACTIVITY | | |
|---|---|---|
| Total Send Attempts | 826 | 100.0% |
| - Invalid | 21 | 2.3% |
| Sent | 804 | 97.7% |

| SEND BREAKDOWN | | |
|---|---|---|
| SMS | 80 | 8.8% |
| MMS | 824 | 91.2% |
| Email | 0 | 0.0% |

SMS
MMS

Recipient | Sender

### TOP CARRIERS

| RANK | CARRIER | # | % |
|---|---|---|---|
| 1 | Verizon Wireless | 355 | 39.6% |
| 2 | AT&T | 225 | 24.9% |
| 3 | Sprint | 114 | 12.6% |
| 4 | T-Mobile | 88 | 9.7% |
| 5 | US Cellular | 49 | 5.4% |
| 6 | Boost | 41 | 4.5% |
| 7 | Virgin Mobile USA | 21 | 2.3% |
| 8 | AIO/Jasper Wireless | 8 | 0.9% |

### TOP HANDSETS

| RANK | MAKE & MODEL | # | % |
|---|---|---|---|
| 1 | Apple iPhone | 129 | 14.3% |
| 2 | Apple iPhone 6 | 32 | 3.5% |
| 3 | Samsung Galaxy S5 SM-G900 | 30 | 3.3% |
| 4 | Apple iPhone 5 | 29 | 3.2% |
| 5 | Samsung Galaxy S III SCH-I535 | 24 | 2.7% |
| 6 | Apple iPhone 5s | 22 | 2.4% |
| 7 | Apple iPhone 5C | 18 | 2.0% |
| 8 | Samsung Galaxy S4 SPH-l920 | 17 | 1.9% |
| 9 | Apple iPhone 4s | 17 | 1.9% |
| 10 | Samsung Galaxy S4 SCH-i545 | 15 | 1.7% |
| | Other | 571 | 63.2% |

CITGO-00058

## TOP METRO AREAS

| RANK | LOCATION | # | % |
|---|---|---|---|
| 1 | Grand Rapids area | 190 | 21.1% |
| 2 | Michigan, Kalamazoo | 63 | 7.0% |
| 3 | SE Wisconsin, Milwaukee | 52 | 5.8% |
| 4 | NE Wisconsin | 41 | 4.5% |
| 5 | Wisconsin, surrounding Milwaukee | 38 | 4.2% |
| 6 | Montgomery, Mobile, SE Alabama | 37 | 4.1% |
| 7 | Florida | 31 | 3.4% |
| 8 | Michigan | 31 | 3.4% |
| 9 | Central MI | 31 | 3.4% |
| 10 | South Illinois | 30 | 3.3% |
| | Other | 359 | 39.7% |

## SENDS BY LOCATION



Sends
1 ▒▒▒▒ 391

## TOP CLIPS

| RANK | CONTENT TITLE | # | % |
|---|---|---|---|
| 1 | 1857757   CITGO Logo | 924 | 100% |

## SENDS BY STATE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MI | 391 | NJ | 13 | ME | 3 | MN | 0 |
| WI | 142 | MD | 10 | WA | 2 | ND | 0 |
| FL | 80 | GA | 8 | MA | 2 | LA | 0 |
| IL | 61 | UT | 6 | OR | 2 | KY | 0 |
| AL | 48 | AZ | 5 | MO | 1 | KS | 0 |
| IN | 40 | SC | 5 | IA | 1 | MT | 0 |
| OH | 22 | CA | 4 | MS | 1 | PA | 0 |
| TX | 18 | VA | 3 | NC | 1 | NE | 0 |
| NH | 15 | OK | 3 | RI | 0 | ID | 0 |
| NY | 15 | NV | 3 | NM | 0 | HI | 0 |


CITGO Petroleum



**Campaign: CHARLIE3 - $100 a Day Giveaway**



AS OF 05/31/2015

## Currently Opted In:

| Campaign | # | % of total |
|---|---|---|
| CHARLIE3 - $100 a Day Giveaway | 531 | 100.0% |

**Total Opted Out: 2**
**Opt Out Rate: 0.4%**



CITGO Petroleum

CITGO Petroleum
Campaign
$100 a Day Sweepstakes

Date Range
from 05/15/2015 to 05/31/2015



UNIQUE RECIPIENTS

| Day | Week | Month |

These are unique recipients per day and reflect the growth of the mobile database.

TOP CARRIERS

| RANK | CARRIER | # | % |
|------|---------|-----|------|
| 1 | Verizon Wireless | 226 | 37.9% |
| 2 | AT&T | 146 | 24.5% |
| 3 | Sprint | 85 | 14.3% |
| 4 | T-Mobile | 51 | 8.6% |
| 5 | US Cellular | 38 | 6.4% |
| 6 | Boost | 26 | 4.4% |
| 7 | Virgin Mobile USA | 16 | 2.7% |
| 8 | AIO Jasper Wireless | 8 | 1.3% |

TOP HANDSETS

| RANK | MAKE & MODEL | # | % |
|------|--------------|-----|-------|
| 1 | Apple iPhone | 78 | 13.1% |
| 2 | Samsung Galaxy S5 SM-G900 | 21 | 3.5% |
| 3 | Samsung Galaxy S4 SCH-I545 | 15 | 2.5% |
| 4 | Apple iPhone 5S | 14 | 2.3% |
| 5 | Apple iPhone 6 | 13 | 2.2% |
| 6 | Apple iPhone 5 | 12 | 2.0% |
| 7 | Apple iPhone 4s | 11 | 1.8% |
| 8 | Apple iPhone 5C | 10 | 1.7% |
| 9 | Samsung Galaxy S III SCH-I535 | 9 | 1.5% |
| 10 | Samsung Galaxy S6 SPH-g920 | 7 | 1.2% |
| | Other | 406 | 68.1% |

CITGO-00061

TOP METRO AREAS

SENDS BY STATE

| RANK | LOCATION | # | % |
|------|----------|---|---|
| 1 | Grand Rapids area | 111 | 18.7% |
| 2 | Michigan, Kalamazoo | 45 | 7.5% |
| 3 | NE Wisconsin | 36 | 6.1% |
| 4 | SE Wisconsin, Milwaukee | 35 | 5.9% |
| 5 | Wisconsin, surrounding Milwaukee | 34 | 5.7% |
| 6 | Montgomery, Mobile, SE Alabama | 29 | 4.9% |
| 7 | Central MI | 26 | 4.4% |
| 8 | Michigan | 24 | 4.0% |
| 9 | South Illinois | 22 | 3.7% |
| 10 | Oakland county | 15 | 2.5% |
| | Other | 217 | 36.5% |



Sends
1 ████████████ 260

# DEPOSITION EXHIBIT 15



**BlackCanyon**
strategy • advertising • design

4/16/15

**TO:** Charlie Kovacsik
**FROM:** Kevin Brandt
**RE:** Pri-Mart Loyalty Card RCM Integration

Charlie

I reviewed all the information you sent regarding the use of Pri-Mart's current email and mobile number database. Without a doubt we can execute a basic email program for you and it will be very cost efficient. The basic costs to launch an email program would be as follows

**One-time Cost**

| | |
|---|---|
| Email Database/Platform Set-up (includes first email blast) | $500.00 |

**Cost per Additional Blast**

| | |
|---|---|
| HTML Conversion of client supplied art | $150.00 |
| Cost per email | $0.04 each |
| *Creative Design (if art not provided)* | *$300.00 per email* |

**Monthly Database Management\***     $ 50.00

*\* Includes database storage, updating up database with new email records as they are acquired and integration with email blast program.*

Additionally, email program strategic planning would be an additional cost. We will provide you with an estimate for approval prior to proceeding with any planning.

Based on this cost, execution of two blasts using the existing database of 1250 records would be as follows:

**Blast #1**     $500.00

**Blast #2**
|  |  |
|---|---|
| HTML Conversion | $150.00 |
| Message Blast | $ 50.00 |



Brandt
**EXHIBIT** 15
4-17-17 KC
BROWN & JONES

CITGO-04765



### Text Message Integration

The following details our recommendations for the use of the current email database to integrate a text messaging component to expand the mobile number database for future use in marketing efforts in conjunction with the email and loyalty programs.

#### Objective

Add text messaging as a consumer engagement and transaction-driving tactic to enhance and add value to the current Pri-Mart Smart Card Customer Loyalty Program.

#### Considerations

As I have mentioned before, mobile marketing strategy shouldn't be defined by technology per se, but rather by how many different ways you can reach today's mobile customer. Responsive design websites, smartphone apps, Rich Content Messaging all have a place in the mobile strategy. The challenge is to find the correct balance and the use of each tactic to ensure one is delivering content that is meaningful and relevant to the consumer and not simply using each mobile medium to push messages and coupons at the consumer.

It is also important to remember that the key to a successful program depends on building the mobile database. Driving opt-ins is crucial. The payout of the program does not come with the initial opt-in, it comes with the on-going interaction with your mobile customers. Therefore, it is imperative that the opt-in message is included on as many pieces of advertising real estate as possible. Incentives and rewards should be included to make it worth the customer's while should they choose to opt-in.

Federal law requires that all text message programs be permission based, meaning recipients must provide express consent to receive auto-dialed (pushed) text messages. Even though consent is implied by texting a promoted keyword to the corresponding short code, a double opt-in confirmation is still required.

For online and email opt-ins, a second text confirmation is not required providing the online content specifically states that by submitting their phone number the recipient is giving consent to receive auto-dialed text messages. In both opt-in scenarios the number of text messages sent per month must be specifically states, i.e. "Up to 4 msgs/mo"

For any other type promotion where the collected numbers will not be used for further messaging, such as sweepstakes or one-time giveaways, a second opt-in is not required.

#### Pri-Mart Smart Card Mobile Number Integration Options

Although there is a current database of mobile numbers associated with the Pri-Mart Smart Card, those numbers may *not* be used for sending an unsolicited text message as they do not meet the opt-in consent requirements. Therefore we have identified three options for building a mobile database using the current Pri-Mart Smart Card customer

1.  **Email Blast to Current Customers**

    An email will be sent to current holders of the Pri-Mart Smart Card communicating the addition of the text message feature to the rewards program. The customer will be given two options for providing their number; a) text a unique keyword to short code 77486 or, b) complete a registration form in the email giving Pri-Mart

CITGO-04766



**BlackCanyon**
strategy · advertising · design

consent to send auto-dialed text messages. In both cases customers should be given an incentive/reward for their opt-in.

*Text Message Opt-In*

Customers choosing the text message option will be sent a "Reply Y" message to confirm their opt-in. Immediately upon their reply, the customer will be sent an opt-in incentive/reward, i.e., Coupon for a Free Coffee, Free Car Wash, etc.

*Email Opt-In*

Customers providing their number through by email registration will not receive their reward immediately. The collected mobile numbers will be uploaded to the text messaging platform after which the same incentive sent in the text opt-in will be pushed to their mobile number.

2. **Online Registration**

Add a section to the Pri-Mart Smart Card home page www.primartsmartcard.com promoting the Rich Content Messaging element of the program that allows customers to sign up for mobile alerts. Kwik-Trip is currently doing this on their website.





The Kwik-Trip opt-in is segmenting the market by store by adding the store number to the keyword. This allows them to build a database by store and customize message offers by location and direct them only at those individuals who have opted in to that location. However, in the Kwik-Trip example, if I am on the website and trying to register, I have no idea what the store number of my favorite location is or where I can find it.

For Pri-Mart we would simplify the process by using only one keyword and providing a valuable incentive such as a free coffee, car wash, etc.

3. **In-Store Promotion/External Advertising**

Building a mobile database for text messaging purposes is no different than trying to influence purchase. Opting in to a text message program is a behavior, just as is purchasing a product. To influence behavior the consumer must see a message multiple times via multiple mediums.

We recommend in-store and on-site advertising be added to the program. Banners, pump toppers and other approved POP elements should be used to drive the opt-in message as well. The more prominent they are and the more valuable the opt-in reward, the more successful you will be in acquiring a mobile database.. Additionally, if you are doing any market-wide or local store advertising, it never hurts to include the Text to message on those materials as well.

CITGO-04767



I hope I have provided all the information you need regarding execution of an email blast program and the integration of a text messaging component. Perhaps I went overboard, but I'd rather be thorough than come up short. As I mentioned, a basic email blast program is simple, but being able to add text messaging to the mix allows you to choose between a variety of options for reaching today's mobile customers.

CITGO-04768

# DEPOSITION EXHIBIT 16

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 6/12/2015 3:52:38 PM |
| **To:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **Subject:** | Final Production Proof |
| **Attachments:** | LIVE_16060_CTGOPC-PRF.pdf |

Here is the final production proof for the First Merit Bank Handouts. Let me know if this is approved and we'll put it on press. However, I am a bit confused with the front side saying Gift Cards and the back saying gift cards and ticket upgrades, so I wanted to double check to make sure this is correct.

I am working on your numbers and will get something to you over the weekend or first thing Monday.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



**BlackCanyon**
strategy • advertising • design

Brandt
**EXHIBIT** 6
4-17-17 KC
BROWN & JONES

# $100 CITGO Gift Card

# TEXT
# CITGO3
## to 77486
## for a chance
## to win.



**CITGO.**

FUELING GOOD®



NO PURCHASE NECESSARY. A PURCHASE WILL NOT INCREASE YOUR CHANCES OF WINNING. Sweepstakes ends at show start time printed on event ticket. For entry and official rules with complete eligibility, prize descriptions, odds disclosure and other details, visit www.firstedgesolutions.com/CITGO3.html. Sponsored by CITGO Petroleum Corporation. Void where prohibited. Message and data rates may apply.

CITGO-04256

# DEPOSITION EXHIBIT 17

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 6/16/2015 2:28:08 PM |
| **To:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **Subject:** | Re: Reports |
| **Attachments:** | Barenaked Ladies 6.16.15.pdf |

We are programmed and ready to go for Barenaked Ladies tonight at First Merit. I will run a test later today and make sure everything is working fine. So far we have not had any technical glitches so I don't forsee any issues occurring. Success hinges on how much the ambassadors hustle. Nicole worked the Hartford people pretty hard and they generated 600+ opt ins at the Rascal Flatts show on Sunday night which is abut 450% higher than other venues were doing before CITGO lit a fire under the Live Nation people.

I have attached the promo overview we send to Live Nation. Everything the ambassadors need to know is here.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



**BlackCanyon**
strategy • advertising • design



**From:** Charlie Kovacsik <ckovacs@citgo.com>
**Date:** Mon, 15 Jun 2015 20:33:06 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** RE: Reports

Do you have time on Wed at 2:30 or so to go through the reports and discuss everything? I am with Joey so I thought it would be helpful for both of us. Let me know and if so what number should we call you.

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Monday, June 15, 2015 5:07 PM
**To:** Kovacsik, Charlie
**Subject:** Reports

I simplified the reports so hopefully you can get all the pertinent information you need at a glance.

The Six Flags report is not as detailed as the $100 a Day in terms of opt-ins per day as the program is a combination of 5 keywords and I would have to pull 5 different reports by day and combine them manually which would be incredibly labor intensive. However, think this will give you an idea of how it is going. One point, the first week includes Memorial Day which probably accounts for the extremely high opt ins.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
**Phoenix • Milwaukee • Atlanta**



CITGO-07165

# DEPOSITION EXHIBIT 19

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 7/28/2015 4:18:00 PM |
| **To:** | Low, Joseph [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=jlow]; Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **Subject:** | Text Messaging Terms and Conditions |
| **Flag:** | Follow up |

The aggregator has informed me that the wireless carriers are asking (strongly) that the Terms & Conditions of the text messaging initiative be included in the company privacy policy page on the website. Basically added to the bottom. Currently we have it on an outside site. Here is the content, and it's really not all that much.

**Terms and Conditions**

**Important Notice for Subscribers.** By participating in CITGO Text Alerts campaign, you agree that you are the primary owner of the phone number used to subscribe. Message and Data Rates May Apply. Messages sent from automated system. Consent not required for purchase. You may unsubscribe from a program at any time by texting STOP to 77486 For additional help, you can text HELP to 77486 or email support@mgage.com. 4msgs/mo.

Supported carriers include: ACS Wireless, AIO Wireless, ALLTEL, AT&T, Bluegrass Cellular, Boost, Carolina West Wireless, Cellcom, Cellular One, Cellular One of East Central Illinois, Cellular South, Chat Mobility, Cincinnati Bell, Cricket, ECIT, Element Wireless, GCI, Golden State Cellular, Illinois Valley, Immix Wireless, Inland Cellular, iWireless, LongLines Wireless, MetroPCS, Nex-Tech, Northwest Missouri Cellular, NTelos, Plateau Wireless, PTCI, Sprint, T-Mobile, Thumb Cellular, U.S. Cellular, Verizon Wireless, Virgin Mobile USA, West Central Wireless and other carriers that may be added from time to time. Service may not be compatible with all handsets.

Is this possible to do?



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



**BlackCanyon**
strategy • advertising • design



# DEPOSITION EXHIBIT 20

Message
| | |
|---|---|
| **From:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **on behalf of** | Kovacsik, Charlie |
| **Sent:** | 6/29/2016 9:43:10 PM |
| **To:** | 'Kevin Brandt' [kbrandt@blackcanyon.us] |
| **Subject:** | RE: Wheel spin |

Do you have some generic rules?

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Wednesday, June 29, 2016 4:14 PM
**To:** Kovacsik, Charlie
**Subject:** [EXT] Re: Wheel spin

I would say it's always safe to put something somewhere. People may not even go to it, but there are always a few weasels out there who are trying to trip you up. If you put one line on the rules that say odds of winning a second spin is 4:10 someone can't cause too much of a stink.



**Kevin Brandt**
VP – CREATIVE DIRECTOR



**BlackCanyon**
strategy · advertising · design

1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263

**From:** Charlie Kovacsik <ckovacs@citgo.com>
**Date:** Wed, 29 Jun 2016 21:07:12 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** RE: Wheel spin



Brandt
**EXHIBIT** 20
4-17-17 KC
BROWN & JONES

You can be more aggressive how about 60% no and 40% yes.  also I have not hear back from legal so we might just place the standard rules on a link with the potential for winning... I don't know if we need to though since it is an in park promotion and everyone gets one spin and get something.   Thoughts?


**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Wednesday, June 29, 2016 4:05 PM
**To:** Kovacsik, Charlie
**Subject:** [EXT] Re: Wheel spin

Those would go to Donna.

How do you want the free spin broken out 80/20?




Kevin Brandt
VP – CREATIVE DIRECTOR



BlackCanyon

1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263

---

**From:** Charlie Kovacsik <ckovacs@citgo.com>
**Date:** Wed, 29 Jun 2016 21:03:18 +0000
**To:** KEVIN BRANDT <kbrandt@blackcanyon.us>
**Subject:** Wheel spin

Kevin

1.    To keep it simple lets only do the extra spin text.  I will need two messages

•     Sorry you did not receive an extra spin...  then maybe tell them to text COASTER to 77486 daily to enter to win a $100 in CITGO TriCLEAN gasoline.  (don't use works like prize or win – six flags hates that)

•     You received an extra spin – show your phone at the CITGO tent between 1 and 4pm to get an extra spin on the wheel.

2.    Did I mail you the gift cards to payout the $100 prizes? I don't think so but I can't remember.  I think those go to Donna right?

**Charlene Kovacsik**
Manager, Region Marketing Programs
CITGO Petroleum Corporation
1293 Eldridge Parkway, Suite W4094
Houston, Texas 77077

Direct: 832-486-4989
Cell:  281-217-1606
Fax:  713-570-5779
ckovacs@citgo.com

CITGO-08080

# DEPOSITION EXHIBIT 22

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 6/26/2015 6:33:09 PM |
| **To:** | Low, Joseph [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=jlow]; Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03]; Pace, Nicole [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=npace]; Minotti, Joseph [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=jminott] |
| **Subject:** | Live Nation Numbers |
| **Attachments:** | Live Nation Venue T2W Performance thru 6.25.pdf |

Attached please find a breakdown of the Live Nation Text-to-Win program to date. I will update this on a bi-weekly basis. I will also continue to send out show numbers the morning after each concert.



**KEVIN BRANDT**
CREATIVE DIRECTOR
1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263
Phoenix • Milwaukee • Atlanta



**BlackCanyon**
strategy • advertising • design



Brandt
**EXHIBIT** 22
4-17-17 KC
BROWN & JONES



BlackCanyon
strategy · advertising · design

Live Nation Text To Win Opt-In Report
Southeast Region
Through 6/25/15

### CITGO 1 - $100 Gift Card

| Date | Artist | | Opt-Ins Total | Opt-Outs | Opt-Ins Current | Opt Out % |
|------|--------|---|---------------|----------|-----------------|-----------|
| 4/9/15 | Jimmy Buffett | | 110 | 39 | 71 | 35.5% |
| 5/8/15 | ZZ Top | | 47 | 4 | 43 | 8.5% |
| 6/16/15 | Lana Del Ray | | 180 | 21 | 159 | 11.7% |
| 5/22/15 | Darius Rucker | | 45 | 5 | 40 | 11.1% |
| 5/29/15 | FGL | | 79 | 4 | 75 | 5.1% |
| 6/6/15 | Train | | 297 | 19 | 278 | 6.4% |
| | | TOTAL | 758 | 92 | 666 | 12.1% |

### CITGO 2 - Seat Upgrade

| Date | Artist | | Opt-Ins Total | Opt-Outs | Opt-Ins Current | Opt Out % |
|------|--------|---|---------------|----------|-----------------|-----------|
| 4/9/15 | Jimmy Buffett | | 86 | 9 | 77 | 10.5% |
| 5/8/15 | ZZ Top | | 31 | 8 | 23 | 25.8% |
| 6/16/15 | Lana Del Ray | | 235 | 6 | 229 | 2.6% |
| 5/22/15 | Darius Rucker | | 63 | 7 | 56 | 11.1% |
| 5/29/15 | FGL | | 62 | 9 | 53 | 14.5% |
| 6/6/15 | Train | | 327 | 25 | 302 | 7.6% |
| | | TOTAL | 804 | 64 | 740 | 8.0% |
| | | REGIONÁTOT L | 1562 | 156 | 1406 | 10.0% |

CITGO-05067



**Live Nation Text To Win Opt-In Report**
**Midwest Region**
Through 6/25/15

**CITGO3 - First Merit Bank**

| Date | Artist | | Opt-Ins Total | Opt-Outs | Opt-Ins Current | Opt Out % |
|------|--------|---|---------------|----------|-----------------|-----------|
| 6/16/15 | Barenaked Ladies | | 128 | 10 | 118 | 7.8% |
| | | TOTAL | 128 | 10 | 118 | 7.8% |

**CITGO4 - Alpine Valley**

| Date | Artist | | Opt-Ins Total | Opt-Outs | Opt-Ins Current | Opt Out % |
|------|--------|---|---------------|----------|-----------------|-----------|
| | | TOTAL | 0 | 0 | 0 | #DIV/0! |
| | REGION TOT L | | 128 | 10 | 118 | 7.8% |

CITGO 05068



**Live Nation Text To Win Opt-In Report**
Northeast Region
Through 6/25/15

### CITGO5 - Hartford

| Date | Artist | | Total Opt-Ins | Opt Outs | Current Opt-Ins | Opt Out % |
|---|---|---|---|---|---|---|
| 6/6/15 | Zac Brown Band | | 323 | 20 | 303 | 6.2% |
| 6/12/15 | Dave Matthews Band | | 384 | 16 | 368 | 4.2% |
| 6/14/15 | Rascal Flatts | | 616 | 20 | 596 | 3.2% |
| 6/24/15 | Kid Rock | | 504 | 19 | 485 | 3.8% |
| | | TOTAL | 1827 | 75 | 1752 | 4.1% |

### CITGO6 -Washington DC

| Date | Artist | | Total Opt-Ins | Opt Outs | Current Opt-Ins | Opt Out % |
|---|---|---|---|---|---|---|
| 6/9/15 | Lady Antebellum | | 198 | 6 | 192 | 3.0% |
| 6/13/15 | Rascal Flatts | | 258 | 14 | 244 | 5.4% |
| 6/20/15 | Jimmy Buffett | | 30 | 2 | 28 | 6.7% |
| | | TOTAL | 456 | 22 | 464 | 4.8% |

### CITGO7 - Boston

| Date | Artist | | Total Opt-Ins | Opt Outs | Current Opt-Ins | Opt Out % |
|---|---|---|---|---|---|---|
| 6/12/15 | Tim McGraw | | 108 | 6 | 102 | 5.6% |
| 6/13/15 | Dave Matthews | | 165 | 13 | 152 | 7.9% |
| 6/16/15 | Train | | 228 | 2 | 226 | 0.9% |
| 6/25/15 | Kid Rock | | 358 | 6 | 352 | 1.7% |
| | | TOTAL | 859 | 27 | 832 | 3.1% |
| | REGIONÁTOT LÁÁÁÁÁÁ3Á4Á2 | | | 124 | 3048 | 3.9% |

6/26/15

CITGO-05069



**BlackCanyon**
strategy • advertising • design

### Live Nation Text To Win Opt-In Report
### All Venues
### Through 6/25/15

| Keyword | CITY | Opt-Ins Total | Opt-Outs | Opt-Ins Current | Opt Out % |
|---------|------|---------------|----------|-----------------|-----------|
| CITGO1 | West Palm/Tampa ($100 Gift Card) | 758 | 92 | 666 | 12.1% |
| CITGO2 | West Palm/Tampa (Seat Upgrade) | 804 | 64 | 740 | 8.0% |
| CITGO3 | Chicago | 128 | 10 | 118 | 7.8% |
| CITGO4 | Alpine Valley | 0 | 0 | 0 | #DIV/0! |
| CITGO5 | Hartford | 1827 | 75 | 1752 | 4.1% |
| CITGO6 | Washington DC | 456 | 22 | 434 | 4.8% |
| CITGO7 | Boston | 859 | 27 | 832 | 3.1% |
| | TOTAL ALL VENUES | 4832 | 290 | 4542 | 6.0% |

CITGO-05070

# DEPOSITION EXHIBIT 27

Message

| | |
|---|---|
| **From:** | Kevin Brandt [kbrandt@blackcanyon.us] |
| **Sent:** | 11/8/2016 6:41:24 PM |
| **To:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **Subject:** | [EXT] Re: Message |

Let me look into that and if you give me a couple days I can give you a very comprehensive breakdown. Yesterday the blast was approximately 66K sends. Today will be around 18K sends.

FYI, here is what I got from Jack int he Box today. It his my email and phone about the same time.



Email



Text Message

I'll get you those numbers



Kevin Brandt
**VP – CREATIVE DIRECTOR**





1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9263

**From:** Charlie Kovacsik <ckovacs@citgo.com>
**Date:** Tue, 8 Nov 2016 18:35:59 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** Message

Kevin,

I was in meetings all day and finally got your message last night.  I am curious what is the cost if we go over the 200,000 in a month?  Also how many folks are you sending the text to?  I want to understand the math so I know what I am looking at.

thanks

**Charlene Kovacsik**
Manager, Region Marketing Programs
CITGO Petroleum Corporation
1293 Eldridge Parkway, Suite W4094
Houston, Texas 77077

Direct: 832-486-4989
Cell:  281-217-1606
Fax:  713-570-5779
ckovacs@citgo.com <mailto:ckovacs@citgo.com>

CITGO-03875

# DEPOSITION EXHIBIT 29

**Avi Kaufman**

| | |
|---|---|
| **From:** | Amber Olson <aolson@mGage.com> |
| **Sent:** | Wednesday, January 25, 2017 6:13 PM |
| **To:** | Kevin J. Brandt |
| **Subject:** | RE: Do Not Call Registry |

Hi Kevin,

I had the team pull the texts that were sent to the number below from July 1, 2016 to today and there were 3:

| LATEST MESSAGE TIMESTAMP | SHORTCODE | MSISDN | MESSAGE DIRECT |
|---|---|---|---|
| 8/8/2016 11:08:23.827000 PM | 77486 | 5613503977 | MT |
| 10/5/2016 8:23:55.370000 PM | 77486 | 5613503977 | MT |
| 11/7/2016 8:19:37.199000 PM | 77486 | 5613503977 | MT |

Let me know if you need anything else.

Thanks,
AO

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Tuesday, January 24, 2017 2:36 PM
**To:** Amber Olson
**Subject:** Re: Do Not Call Registry

Here is the number I would like you to check on regarding any text blasts that may have been sent to him over the last 6 months.

561.350.3977



**Kevin Brandt**
VP – CREATIVE DIRECTOR



BlackCanyon


1507 West Parkside Lane



Brandt
**EXHIBIT** 29
4-17-17 KK
BROWN & JONES

1

Phoenix, AZ 85027
(m) 414.708.9263

**From:** Amber Olson <aolson@mGage.com>
**Date:** Thu, 19 Jan 2017 01:38:43 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** RE: Do Not Call Registry

Happy to do a triple check for you. Send over the number and we'll provide complete logs.

Thanks,
AO

**From:** Kevin J. Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Wednesday, January 18, 2017 5:37 PM
**To:** Amber Olson <aolson@mGage.com>
**Subject:** Re: Do Not Call Registry

I will send the number tomorrow. I know exactly when they opted in. I know exactly when one message was sent. I'm sure we had the double opt in because it was a program with Live Nation. I know for a fact CITGO attorneys looked at the messages. I just want to make sure that I did everything correctly.

-kb

Message sent from my Apple Newton.

On Jan 18, 2017, at 6:04 PM, Amber Olson <aolson@mGage.com> wrote:

Hi Kevin,

2

There have been numerous cases across many vendors of complaints filed. If you need, we can pull the logs for the phone number showing their participation, opt ins and lack of opt out. I can absolutely verify that once a device texts stop, they are opted out from programs. You can see their status in the subscriber lists. If you'd like to send over the phone number we can assist in researching.

Thanks,
AO


**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Wednesday, January 18, 2017 4:43 PM
**To:** Amber Olson <aolson@mGage.com>
**Subject:** Re: Do Not Call Registry

Possibly.

Have you had any experiences with people filing claims saying they were contacted illegally? We have one now where by all indications the person received a double opt-in message, participated in a contest, did not opt-out and is now claiming to have received an unwanted message. Can you verify that when a person opts out, they are permanently removed from the subscriber list and will not be sent any blast messages to that list? Kourtney my previous AM indicated that was the case, however I just want to double check.

Thanks.



**Kevin Brandt**
VP – CREATIVE DIRECTOR



1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9623



**From:** Amber Olson <aolson@mGage.com>
**Date:** Thu, 19 Jan 2017 00:39:32 +0000
**To:** Kevin Brandt <kbrandt@blackcanyon.us>
**Subject:** RE: Do Not Call Registry

Hi Kevin –

There's not a "Do Not Call Registry" for SMS. Prior consent is needed for SMS and can be opted out at any time with the keyword "STOP".

Does that help?

Thanks,
AO

<http://www.mgage.com/> **Amber Olson** | Account Director
e aolson@mGage.com
m +1.509.551.0649
mGage | A Vivial Company <http://www.mgage.com/>

**From:** Kevin Brandt [mailto:kbrandt@blackcanyon.us]
**Sent:** Wednesday, January 18, 2017 4:06 PM
**To:** Amber Olson <aolson@mGage.com>
**Subject:** Do Not Call Registry

I know you cross-check for ported numbers of carriers, but do you cross-check against the National Do Not Call Registry?

**Kevin Brandt**
VP – CREATIVE DIRECTOR

1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9623

# DEPOSITION EXHIBIT 30



Client Name: CITGO Light Oils
Campaign Name: Ultimate Road Trip
Project Name: URT SMS Copy
Job Number / Component: 71108
Last Updated: 4/7/17



CITGO.
FUELING GOOD

## SMS Copy

+ **PRE-LAUNCH (prior to 8/8)**

Thank you for your interest in the CITGO Ultimate Road Trip Sweepstakes. The entry period begins 8/8. Be sure to download the Club CITGO app, register for the sweepstakes and check in daily to increase your chances to win a Jeep Wrangler.

+ **LAUNCH DAY (8/8; sent to users who received pre-launch message)**

The CITGO Ultimate Road Trip Sweepstakes begins today! Be sure to download the Club CITGO app and register for the sweepstakes. http://smarturl.it/ClubC. Check in daily to increase your chances to win a Jeep Wrangler. Visit ClubCITGO.com for more info.

+ **LAUNCH DAY (8/8; sent to entire Club CITGO SMS database)**

The CITGO Ultimate Road Trip Sweepstakes begins today! Be sure to download the Club CITGO app and register for the sweepstakes. http://smarturl.it/ClubC. Check in daily to increase your chances to win a Jeep Wrangler. Visit ClubCITGO.com for more info.

+ **GENERAL RESPONSE (8/8 – 10/2)**

Thank you for your interest in the CITGO Ultimate Road Trip Sweepstakes. Be sure to download the Club CITGO app, register for the sweepstakes and check in daily to increase your chances to win a Jeep Wrangler. http://smarturl.it/ClubC. Visit ClubCITGO.com for more info.

+ **POST-LAUNCH REMINDER SIGN UP (9/8)**

A friendly reminder if you haven't done so already, be sure to download the Club CITGO app and register to enter the CITGO Ultimate Road Trip Sweepstakes.Check in daily to increase your chances to win a Jeep Wrangler. Visit ClubCITGO.com for more info.

+ **REQUIRED COPY IN EACH TEXT**

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Up to 4 msgs/mo. Terms http://bit.ly/1jsEbAy

+ **IMAGE**



ENTER FOR A CHANCE TO WIN a 2016 JEEP WRANGLER AND OTHER PRIZES



Brand+
**EXHIBIT** 30
4-17-17 KC
BROWN & JONES



### LAUNCH DAY (10/3 – 10/7): All groups

Wanna win gas for a year?  Be sure to download the Club CITGO app and register for the Win Gas for a Year Sweepstakes http://smarturl.it/ClubC. CHECK IN daily to increase your chances to win $2,500 in CITGO Gift Cards. Visit http://bit.ly/Gas4 for more info.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Terms http://bit.ly/1JsEbAy

### A: POST-LAUNCH REMINDER SIGN UP (10/17): All groups

Have you registered to win gas for a year? If you haven't done so already, be sure to download the Club CITGO app and register to enter the CITGO Win Gas for a Year Sweepstakes. CHECK IN daily to increase your chances to win $2,500 in CITGO Gift Cards. Visit ClubCITGO.com for more info.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply. Terms http://bit.ly/1JsEbAy

### B: POST-LAUNCH REMINDER SIGN UP (11/7): All groups

Don't miss out on your chance to win gas for a year.  If you haven't done so already, be sure to download the Club CITGO and register to enter the CITGO Win Gas for a Year Sweepstakes. Sweepstakes ends Nov. 27. CHECK IN daily to increase your chances to win $2,500 in CITGO Gift Cards. Sweepstakes ends Nov. 27. Visit ClubCITGO.com for more info.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply. Terms http://bit.ly/1JsEbAy



### TriCLEAN Tuesday (11/8 & 12/6): Join and all groups for promotions run by Nicole or in Wisconsin, IL, MI, IN or Arkansas.  Do not do Jeep, Live Nation in Joseph's area or the Six Flags in Texas or Atlanta.  If you did a promotion in Florida you can use that group. No other Groups in the Southern Regions.

Wanna save $2 on fuel? Don't forget to fill up and save $2 on fuel using your Club CITGO app. Click here to find the CITGO location nearest you http://bit.ly/2d8cSEH.  Offer valid at participating Club CITGO locations once a month on Tuesday only.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply. Terms http://bit.ly/1JsEbAy

### Fueling Good Friday (12/1): Same as TriCLEAN Tuesday

Happy Fueling Good Friday! Don't forget to fill up today and save $1 on fuel using your Club CITGO app. Click here to find the CITGO location nearest you http://bit.ly/2d8cSEH. Offer valid at participating Club CITGO locations once a month on Friday only.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply. Terms http://bit.ly/1JsEbAy

# DEPOSITION EXHIBIT 32

᛫GO Petroleum

kbrandt@blackcanyon.us I Black Canyon  ⚲ My Profile  ⚑ My Notifications  ➔ Logout

HOME   MY CAMPAIGNS   📈 REPORTS   ⚲ KEYWORDS                          ❮ BACK TO CLIENT LIST

📣 Campaigns   📊 Reports   📄 Media   🎥 AdStitch   ☰ Subscriber Lists   🎟 Coupon Lists   ⚲ Keywords   🔧 Tools   👤 Users

Home ❯ CITGO Petroleum Campaigns ❯ Report

| Reports | 📈 |
|---|---|
| | Bit.ly Analytics |

CITGO Petroleum

**Campaign**
[ CHARLIE – Ultimate F ▢ ]

**Campaign Element**
[ Sweepstakes Underway (Image Blast) ▢ ]

**Date Range**
from [ 08/07/2016 ] to [ 08/09/2016 ]
[ Apply ]

**Options**
🖨 Print  ⊠ Export
✉ Email

[ SENDS ]  [ UNIQUE RECIPIENTS ]  [ OPTED-IN ]          [ Day ] [ Week ] [ Month ▾ ]

Brandt
**EXHIBIT** 32
4-17-17 KC
BROWN & JONES

**SEND ACTIVITY**

| | | |
|---|---|---|
| Total Send Attempts | 47,711 | 100.0% |
| - Invalid | 1,327 | 2.8% |
| Sent | 46,384 | 97.2% |

**SEND BREAKDOWN**

| | | |
|---|---|---|
| SMS | 1,023 | 2.2% |
| MMS | 45,361 | 97.8% |

⊞ SMS
⊞ MMS

Recipient | Sender

**TOP CARRIERS**

| RANK | CARRIER | # | % |
|---|---|---|---|
| 1 | Verizon Wireless | 18,041 | 38.9% |
| 2 | AT&T | 13,500 | 29.1% |
| 3 | Sprint | 6,763 | 14.6% |
| 4 | T-Mobile | 5,338 | 11.5% |
| 5 | US Cellular | 1,719 | 3.7% |
| 6 | AIO Jasper Wireless | 908 | 2.0% |
| 7 | Cellular South | 33 | 0.1% |

**TOP HANDSETS**

| RANK | MAKE & MODEL | # | % |
|---|---|---|---|
| 1 | Apple iPhone | 9,410 | 20.3% |
| 2 | Apple iPhone 6 | 2,991 | 6.4% |
| 3 | Apple iPhone 6s | 1,681 | 3.6% |
| 4 | Apple iPhone 5S | 1,466 | 3.2% |
| 5 | Samsung Galaxy S5 SM-G900 | 1,223 | 2.6% |
| 6 | Apple iPhone 6 Plus | 1,095 | 2.4% |
| 7 | Apple iPhone 6s Plus | 879 | 1.9% |

| 8 | NTELOS | 32 | 0.1% |
| 9 | Thumb Cellular | 29 | 0.1% |
| 10 | Rogers | 3 | 0.0% |
| | Other | 18 | 0.0% |

| 8 | Samsung Galaxy S6 SPH-g920 | 802 | 1.7% |
| 9 | Apple iPhone 5C | 602 | 1.3% |
| 10 | Samsung Galaxy S4 SCH-i545 | 586 | 1.3% |
| | Other | 25,649 | 55.3% |

## TOP METRO AREAS

| RANK | LOCATION | # | % |
|---|---|---|---|
| 1 | Pennsylvania - West Central | 4,441 | 9.6% |
| 2 | Connecticut, Hartford | 2,766 | 6.0% |
| 3 | Connecticut, New Haven | 2,064 | 4.5% |
| 4 | Maine | 1,508 | 3.3% |
| 5 | SE Massachussetts | 1,185 | 2.6% |
| 6 | Arkansas | 1,103 | 2.4% |
| 7 | SW Florida, Tampa Metro | 1,043 | 2.2% |
| 8 | Grand Rapids area | 934 | 2.0% |
| 9 | Wisconsin, surrounding Milwaukee | 881 | 1.9% |
| 10 | NE Wisconsin | 874 | 1.9% |
| | Other | 29,577 | 63.8% |

## SENDS BY LOCATION



Sends
1 ▉▉▉▉▉ 5684

## TOP CLIPS

| RANK | CONTENT TITLE | # | % |
|---|---|---|---|
| 1 | 2631537 | 46,384 | 100.0% |

## SENDS BY STATE

| PA | 5,684 | ME | 1,508 | SC | 473 | DC | |
| FL | 5,149 | TX | 1,279 | NJ | 374 | MN | |
| CT | 4,830 | VA | 1,147 | OH | 337 | IA | |
| MI | 3,695 | IN | 1,015 | LA | 244 | OK | |
| MA | 3,296 | NC | 806 | CA | 237 | DE | |
| IL | 3,103 | AL | 785 | VT | 185 | WV | |
| WI | 3,045 | TN | 710 | MS | 133 | CO | |
| NY | 2,166 | MD | 706 | MO | 117 | WA | |
| AR | 1,679 | NH | 704 | KY | 106 | NV | |
| GA | 1,514 | RI | 501 | AZ | 95 | UT | |

Copyright 2015 mGage | All Rights Reserved



CITGO Petroleum

kbrandt@blackcanyon.us | Black Canyon      👤 My Profile      🏳 My Notifications      ⏻ Logout

HOME    MY CAMPAIGNS    📈 REPORTS    🔍 KEYWORDS                    ‹ BACK TO CLIENT LIST

☎ Campaigns    📊 Reports    📹 Media    📺 AdStitch    ☰ Subscriber Lists    🎟 Coupon Lists    🔑 Keywords    🔧 Tools    👥 Users

Home  ›  CITGO Petroleum Campaigns  ›  Report



### Reports
Bit.ly Analytics

CITGO Petroleum

**Campaign**
BLASTS (BLASTS)

**Campaign Element**
Win Gas for a Year 10.5.16 Blast (Localtime image Blast)

**Date Range**
from 10/04/2016 to 10/06/2016

Apply

**Options**
🖨 Print
Export  ✉ Email

SENDS    UNIQUE RECIPIENTS    PORTED IN                    Day    Week    Month

| | October 04, 2016 | October 05, 2016 | October 06, 2016 |
|---|---|---|---|
| 93668 | | | 93668 |
| 70251 | | | 70251 |
| 46834 | | | 46834 |
| 23417 | | | 23417 |

### SEND ACTIVITY

| | | |
|---|---|---|
| Total Send Attempts | 93,666 | 100.0% |
| - Invalid | 5,132 | 5.5% |
| Sent | 88,534 | 94.5% |

### SEND BREAKDOWN

| | | |
|---|---|---|
| SMS | 2,458 | 2.8% |
| MMS | 86,076 | 97.2% |

▨ SMS
■ MMS

Recipient | Sender

### TOP CARRIERS

| RANK | CARRIER | # | % |
|---|---|---|---|
| 1 | Verizon Wireless | 33,497 | 37.8% |
| 2 | AT&T | 24,641 | 27.8% |
| 3 | Sprint | 13,610 | 15.4% |
| 4 | T-Mobile | 10,680 | 12.1% |
| 5 | US Cellular | 3,648 | 4.1% |
| 6 | AIO Jasper Wireless | 1,912 | 2.2% |
| 7 | Cellcom | 177 | 0.2% |

### TOP HANDSETS

| RANK | MAKE & MODEL | # | % |
|---|---|---|---|
| 1 | Apple iPhone | 16,474 | 18.6% |
| 2 | Apple iPhone 6 | 5,225 | 5.9% |
| 3 | Apple iPhone 6s | 3,482 | 3.9% |
| 4 | Apple iPhone 5S | 2,338 | 2.6% |
| 5 | Samsung Galaxy S5 SM-G900 | 1,998 | 2.3% |
| 6 | Apple iPhone 6s Plus | 1,992 | 2.2% |
| 7 | Apple iPhone 6 Plus | 1,962 | 2.2% |

| 8 | Thumb Cellular | 137 | 0.2% |
| 9 | Cellular South | 100 | 0.1% |
| 10 | NTELOS | 85 | 0.1% |
| | Other | 47 | 0.1% |

| 8 | Samsung Galaxy S6 SPH-g920 | 1,522 | 1.7% |
| 9 | Apple iPhone 5C | 879 | 1.0% |
| 10 | Samsung Galaxy S4 SCH-i545 | 860 | 1.0% |
| | Other | 51,802 | 58.5% |

## TOP METRO AREAS

| RANK | LOCATION | # | % |
|---|---|---|---|
| 1 | Pennsylvania - West Central | 8,442 | 9.5% |
| 2 | Connecticut, Hartford | 3,185 | 3.6% |
| 3 | Arkansas | 2,579 | 2.9% |
| 4 | Connecticut, New Haven | 2,557 | 2.9% |
| 5 | Maine | 2,535 | 2.9% |
| 6 | New York - North Central | 2,094 | 2.4% |
| 7 | Wisconsin, surrounding Milwaukee | 1,890 | 2.1% |
| 8 | NE Wisconsin | 1,889 | 2.1% |
| 9 | Michigan, Kalamazoo | 1,616 | 1.8% |
| 10 | Grand Rapids area | 1,539 | 1.7% |
| | Other | 60,179 | 68.0% |

## SENDS BY LOCATION



Sends
1 [ ] 11161

## TOP CLIPS

| RANK | CONTENT TITLE | # | % |
|---|---|---|---|
| 1 | 2757130 | 88,534 | 100.0% |

## SENDS BY STATE

| PA | 11,181 | GA | 3,164 | OH | 728 | MO | |
| MI | 7,997 | NC | 3,095 | LA | 646 | AZ | |
| FL | 7,413 | TX | 2,613 | NJ | 635 | MN | |
| WI | 6,345 | ME | 2,535 | RI | 511 | DE | |
| CT | 5,742 | IN | 2,305 | CA | 441 | OK | |
| IL | 5,379 | MD | 2,238 | MS | 407 | CO | |
| NY | 5,281 | AL | 1,709 | VT | 347 | IA | |
| VA | 4,353 | TN | 1,653 | DC | 264 | WA | |
| AR | 3,698 | SC | 1,231 | WV | 256 | KS | |
| MA | 3,562 | NH | 1,107 | KY | 242 | NV | |

Copyright 2015 mGage | All Rights Reserved

 CITGO Petroleum

kbrandt@blackcanyon.us | Black Canyon ⚲ My Profile ▭ My Notifications ⭾ Logout

HOME   MY CAMPAIGNS   ⎍ REPORTS   ⚲ KEYWORDS   ‹ BACK TO CLIENT LIST

⚲ Campaigns   Reports   ▣ Media   ◧ AdStitch   ☰ Subscriber Lists   ◷ Coupon Lists   ⚲ Keywords   ⚒ Tools   ⚇ Users

Home ❯ CITGO Petroleum Campaigns ❯ Report

| Reports | ⎍ Bit.ly Analytics |
|---|---|

CITGO Petroleum

**Campaign**
BLASTS (BLASTS) ▾

**Campaign Element**
GAS 4 A YEAR – 11/7 (Localtime Image Blast) ▾

**Date Range**
from 11/06/2016 to 11/08/2016
Apply

**Options**
🖶 Print  ⊠
Export  ✉ Email

SENDS   UNIQUE RECIPIENTS   OPTED-IN          Day   Week   Month

66104
49978
33082
16928

November 06, 2016          November 07, 2016          November 08, 2016

66104
49978
33082
16928

---

**SEND ACTIVITY**

| | | |
|---|---|---|
| Total Send Attempts | 66,102 | 100.0% |
| - Invalid | 5,109 | 7.7% |
| Sent | 60,993 | 92.3% |

**SEND BREAKDOWN**

| | | |
|---|---|---|
| SMS | 1,458 | 2.4% |
| MMS | 59,535 | 97.6% |

◧ SMS
■ MMS

---

Recipient | Sender

**TOP CARRIERS**

| RANK | CARRIER | # | % |
|---|---|---|---|
| 1 | Verizon Wireless | 23,159 | 38.0% |
| 2 | AT&T | 17,400 | 28.5% |
| 3 | Sprint | 9,336 | 15.3% |
| 4 | T-Mobile | 7,449 | 12.2% |
| 5 | US Cellular | 2,191 | 3.6% |
| 6 | AIO Jasper Wireless | 1,251 | 2.1% |
| 7 | Cellular South | 82 | 0.1% |

**TOP HANDSETS**

| RANK | MAKE & MODEL | # | % |
|---|---|---|---|
| 1 | Apple iPhone | 12,532 | 20.5% |
| 2 | Apple iPhone 6 | 4,387 | 7.2% |
| 3 | Apple iPhone 6s | 3,002 | 4.9% |
| 4 | Apple iPhone 5S | 1,884 | 3.1% |
| 5 | Apple iPhone 6s Plus | 1,585 | 2.6% |
| 6 | Apple iPhone 6 Plus | 1,536 | 2.5% |
| 7 | Samsung Galaxy S5 SM-G900 | 1,463 | 2.4% |

| 8 | NTELOS | 46 | 0.1% |
| 9 | Thumb Cellular | 37 | 0.1% |
| 10 | Cellcom | 10 | 0.0% |
| | Other | 32 | 0.1% |

| 8 | Samsung Galaxy S6 SPH-g920 | 1,173 | 1.9% |
| 9 | Apple iPhone 5C | 711 | 1.2% |
| 10 | Samsung Galaxy S4 SCH-i545 | 642 | 1.1% |
| | Other | 32,078 | 52.6% |

## TOP METRO AREAS

| RANK | LOCATION | # | % |
|---|---|---|---|
| 1 | Pennsylvania - West Central | 4,147 | 6.8% |
| 2 | Connecticut, Hartford | 2,528 | 4.1% |
| 3 | Connecticut, New Haven | 1,985 | 3.3% |
| 4 | Maine | 1,846 | 3.0% |
| 5 | Arkansas | 1,426 | 2.3% |
| 6 | Wisconsin, surrounding Milwaukee | 1,130 | 1.9% |
| 7 | Grand Rapids area | 1,117 | 1.8% |
| 8 | SE Massachussetts | 1,062 | 1.7% |
| 9 | SW Florida, Tampa Metro | 1,045 | 1.7% |
| 10 | Fredericksburg, Roanoke areas | 1,029 | 1.7% |
| | Other | 43,655 | 71.6% |

## SENDS BY LOCATION



## TOP CLIPS

| RANK | CONTENT TITLE | # | % |
|---|---|---|---|
| 1 | 2757130 | 60,993 | 100.0% |

## SENDS BY STATE

| FL | 5,997 | GA | 2,272 | LA | 503 | MO | |
| PA | 5,980 | AR | 2,259 | RI | 464 | AZ | |
| MI | 4,944 | TX | 1,960 | NJ | 455 | MN | |
| CT | 4,513 | ME | 1,846 | OH | 429 | DE | |
| WI | 3,768 | MO | 1,844 | MS | 324 | OK | |
| IL | 3,759 | IN | 1,388 | CA | 321 | IA | |
| VA | 3,257 | AL | 1,315 | VT | 271 | CO | |
| MA | 3,103 | TN | 1,296 | WV | 226 | WA | |
| NY | 2,801 | SC | 903 | DC | 226 | KS | |
| NC | 2,493 | NH | 811 | KY | 180 | NV | |

Copyright 2015 mGage | All Rights Reserved

# DEPOSITION EXHIBIT 35

**Jamie Herrington**

| | |
|---|---|
| **From:** | Kevin Brandt <kbrandt@blackcanyon.us> |
| **Sent:** | Thursday, January 12, 2017 7:30 PM |
| **To:** | Charlie Kovacsik |
| **Subject:** | Class Action Suit |

I reviewed the com=laint and while I am not a lawyer, everything in there looks like it'= bull and he's fishing. Probably playing a game of chicken with a maj=r oil company just to get a settlement. My guess is he was wasted at the Da=e Matthews Band show, texted in to try and get a seat upgrade and then forg=t about it until he got the Win Gas for a Year message.

I spoke with Drew and he did say it appears we did execute in accordance wi=h the law. I assured him we will do whatever we need to in order to assist =ou.  I can assure you we didn't do anything "surreptitious=y" or acquire numbers from other sources where the number was not pro=ided directly by the recipient as presumed in the complaint.

Thank you so much for your support Charlie. It is greatly appreciated.

Regards,

**Kevin Brandt**
VP =; CREATIVE DIRECTOR



**BlackCanyon**
strategy • advertising • design

**=FONT SIZE="2">**
=FONT COLOR="#515151">1507 West Parkside Lane
Phoenix, AZ 85027
(m) 414.708.9623
=SPAN STYLE='font-size:10pt'>



Brandt
**EXHIBIT 35**
4-17-17 KC
BROWN & JONES

1

# DEPOSITION EXHIBIT 45

Message

| | |
|---|---|
| From: | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| on behalf of | Kovacsik, Charlie |
| Sent: | 5/12/2015 2:11:16 PM |
| To: | 'Melissa McLeanas' [mMcleanas@sftp.com]; Jeca Salas [jSalas@sftp.com] |
| Subject: | RE: CITGO newsletter LINK |

We currently are not linking to anything other than the rules. How often does anyone actually clink on a link if they know how to figure out the program. I am confident we will not see traffic to the link it is more of the disclaimer link.

**From:** Melissa McLeanas [mailto:mMcleanas@sftp.com]
**Sent:** Tuesday, May 12, 2015 9:09 AM
**To:** Jeca Salas; Kovacsik, Charlie
**Subject:** RE: CITGO newsletter LINK

Hi Charlie!

We do not usually link our banner or email ads directly to a rules document; it is not very consumer friendly, most people will think it's a mistake before reading a full document and move on before participating. We understand it's a text promotion, but typically we'd redirect to an informational or "jump page" on a partner site that has the quick overview on how to text to enter. It can include a link to the rules, but it's much better to link there then directly to the word document.

Let us know if that helps explain better.

Thanks!

Melissa McLeanas
Director, Partnership Marketing
Six Flags Entertainment
230 Park Avenue, 16th Fl
New York, NY 10169
O: 212.652.9386



EXHIBIT 45
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

CITGO-06040

C: 347.453.6258
E: mmcleanas@sftp.com

www.sixflags.com/medianetworks

**From:** Jeca Salas
**Sent:** Tuesday, May 12, 2015 10:03 AM
**To:** Kovacsik, Charlie
**Cc:** Melissa McLeanas
**Subject:** RE: CITGO newsletter LINK

Hi Charlie,

I'm looping in Melissa as she is the online queen!  Melissa can you assist?

Thanks!

Jeca

**Jeca Salas | Six Flags Entertainment**
Fulfillment Supervisor, Corporate Alliances
924 Avenue J East, Grand Prairie TX 75050
O: 972-595-5101 | M: 972-413-6208 | jsalas@sftp.com
www.sixflags.com/medianetworks



**From:** Kovacsik, Charlie [mailto:ckovacs@citgo.com]
**Sent:** Monday, May 11, 2015 4:12 PM
**To:** Jeca Salas
**Subject:** RE: CITGO newsletter LINK

If we are trying to link to the rules it is the link. If we are trying to link to something else then we should look at another option. I can ask if we can change the name.

**From:** Jeca Salas [mailto:jSalas@sftp.com]
**Sent:** Monday, May 11, 2015 3:57 PM
**To:** Kovacsik, Charlie
**Subject:** RE: CITGO newsletter LINK

Hi Charlie,

I was also checking to see if this was the link that you wanted to use for the Web banners? I think my web team will ask for a more user friendly link as well.

Let me know.

**Jeca Salas | Six Flags Entertainment**
Fulfillment Supervisor, Corporate Alliances
924 Avenue J East, Grand Prairie TX 75050
O: 972-595-5101 | M: 972-413-6208 | jsalas@sftp.com
www.sixflags.com/medianetworks



**From:** Jeca Salas
**Sent:** Monday, May 11, 2015 2:34 PM
**To:** Kovacsik, Charlie (ckovacs@citgo.com)
**Subject:** CITGO newsletter LINK

Hi Charlie,

Do you have a more "consumer friendly" link we can use for the newsletter?

This will be the link that our guests who receive the newsletter will click on.

This is the one that you gave me earlier:

www.firstedgesolutions.com/sixflags.html

Please advise.

Thanks!

**Jeca Salas | Six Flags Entertainment**
Fulfillment Supervisor, Corporate Alliances
924 Avenue J East, Grand Prairie TX 75050
O: 972-595-5101 | M: 972-413-6208 | jsalas@sftp.com
www.sixflags.com/medianetworks



CITGO-06043

# DEPOSITION EXHIBIT 46

Message

| | |
|---|---|
| **From**: | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| on behalf of | Kovacsik, Charlie |
| **Sent**: | 5/12/2015 2:24:54 PM |
| **To**: | 'Melissa McLeanas' [mMcleanas@sftp.com] |
| **CC**: | Jeca Salas [jSalas@sftp.com] |
| **Subject**: | RE: CITGO newsletter LINK |

I said clink instead of click.  See how little anyone cares about clicking we are clinking instead ☺

**From:** Melissa McLeanas [mailto:mMcleanas@sftp.com]
**Sent:** Tuesday, May 12, 2015 9:24 AM
**To:** Kovacsik, Charlie; Jeca Salas
**Subject:** RE: CITGO newsletter LINK

OK, then we will use that link.

Thanks!

Melissa McLeanas
Director, Partnership Marketing
Six Flags Entertainment
230 Park Avenue, 16th Fl
New York, NY 10169
O: 212.652.9386
C: 347.453.6258
E: mmcleanas@sftp.com

www.sixflags.com/medianetworks

**From:** Kovacsik, Charlie [mailto:ckovacs@citgo.com]
**Sent:** Tuesday, May 12, 2015 10:12 AM
**To:** Melissa McLeanas; Jeca Salas
**Subject:** RE: CITGO newsletter LINK



EXHIBIT 46
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

CITGO-06044

We currently are not linking to anything other than the rules. How often does anyone actually clink on a link if they know how to figure out the program. I am confident we will not see traffic to the link it is more of the disclaimer link.

**From:** Melissa McLeanas [mailto:mMcleanas@sftp.com]
**Sent:** Tuesday, May 12, 2015 9:09 AM
**To:** Jeca Salas; Kovacsik, Charlie
**Subject:** RE: CITGO newsletter LINK

Hi Charlie!

We do not usually link our banner or email ads directly to a rules document; it is not very consumer friendly, most people will think it's a mistake before reading a full document and move on before participating. We understand it's a text promotion, but typically we'd redirect to an informational or "jump page" on a partner site that has the quick overview on how to text to enter. It can include a link to the rules, but it's much better to link there then directly to the word document.

Let us know if that helps explain better.

Thanks!

Melissa McLeanas
Director, Partnership Marketing
Six Flags Entertainment
230 Park Avenue, 16th Fl
New York, NY 10169
O: 212.652.9386
C: 347.453.6258
E: mmcleanas@sftp.com

www.sixflags.com/medianetworks

**From:** Jeca Salas
**Sent:** Tuesday, May 12, 2015 10:03 AM
**To:** Kovacsik, Charlie

CITGO-06045

**Cc:** Melissa McLeanas
**Subject:** RE: CITGO newsletter LINK


Hi Charlie,

I'm looping in Melissa as she is the online queen!  Melissa can you assist?

Thanks!

Jeca


**Jeca Salas | Six Flags Entertainment**
Fulfillment Supervisor, Corporate Alliances
924 Avenue J East, Grand Prairie TX 75050
O: 972-595-5101 | M: 972-413-6208 | jsalas@sftp.com
www.sixflags.com/medianetworks





**From:** Kovacsik, Charlie [mailto:ckovacs@citgo.com]
**Sent:** Monday, May 11, 2015 4:12 PM
**To:** Jeca Salas
**Subject:** RE: CITGO newsletter LINK


If we are trying to link to the rules it is the link.  If we are trying to link to something else then we should look at another option.  I can ask if we can change the name.


**From:** Jeca Salas [mailto:jSalas@sftp.com]
**Sent:** Monday, May 11, 2015 3:57 PM

**To:** Kovacsik, Charlie
**Subject:** RE: CITGO newsletter LINK

Hi Charlie,

I was also checking to see if this was the link that you wanted to use for the Web banners? I think my web team will ask for a more user friendly link as well.

Let me know.

**Jeca Salas | Six Flags Entertainment**
Fulfillment Supervisor, Corporate Alliances
924 Avenue J East, Grand Prairie TX 75050
O: 972-595-5101 | M: 972-413-6208 | jsalas@sftp.com
www.sixflags.com/medianetworks



**From:** Jeca Salas
**Sent:** Monday, May 11, 2015 2:34 PM
**To:** Kovacsik, Charlie (ckovacs@citgo.com)
**Subject:** CITGO newsletter LINK

Hi Charlie,

Do you have a more "consumer friendly" link we can use for the newsletter?

This will be the link that our guests who receive the newsletter will click on.

This is the one that you gave me earlier:

www.firstedgesolutions.com/sixflags.html

CITGO-06047

Please advise.


Thanks!


**Jeca Salas | Six Flags Entertainment**
Fulfillment Supervisor, Corporate Alliances
924 Avenue J East, Grand Prairie TX 75050
O: 972-595-5101  |  M: 972-413-6208  |  jsalas@sftp.com
www.sixflags.com/medianetworks




CITGO-06048

# DEPOSITION EXHIBIT 55

## Jamie Herrington

**From:** Kovacsik, Charlie <ckovacs@citgo.com>
**Sent:** Sunday, June 05, 2016 6:07 PM
**To:** KEVIN BRANDT
**Subject:** Document

Can you send me a document I can provide to BVK so t=ey can write up the text campaign for a promotion we are going to start in=early August.  I assume you have something explaining number of=characters, size of images etc...  I can set up a call as well to go over everything so we can do text programs around =his promotion.  This can go to all of our text data base.<=p>

thanks

**Charlene Kovacsik**
Manager, Region Market=ng Programs
CITGO Petroleum Corpor=tion
1293 Eldridge Parkway,=Suite W4094
Houston, Texas 77077

Direct: 832-486-4989
Cell:  281-217-16=6
Fax:  713-570-577=
ckovacs@citgo.com



1

# DEPOSITION EXHIBIT 57

**Message**

| | |
|---|---|
| **From:** | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **on behalf of** | Kovacsik, Charlie |
| **Sent:** | 6/27/2016 5:18:07 PM |
| **To:** | KEVIN BRANDT [kbrandt@blackcanyon.us] |
| **Subject:** | FW: Text Program |

Kevin

These are approved by legal so we can run with them.

---

Today 1:18 PM

**(1/2)**
Reply 'Y' for a chance to win
a $100 CITGO Gift Card.
Reply HELP for help.
Msg&data rates may apply.
Consent not req. purchase.
Up to 4msgs/mo.

**(2/2)**
Rules&Terms http://bit.ly/
sixcoasters

Today 2:32 PM



EXHIBIT 57
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

CITGO-11597



**CITGO.**

**FUELING GOOD®**

Congratulations! You're entered to win a $100 in CITGO TriClean Gasoline. Enter daily through 10/29 for additional chances to win. Rules&Terms http://bit.ly/sixcoasters

Reply HELP for help. Reply STOP to cancel. Msg&Data rates may apply.

**Charlene Kovacsik**

Manager, Region Marketing Programs

CITGO Petroleum Corporation

1293 Eldridge Parkway, Suite W4094

Houston, Texas 77077

CITGO-11598

Direct: 832-486-4989

Cell:  281-217-1606

Fax:  713-570-5779

ckovacs@citgo.com

CITGO-11599

# DEPOSITION EXHIBIT 58

Message

| | |
|---|---|
| **From**: | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| on behalf of | Kovacsik, Charlie |
| **Sent**: | 6/27/2016 6:23:34 PM |
| **To**: | KEVIN BRANDT [kbrandt@blackcanyon.us] |
| **Subject**: | text |

```
I got the below text.  I don't quite understand where is says.  Consent not req. purchase. - I assume
that means you do not need to make a purchase.  Is this how it is always stated?

(1/2)
Reply 'Y' for a chance to win a $100 CITGO Gift Card.
Reply HELP for help. Msg&data rates may apply. Consent not req. purchase. Up to 4msgs/mo.

Charlene Kovacsik
Sent from iPhone
```



EXHIBIT 58
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

# DEPOSITION EXHIBIT 59

| Message | |
|---|---|
| **From:** | Low, Joseph [/O=CITGO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JLOW] |
| **Sent:** | 7/1/2016 7:51:00 PM |
| **To:** | Gorman, Natalie [/O=CITGO/OU=TUL/cn=Recipients/cn=napril]; Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
| **CC:** | Picott, Carrie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cpicott] |
| **Subject:** | RE: SMS copy |

I am good with the copy. Who is routing through legal? Charlie, we have to be careful on how many texts we send unsolicited during the time frame.

# J Low

Manager, Brand Programs

CITGO Petroleum

Cell: 832-244-8483

Direct: 832-486-5336

Fax: 713-570-5336

This message and any files transmitted with it is intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

**From:** Gorman, Natalie
**Sent:** Thursday, June 30, 2016 4:12 PM
**To:** Low, Joseph; Kovacsik, Charlie
**Cc:** Picott, Carrie
**Subject:** FW: SMS copy
**Importance:** High

Hi there,



EXHIBIT 59
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

Attached, is the SMS copy BVK prepared for the URT. My comments are within. Please review and reply all with your feedback by EOD on Wednesday, July 6.

Thanks,

Natalie

**From:** COREY SAMPSON [mailto:COREY.SAMPSON@bvk.com]
**Sent:** Thursday, June 30, 2016 4:05 PM
**To:** Gorman, Natalie; Picott, Carrie
**Subject:** [EXT] RE: SMS copy

My apologies.

It's been ready for a few days now, but I've been waiting to send with other URT creative.

Document is attached.

**From:** Gorman, Natalie [mailto:napril@citgo.com]
**Sent:** Thursday, June 30, 2016 3:51 PM
**To:** Picott, Carrie <cpicott@citgo.com>; COREY SAMPSON <COREY.SAMPSON@bvk.com>
**Subject:** RE: SMS copy

Hey Corey,

Just touching base on this. Please advise status when you can.

Thanks!

Natalie

---

**From:** Picott, Carrie
**Sent:** Friday, June 17, 2016 1:28 PM
**To:** COREY SAMPSON (COREY.SAMPSON@bvk.com)
**Cc:** Gorman, Natalie
**Subject:** SMS copy

In my absence, please send the SMS copy to Natalie when it is ready. She will route it to CITGO team. Thanks!

**Carrie Picott**

*Brand Strategy Project Manager*
direct: (832) 486-4880

cell: (713) 213-5993
cpicott@citgo.com | www.citgo.com

CITGO Petroleum Corporation
1293 Eldridge Parkway, Ste. W4075
Houston, TX 77077

DISCLAIMER: IMPORTANT NOTICE: This message and any attachment may contain privileged and/or confidential information. This transmission is not intended nor may it be construed to create a binding legal obligation on behalf of Birdsall, Voss & Associates, Inc. in the absence of a writing signed by an authorized officer of the company. If you are not the addressee indicated in this message, (or responsible for its delivery to such person), you may not copy or disseminate this message and any attachment to anyone. In such case, you should destroy this message, any attachment, and all copies and kindly notify us by reply email. We do not assure the security of information electronically transmitted, and your communication with us through such means shall signify your acceptance of such risks. Conclusions and other information in this message that do not relate to the official business of Birdsall, Voss & Associates, Inc. and or its subsidiaries and affiliates are understood as neither given nor endorsed by it.

CITGO-07662

# DEPOSITION EXHIBIT 61

Message

| From: | Kovacsik, Charlie [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kovacsik, Charlenea03] |
|---|---|
| on behalf of | Kovacsik, Charlie |
| Sent: | 9/28/2016 12:26:40 PM |
| To: | Gorman, Natalie [/O=CITGO/OU=TUL/cn=Recipients/cn=napril] |
| Subject: | Edit Doc |
| Attachments: | Text Blast document Q4 2016.docx |

Please read and edit if you see any changes.  I would like to get it to Drew today if possible so I can get the blast out Monday.  Thanks so much.



EXHIBIT 61
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR



### LAUNCH DAY (10/3; sent to entire Club CITGO SMS database)

Wanna Win Gas for a year? The CITGO Win Gas for a year Sweepstakes begins today! Be sure to download the Club CITGO app and register for the sweepstakes. http://smarturl.it/ClubC. Check in daily to increase your chances to win $2,500 in CITGO Gift Cards. Visit ClubCITGO.com for more info.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply.Terms http://bit.ly/1JsEbAy

### POST-LAUNCH REMINDER SIGN UP (10/17)

Have you registered to win gas for a year? If you haven't done so already, be sure to download the Club CITGO app and register to enter the CITGO Win Gas for a Year Sweepstakes. Check in daily to increase your chances to win $2,500 in CITGO Gift Cards. Visit ClubCITGO.com for more info.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply.Terms http://bit.ly/1JsEbAy

### POST-LAUNCH REMINDER SIGN UP (11/7)

Don't miss out on your chance to win Gas for a Year. If you haven't done so already, be sure to download the Club CITGO app and register to enter the CITGO Win Gas for a Year Sweepstakes. Sweepstakes ends Nov. 27. Check in daily to increase your chances to win $2,500 in CITGO Gift Cards. Sweepstakes ends Nov. 27. Visit ClubCITGO.com for more info.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply.Terms http://bit.ly/1JsEbAy

### TriCLEAN Tuesday (11/8 & 12/6)

*CITGO: Wanna save $2 on gas? Don't forget to fill up and save $2 on gas using your Club CITGO app. Click here to find the CITGO location nearest you http://bit.ly/2d8cSEH.. Offer valid at participating Club CITGO locations one time per month on Tuesday only..*

*Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply. Terms http://bit.ly/1JsEbAy*

### Fueling Good Friday (12/1)

CITGO: Happy Fueling Good Friday! Don't forget to fill up today and save $1 on gas using your Club CITGO app. Click here to find the CITGO location nearest you http://bit.ly/2d8cSEH. Offer valid at participating Club CITGO locations one time per month on Friday only. Expires 

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Msg&Data rates may apply.Terms http://bit.ly/1JsEbAy

CITGO-00357

Direct: 832-486-4989

Cell:  281-217-1606

Fax:  713-570-5779

ckovacs@citgo.com

CITGO-05171

# DEPOSITION EXHIBIT 68

••○○○ Verizon  LTE          3:48 PM          ◢ ✳ ▬▬▬



774-86

## Partner with Club CITGO



Thank you for your interest in Club CITGO. Learn more about the program at https://goo.gl/gxWBko or email ClubCITGO@CITGO.com for more information.

Reply HELP for help. Reply STOP to stop. Msg&Data rates may apply. Consent not req for purchase. Terms http://bit.ly/1JsEbAy

   Text Message 

EXHIBIT 68
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

# DEPOSITION EXHIBIT 72

**OFFICIAL RULES OF THE CITGO TEXT-TO WIN PROGRAM**

**NO PURCHASE IS NECESSARY TO ENTER OR WIN. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.**

**Eligibility:** The CITGO Text-to-Win ("Promotion") is open only to natural persons who are legal residents of the United States of America, who are at least eighteen (18) years of age at the time of entry. Promotion may only be entered from and in eligible jurisdictions. Promotion Entities, prize providers, and their respective parent, subsidiary and affiliate companies, employees, agents, and suppliers, as well as the immediate family (spouse, parents, siblings, and children) and household members of each such employee are not eligible to participate. In the event of a dispute as to the identity of an entrant, the authorized account holder of the account will be deemed to be the entrant. Administrator may request any potential winner to provide proof that such person is the winner. All potential winners are subject to verification before any prize will be awarded. Subject to all applicable, federal, state, arid local laws and regulations. Void where prohibited. Participation constitutes entrant's full and unconditional agreement to these Official Rules and Administrator's decisions, which are final and binding in all matters related to the Promotion. Winning a prize is contingent upon fulfilling all requirements set forth herein.

**Sponsor:** The Sponsor of the Promotion CITGO Petroleum Corporation ("Sponsor").

**Administrator:** The Administrator of the Promotion is Live Nation Marketing, Inc. ("Administrator"). Sponsor and Administrator are collectively referred to herein as "Promotion Entities".

**Timing:** The Promotion will occur during the period indicated in the Promotion announcement on the venue screen and/or monitor, or and/or promotional flyers beginning on April 9, 2015 and ending September 30, 2015, and running on select public event dates from the published event doors open time to 30 minutes after the designated show time as printed on the event ticket for each select event date. Entry attempts to enter outside the periods indicated may not be received. Although attempts to enter outside the periods indicated may be received, they will not be eligible. Administrator's clock is the official time keeping device of the Promotion.

**How To Enter:** There are two (2) ways to enter:

1. **Via Text Message:** Send a text message with the Keyword "CITGO1" to short code 77486. You may be charged text and data rates for the text messages according to your wireless calling plan. Text messaging and wireless service are not available in all areas. You may text "STOP" to 77486 to opt out, or HELP to 77486 for more information. Promotion Entities reserve the right to transmit one (1) winner and one (1) non-winner message to each entrant at the conclusion of the Promotion. Promotion entities also reserve the right to send up to 3 autodialed text messages per month. If you are a minor under the law of your jurisdiction of residence, you must have permission of your parent or guardian to enter the Promotion using the text messaging method.

2. **Via In-Person:** At the registration table located inside the venue, the entrant will inform a representative of the Promotion Entities of their intention of entering. The representative will then text an entry on behalf of the entrant and record their name and time of entry.

For all entries: Each participant is eligible to submit up to one (1) Promotion entry during the Promotion Period, regardless of method or combination of methods of entry or number of entries submitted. Multiple entrants are not permitted to share the same email address or other relevant account. Any attempt by any entrant to obtain more than the stated number of entries by using multiple/different email addresses, identities, registrations and logins, or any other methods will void that entrant's entries and that entrant may be disqualified. Use of any automated technology or system to participate is prohibited and will result in disqualification. Any automated receipt (such as one confirming delivery of text message or e-mail) does not constitute proof of actual receipt by Administrator of an entry. Promotion Entities are not responsible for lost, late, incomplete, invalid, unintelligible or misdirected registrations, which will be disqualified. All entries become the property of the Administrator and none will be acknowledged or returned.

EXHIBIT 72
Low
4/19/17 - Houston, TX
Reported by:
D. SANDERS, CSR, RDR, CRR

CITGO-00007

For all prizes: Only listed prizes on video screens or promotional flyers will be awarded and no other prizing or substitutions will be made except at the sole discretion of Administrator. Winners agree to accept the prize "as is", and entrants hereby acknowledge that Promotion Entities have neither made nor are in any manner responsible or liable for any warranty, representation, or guarantee, express or implied, in fact or in law, relative to the prize, including express warranties (if any) provided exclusively by a prize supplier that are sent along with the prize. Odds of winning a prize depend on the number of eligible entries received. There will be only one prize per winner. Lost or stolen prizes will not be replaced. Prize does not include any other item or expense not specifically described in these Official Rules, and any such additional expenses are the sole responsibility of winner. Prizes may not be transferred or assigned. Any valuation of the prize(s) stated above is based on available information provided to Administrator and the value of any prize awarded to a winner may be reported for tax purposes as required by law. Each winner is solely responsible for reporting and paying any and all applicable taxes. Each winner must provide Administrator with a valid taxpayer identification number or social security number before any prize will be awarded. A Form 1099 will be issued to the winner for a value of prize $600 or more.

**Selection and Verification of Potential Winners:** Winners will be notified by randomly generated automated text message. Winners will have until 30 minutes after the show time published on the event ticket to claim their prize at the area designated in the winning text message. Administrator's decisions as to the administration and operation of the Promotion and the selection of potential winners are final and binding in all matters related to the Promotion. Administrator reserves the right to disqualify any participant or winner and may refuse to award any prize to a person who is ineligible or has violated any rule, gained unfair advantage in participating in the Promotion, or obtained winner status using fraudulent means.

All potential winners are subject to age and identity verification by Administrator. Administrator will not accept screen shots or other evidence of winning in lieu of its validation process. Potential winners must continue to comply with all terms and conditions of these Official Rules and winning is contingent upon fulfilling all requirements. Each potential winner will be notified via text message and will be required to claim their prize at the designated section described in the winning text message. Entrants submitting entry via manual registration should check back at the point of entry between the winner results. Each potential prize winner may be required to sign and return an Affidavit of Eligibility, Liability and Publicity Release ("Affidavit") (except where prohibited), which must be received by Administrator within thirty (30) minutes of the time notice or attempted notice is sent, in order to claim a prize (if applicable). If a winner is a minor, the Affidavit must also be executed by the winner's parents or legal guardians. If a potential winner of any prize cannot be contacted, fails to sign and return the Affidavit within the required time period (if applicable), declines the prize or prize is returned as undeliverable, such potential winner forfeits the prize. In the event that a potential winner is disqualified for any reason, or does the prize will remain unawarded.

**Publicity:** Except where prohibited, participation in the Promotion constitutes winner's consent to Promotion Entities' use of winner's name, social media identity, likeness, photograph, voice, opinions, hometown and state for promotional purposes in connection with this Promotion in any media, worldwide, without further payment or consideration.

**Privacy:** Information submitted by entrants will be collected by Administrator's systems based in the United States and such collection will be subject to applicable United States laws. Entrants may withdraw personal data upon request; however, entrant will be disqualified if personal data is withdrawn prior to the determination of the winner(s) and fulfillment of the prize(s). Information submitted by entrants is subject to Administrator's privacy policy: http://concerts.livenation.com/h/privacy.html. Entrant's participation in this Promotion constitutes consent for Administrator to use entrant's personal information solely for the purpose of administering the Promotion and awarding the prizes, unless entrant has opted to receive e-mail communications or SMS messages from Administrator.

**Errors and Unauthorized Activity:** Promotion Entities are not responsible: (1) for any incorrect or inaccurate information, whether caused by entrants, printing errors or by any of the equipment or programming associated with or utilized in the Promotion; (2) for technical and/or

communications malfunctions, errors or failures of any kind; **(3)** for unauthorized human intervention in any part of the Promotion; **(4)** for technical or human error which may occur in the administration of the Promotion or the processing of entries; **(5)** for any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from entrant's participation in the Promotion or receipt or use or misuse of any prize; or **(6)** if the Promotion cannot take place or if any prize cannot be awarded due to acts of war, natural disasters, weather or acts of terrorism. If for any reason an entrant's entry is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, entrant's sole remedy is another entry in the Promotion, provided that if it is not possible to award another entry due to discontinuance of the Promotion, or any part of it, for any reason, Administrator, at its discretion, may elect to hold a random drawing from among all eligible entries received up to the date of discontinuance for any or all of the prizes offered herein. No more than the stated number of prizes will be awarded. In the event that production, technical, seeding, programming or any other reasons cause more than stated number of prizes as set forth in these Official Rules to be available and/or claimed, Administrator reserves the right to award only the stated number of prizes by a random drawing among all legitimate, unawarded, eligible prize claims. Administrator reserves the right to cancel, suspend and/or modify the Promotion, or any part of it, if any fraud, technical failures or any other factor beyond Promotion Entities' reasonable control impairs the integrity or proper functioning of the Promotion Game, as determined by Administrator in its sole discretion. In such event, Administrator reserves the right to award the prizes at random from among the eligible entries received up to the time of the impairment. Administrator reserves the right, in its sole discretion, to disqualify any individual it suspects or finds to be tampering with the entry process or the operation of the Promotion or to be acting in violation of these Official Rules or any other promotion or in an unsportsmanlike or disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Promotion may be a violation of criminal and civil law, and, should such an attempt be made, Promotion Entities reserve the right to seek damages from any such person to the fullest extent permitted by law. Promotion Entities' failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

**Release:** By participating in the Promotion, entrant (a) releases Promotion Entities, prize providers, promotional agencies, franchisees, and each of their respective parent companies, affiliates, subsidiaries, successors, assigns, agents, representatives, officers, directors, shareholders, and employees, from any and all liability for any claims, costs, injuries, losses or damages of any kind arising in connection with the Promotion, including the unauthorized or illegal access to personally identifiable or sensitive information or acceptance, possession, use, misuse, or nonuse of the prize that may be awarded; and (b) acknowledges that the foregoing parties have neither made nor are in any manner responsible or liable for any warranty, representation or guarantee, expressed or implied, in fact or in law, relative to a prize including, without limitation, the prize quality or availability.

**Disputes:** As a condition of participating in the Promotion, entrant agrees that: a) under no circumstances will entrant be permitted to obtain awards for, and entrant hereby waives all rights to claim, punitive, incidental, consequential, or any other damages, other than for actual out-of-pocket expenses; b) all causes of action arising out of or connected with this Promotion or the prizes awarded, shall be resolved individually, without resort to any form of class action, exclusively by arbitration pursuant to the Rules of the American Arbitration Association, then effective; and c) any and all claims, judgments, and awards shall be limited to actual out-of-pocket costs incurred and in no event shall entrant be entitled to receive attorneys' fees or other legal costs. Promotion Entities reserve the right to modify prize award procedures. The Promotion and these Official Rules, and the validity, construction, performance, and enforcement thereof, shall be governed by and construed in accordance with the laws of State of California, without giving effect to any choice of law or conflict of law rules (whether of the State of California or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of California.

**Winner's List:** To obtain a list of the names of winners of prizes with a value greater than $25, mail your name and address along with a self-addressed stamped envelope up to sixty (60) days after the close of the promotion to Text2Win CITGO1 to Black Canyon, 1301 West Canal Street, Milwaukee, WI 53233

CITGO-00009