| MSISDN | MESSAGE_DIRECTION | LATEST_MESSAGE_TIMESTAMP | MESSAGE_TXT | DELIVERY_PROTOCOL_TYPE | SHORT_CODE |
|---|---|---|---|---|---|
| 5613503977 | MO | 7/31/2015 11:06:47.105000 PM | Citgo1 | WS | 77486 |
| 5613503977 | MT | 7/31/2015 11:06:07.451000 PM | (2/2) STOP to cancel. Msg&data rates may apply | SMS | 77486 |
| 5613503977 | MT | 7/31/2015 11:06:50.533000 PM | (2/2) may apply | SMS | 77486 |
| 5613503977 | MO | 7/31/2015 11:06:02.427000 PM | CITGO2 | WS | 77486 |
| 5613503977 | MT | 7/31/2015 11:06:51.456000 PM | (1/2) Your entry has been received. Thanks for playing and enjoy the show!  Rules at: http://bit.ly/1an56QL Reply HELP for help, STOP to cancel. Msg&data rates | SMS | 77486 |
| 5613503977 | MT | 7/31/2015 11:06:05.540000 PM | (1/2) Your entry has been received. You'll be notified by text message if you are a winner. Enjoy the show! Rules at: http://bit.ly/1MFUhKp Reply HELP for help, | SMS | 77486 |
| 5613503977 | MT | 11/7/2016 8:19:37.199000 PM | http://d2c.bandcon.mogreet.com/transcodes/a/130/2757130_14359917.jpg | MMS | 77486 |
| 5613503977 | MT | 10/5/2016 8:23:55.370000 PM | http://d2c.bandcon.mogreet.com/transcodes/a/130/2757130_14359917.jpg | MMS | 77486 |
| 5613503977 | MT | 8/8/2016 11:08:23.827000 PM | http://d2c.bandcon.mogreet.com/transcodes/a/537/2631537_13929403.jpg | MMS | 77486 |