**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

MATTHEW GOTTLIEB, individually and
on behalf of all others similarly situated,

            Plaintiff,                          Case No. 9:16-cv-81911-RLR

    v.

CITGO PETROLEUM CORPORATION,

            Defendant.

_____/

## AGREED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Local Rule 7.1, Plaintiff Matthew Gottlieb and Defendant CITGO Petroleum Corporation jointly move the Court to amend the current schedule and extend deadlines related to expert disclosures, discovery, dispositive motions, and trial by approximately sixty (60) days.  In support of the amendment to the schedule, the parties state:

1.     Two opposed motions to alter deadlines in this case are currently pending: CITGO's Omnibus Motion (D.E. 26), which requests a stay pending the D.C. Circuit's opinion in *ACA International v. FCC*, No. 15-1211 (D.C. Cir. docketed July 10, 2015); and CITGO's Motion for an Extension of Time to Respond to Plaintiff's Motion for Class Certification (D.E. 29), both of which are currently set for hearing on June 14, 2017 (D.E. 30).  The parties jointly request this amendment to the scheduling order in the event that the Court denies the Omnibus Motion's request for a stay.  This motion is made without prejudice to the parties' respective positions as to CITGO's requests for a stay and extension to respond to Plaintiff's class certification motion and Plaintiff's opposition to both.

2.     Pursuant to the Court's January 19, 2017 Scheduling Order (D.E. 13), the following deadlines remain: the deadline to disclose expert witnesses is June 14, 2017; the deadline to disclose rebuttal/responsive expert witnesses is July 14, 2017; the deadline to complete discovery is August 4, 2017; the deadline to file all pretrial motions is August 25, 2017; the deadline to complete mediation is October 4, 2017; the deadline to file a joint pretrial stipulation, designate deposition testimony, and exchange Rule 26(a)(3) witness and exhibit lists is November 6, 2017;

the deadline to file objections to designations of deposition testimony is November 20, 2017; and the deadline to file jury instructions or proposed findings of fact and conclusions of law is November 27, 2017.

3.      Pursuant to Plaintiff's subpoena, the parties are currently awaiting the production of a second phase of data from non-party mGage, LLC that will be used to identify the text message protocol used to obtain every cell phone number to which CITGO's texts were sent in August, October, and November 2016.  *See* Joint Notices dated April 19, May 2, May 19, and June 2 (D.E. 19, 21, 23, 27).  The parties anticipate receiving this missing data within thirty (30) days.

4.      While the parties disagree over the relevance of the second phase of mGage data to the issues raised by Plaintiff's Motion for Class Certification (D.E. 24), the parties agree that, if they are not able to agree on the interpretation of the second phase of mGage data, experts may be required to interpret it.  As such, the second phase of mGage data implicates the expert disclosure deadlines and the discovery, dispositive motion, and trial deadlines that follow.

5.      In addition, although the parties completed mediation with mediator David Lichter, Esq., on April 27, 2017 in Coral Gables, the parties have agreed to participate in a second in-person mediation after obtaining the second phase of mGage data.  *See* Joint Report dated June 2 (D.E. 27).

6.      In light of the foregoing, the Parties propose that the Court enter an order extending the expert disclosure and subsequent deadlines by approximately sixty (60) days, as follows:

| Task | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Expert Witnesses | June 14, 2017 | August 14, 2017 |
| Second Mediation must be completed | N/A | August 25, 2017 |
| Disclosure of Rebuttal/Responsive Expert Witnesses | July 14, 2017 | September 13, 2017 |
| Discovery Deadline | August 4, 2017 | October 3, 2017 |
| All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed | August 25, 2017 | October 24, 2017 |
| Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and | November 6, 2017 | January 5, 2018 |

| | | |
|---|---|---|
| exhibit lists. | | |
| Objections to designations of deposition testimony shall be filed. | November 20, 2017 | January 19, 2018 |
| Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. | November 27, 2017 | January 26, 2018 |

7.      The parties request this amendment to the current schedule in good faith, for good cause, and not for the purposes of delay.

8.      Therefore, the parties respectfully request that the Court amend the current schedule by extending the deadlines related to discovery, class certification, and dispositive motions in this case by approximately sixty (60) days. A proposed Order Amending Scheduling Order is attached as Exhibit 1.[1]

### LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(3), the parties certify that they conferred and are in agreement as to the relief requested by this motion.

| | |
|---|---|
| **LASH & GOLDBERG LLP** | **KOPELOWITZ OSTROW** |
| Miami Tower, Suite 1200 | **FERGUSON WEISELBERG GILBERT** |
| 100 Southeast Second Street | One West Las Olas Boulevard, Suite 500 |
| Miami, Florida 33131-2158 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 347-4040 | Telephone: (954) 525-4100 |
| Facsimile:  (305) 347-4050 | Facsimile:  (954) 525-4300 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| | |
| By: /s/  Greg J. Weintraub | By: /s/ Scott A. Edelsberg |
| **MARTIN B. GOLDBERG** | **JEFF M. OSTROW** |
| Florida Bar No. 0827029 | Florida Bar No. 121452 |
| mgoldberg@lashgoldberg.com | ostrow@kolawyers.com |
| **GREG J. WEINTRAUB** | **SCOTT A. EDELSBERG** |
| Florida Bar No. 075741 | Florida Bar No. 100537 |
| gweintraub@lashgoldberg.com | edelsberg@kolawyers.com |
| Telephone: 305-347-4040 | Telephone: 954-449-4602 |

---

[1] Pursuant to S.D. Fla. L.R. 7.1(a)(2) and Rule 3I(6) of the Administrative Procedures of the Southern District of Florida, a copy of the [Proposed] Order attached as Exhibit 1 will be transmitted by electronic mail to rosenberg@flsd.uscourts.gov

**SCOTT C. SOLBERG**
(*Pro hac vice*)
ssolberg@eimerstahl.com
**JAMES J. KYLSTRA**
(*Pro hac vice* to be filed)
jkylstra@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Eimer Stahl LLP
Chicago, Illinois 60604
Telephone: (312) 660-7666
Facsimile:  (312) 692-1718
Florida Bar No. 101754

**AVI R. KAUFMAN**
Florida Bar No. 84382
kaufman@kolawyers@.com
Kopelowitz Ostrow
Ferguson Weiselberg Gilbert
2800 Ponce de Leon Boulevard
Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7562

 **ANDREW J. SHAMIS**
ashamis@sflinjuryattorneys.com
Shamis & Gentile, P.A.
14 NE 1st Ave., Suite 400
Telephone: (305) 479-2299

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 12th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott A. Edelsberg*

4