**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

MATTHEW GOTTLIEB, individually and
on behalf of all others similarly situated,

                Plaintiff,                    Case No. 9:16-cv-81911-RLR

     v.                                **CLASS ACTION**

CITGO PETROLEUM CORPORATION,

                Defendant.

_____/

## JOINT DISCOVERY STATUS REPORT

Plaintiff Matthew Gottlieb and Defendant CITGO Petroleum Corporation submit the following joint discovery status report, pursuant to the Court's Order Setting Discovery Status Conference and Requiring Submission of Joint Discovery Status Report [D.E. 42].

a.) What discovery has been propounded by each party:

Plaintiff has propounded on CITGO (1) three sets of document requests; (2) one set of interrogatories; and (3) one set of requests for admissions. Plaintiff has also issued subpoenas for documents and depositions to (1) CITGO's mobile marketer, MTI Connect LLC d/b/a Black Canyon; and (2) mGage, LLC, the company that provided the technology and access to wireless carriers' networks necessary Black Canyon used to send and receive text messages on CITGO's behalf, and that retains the records of those texts messages.

CITGO has propounded on Plaintiff (1) one set of document requests; and (2) one set of requests for admissions. CITGO has also issued subpoenas for documents to (1) Black Canyon and (2) mGage.

b.) Whether the discovery requests have been answered:

CITGO has served written responses to all of Plaintiff's discovery requests, except Plaintiff's third set of document requests, which was served on July 3.  CITGO has also produced documents responsive to Plaintiff's first two sets of requests for production.

Plaintiff's responses to CITGO's written discovery, which was served on June 28, has not yet come due.

Black Canyon and mGage have served documents responsive to the parties' subpoenas.

c.) the status of depositions:

1.  the number of depositions already taken:

Plaintiff has deposed (1) CITGO's corporate representative and (2) Black Canyon's corporate representative.

2.  the number of remaining depositions and whether they have been scheduled:

The parties have tentatively scheduled (1) Plaintiff's deposition on August 3; (2) CITGO's survey expert James T. Berger's deposition on July 25; and (3) CITGO's corporate representative's continued deposition on July 28 to address information learned by CITGO after the initial deposition, including from documents Black Canyon and mGage produced pursuant to subpoena on June 1, June 27, and June 28.  Plaintiff is also in the process of coordinating with mGage's counsel the deposition of mGage's corporate representative, the date of which will turn in part on whether or not the parties reach an agreement by July 10 as to authentication of the documents mGage produced.  CITGO is also planning to take the deposition of Kevin Brandt (of Black Canyon) and is coordinating with Black Canyon's counsel in an attempt to schedule that deposition before the close of discovery.

3.   an explanation of any delay in scheduling the remaining depositions:

The parties do not believe there has been any delay in scheduling the remaining depositions.

d.)  Whether there are any outstanding discovery disputes that have been pending longer than 30 days:

There are no outstanding discovery disputes that have been pending longer than 30 days.

e.)  Whether this case involves e-discovery:

This case does not involve e-discovery.

Dated: July 6, 2017.

| | |
|---|---|
| **LASH & GOLDBERG LLP** | **KOPELOWITZ OSTROW** |
| Miami Tower, Suite 1200 | **FERGUSON WEISELBERG GILBERT** |
| 100 Southeast Second Street | One West Las Olas Boulevard, Suite 500 |
| Miami, Florida 33131-2158 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 347-4040 | Telephone: (954) 525-4100 |
| Facsimile:  (305) 347-4050 | Facsimile:  (954) 525-4300 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

By: /s/  Greg J. Weintraub                     By: /s/  Avi R. Kaufman

**MARTIN B. GOLDBERG**           **JEFF M. OSTROW**
Florida Bar No. 0827029                 Florida Bar No. 121452
mgoldberg@lashgoldberg.com        ostrow@kolawyers.com
**GREG J. WEINTRAUB**               **AVI R. KAUFMAN**
Florida Bar No. 075741                   Florida Bar No. 84382
gweintraub@lashgoldberg.com       kaufman@kolawyers.com
Telephone: 305-347-4040              Telephone: 305-384-7562

**SCOTT C. SOLBERG**                **AVI R. KAUFMAN**
(*Pro hac vice*)                              Florida Bar No. 84382
ssolberg@eimerstahl.com              kaufman@kolawyers@.com
**JAMES J. KYLSTRA**                  Kopelowitz Ostrow
(*Pro hac vice*)                              Ferguson Weiselberg Gilbert
jkylstra@eimerstahl.com               2800 Ponce de Leon Boulevard
224 South Michigan Avenue, Suite 1100   Suite 1100
Eimer Stahl LLP                            Coral Gables, Florida 33134
Chicago, Illinois 60604                  Telephone: (305) 384-7562
Telephone: (312) 660-7666
Facsimile:  (312) 692-1718

**ANDREW J. SHAMIS**
Florida Bar No. 101754
ashamis@sflinjuryattorneys.com
Shamis & Gentile, P.A.
14 NE 1st Ave., Suite 400
Telephone: (305) 479-2299
Facsimile:  (786) 623-0915


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: /s/  Avi R. Kaufman

4