**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

MATTHEW GOTTLIEB, individually and
on behalf of all others similarly situated,

                 Plaintiff,                         Case No. 9:16-cv-81911-RLR

      v.                                    **CLASS ACTION**

CITGO PETROLEUM CORPORATION,

                 Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, Matthew Gottlieb, individually and on behalf of all others similarly situated, and Defendant, CITGO Petroleum Corporation ("CITGO") (Plaintiff and CITGO are collectively referred to as the "Parties"), through their respective undersigned counsel, notify the Court that on July 19, 2017, they executed a Settlement Term Sheet that sets forth the material terms of the Parties' binding and enforceable agreement to fully, finally and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, the above referenced action based on CITGO's payment ("Settlement"), without admission of liability by CITGO, subject to preliminary and final approval of the Settlement and dismissal of the action with prejudice by the Court. The Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval within 30 days.

Based on the foregoing, the Parties respectfully request that all current deadlines set forth in the Court's Scheduling Order [**DE # 13**] be suspended and rulings on all pending motions be

held in abeyance, pending the filing of the proposed Settlement Agreement.  A proposed Order is attached.

Dated: July 19, 2017.

Respectfully submitted,

| | |
|---|---|
| **LASH & GOLDBERG LLP** | **KOPELOWITZ OSTROW** |
| Miami Tower, Suite 1200 | **FERGUSON WEISELBERG GILBERT** |
| 100 Southeast Second Street | One West Las Olas Boulevard, Suite 500 |
| Miami, Florida 33131-2158 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 347-4040 | Telephone: (954) 525-4100 |
| Facsimile:  (305) 347-4050 | Facsimile:  (954) 525-4300 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

By: /s/  Greg J. Weintraub

**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
**GREG J. WEINTRAUB**
Florida Bar No. 075741
gweintraub@lashgoldberg.com
Telephone: 305-347-4040

**SCOTT C. SOLBERG**
(*Pro hac vice*)
ssolberg@eimerstahl.com
**JAMES J. KYLSTRA**
(*Pro hac vice*)
jkylstra@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Eimer Stahl LLP
Chicago, Illinois 60604
Telephone: (312) 660-7666
Facsimile:  (312) 692-1718

By: /s/  Avi R. Kaufman

**JEFF M. OSTROW**
Florida Bar No. 121452
ostrow@kolawyers.com
**AVI R. KAUFMAN**
Florida Bar No. 84382
kaufman@kolawyers.com
Telephone: 305-384-7562

**AVI R. KAUFMAN**
Florida Bar No. 84382
kaufman@kolawyers@.com
Kopelowitz Ostrow
Ferguson Weiselberg Gilbert
2800 Ponce de Leon Boulevard
Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 384-7562

**ANDREW J. SHAMIS**
Florida Bar No. 101754
ashamis@sflinjuryattorneys.com
Shamis & Gentile, P.A.
14 NE 1st Ave., Suite 400
Telephone: (305) 479-2299
Facsimile:  (786) 623-0915

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Avi R. Kaufman*