**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**No. 9:16-cv-81911-ROSENBERG/HOPKINS**

MATTHEW GOTTLIEB, individually and
on behalf of all others similarly situated,

        Plaintiff,

   v.

CITGO PETROLEUM CORPORATION,

        Defendant.
_____/

## FINAL JUDGMENT

The Court, having entered the Order Granting Plaintiff's Unopposed Motion for Final Approval of Settlement, Application for Service Award, Class Counsel's Application for Attorneys' Fees and Expenses, and Final Judgment and Dismissal With Prejudice, dated November 29, 2017 ("Final Approval Order") (DE 67), hereby **ORDERS AND ADJUDGES** as follows:

    1.    The Court incorporates herein by reference the Final Approval Order.

    2.    The Action is hereby dismissed with prejudice, each side to bear its own fees and costs, except as otherwise provided in the Final Approval Order.

    3.    Those individuals identified on *Exhibit 1* to the Final Approval Order are hereby excluded from the Settlement, shall not receive any distribution from the Settlement, and are not bound by this Judgment.

    4.    This case shall **REMAIN CLOSED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 29th day of November, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF